UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No.. 24-18942-CLC |
| RANEE A. BARTOLACCI | Chapter 7 |
| _____ Debtor.          / | |

### DEBTORS' *EX-PARTE* MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS

Debtor, Ranee A. Bartolacci, moves this Court, on an *ex-parte* basis, pursuant to Federal Rules of Bankruptcy Procedure 1007(c) and 9006(b), and Local Rules 1007-1(B) and 9013(C)(2), for the entry of an Order extending the time within which to file her Schedules and Statement of Financial Affairs (the "**Schedules and Statements**"), and Declaration Regarding Payment Advices ("**Payment Advices**") in this Chapter 7 case for a period of 7 days, **through and including September 20, 2024**, and states:

### BACKGROUND

1. On August 30, 2024 (the "**Petition Date**"), Ms. Bartolacci filed her voluntary petition under Chapter 7 of title 11 of the United States Code.

2. Robert A. Angueira is the duly appointed Chapter 7 Trustee in this case.

3. The meeting of creditors, pursuant to section 341 of the Bankruptcy Code, is currently scheduled for October 10, 2024.

### RELIEF REQUESTED

4. Pursuant to Bankruptcy Rule 1007, the Payment Advices and the Schedules and Statements are due to be filed with the Court by no later than September 13, 2024.

5. By this Motion, Ms. Bartolacci seeks a brief extension of the deadline within which to file her Payment Advices and Schedules and Statements for a period of 7 days, **through and including September 20, 2024**.



6. Bankruptcy Rule 1007(c) authorizes the Court to extend time for a debtor to file its Schedules and Statements on motion for cause shown. Similarly, Rule 9006(b) states that the Court, for cause shown, may order a period enlarged if the request to do so is made before the expiration of the period originally prescribed.

7. Ms. Bartolacci and her counsel have worked diligently to compile the information necessary to ensure that her Payment Advices and Schedules and Statements to be filed with the Court are accurate and complete. Despite those efforts, Ms. Bartolacci requires additional time to compile certain data and to finalize her Payment Advices and Schedules and Statements.

8. In seeking the relief requested herein, Ms. Bartolacci is mindful of the importance of filing accurate information and his duties and responsibilities with respect to the representations contained therein.

9. Ms. Bartolacci submits that this Motion is being filed in good faith, and not for the purposes of delaying this case or impairing the rights of any parties in interest. Further, interested parties will still have more than 14 days to review the Schedules and Statements prior to the meeting of creditors currently scheduled for October 10, 2024.

10. For the reasons set forth above, Ms. Bartolacci submits that the requested relief is reasonable and sufficient cause exists to extend the deadline to file the Payment Advices and Schedules and Statements for a period of seven days, **through and including September 20, 2024.**

WHEREFORE, the Ms. Bartolacci respectfully request that this Court enter an Order, substantially in the form attached hereto as **Exhibit A** (i) granting this Motion, (ii) extending the time within which to file the Payment Advices and Schedules and Statements for a period of seven days, **through and including September 20, 2024**, and (iii) granting such other and further relief as the Court deems just and proper.



Dated: September 13, 2024

Respectfully submitted,

SALAZAR LAW
*Counsel for Ranee A. Bartolacci*
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Phone: (305) 374-4848
Fax: (305) 397-1021
Email: Luis@Salazar.Law

By: /s/ Luis Salazar
Luis Salazar
Florida Bar No. 147788



## CERTIFICATE OF SERVICE

    I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        /s/ Luis Salazar
                                        Luis Salazar



## SERVICE LIST

Electronic Mail Notice:

- **Robert A Angueira**  trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Jordi Guso**  jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**  Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law



# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re                                                          Case No. 24-18942-CLC

RANEE A. BARTOLACCI                          Chapter 7

_____Debtor._____/

### ORDER GRANTING DEBTORS' *EX-PARTE* MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS

**THIS CAUSE** came before the Court upon the *Debtors' Ex-Parte Motion for Entry of an Order Extending Time to File Schedules, Statement of Financial Affairs*, and *Related Documents* (the "**Motion**") [ECF No. ___] filed by Debtor Ranee A. Bartolacci, and the Court having reviewed the Motion, having considered the record in this case, and finding that no hearing was necessary under the circumstances, finds good cause to grant the requested relief.

Accordingly, it is **ORDERED** as follows:

1. The Motion is GRANTED.

2. The deadline within which Ms. Bartolacci shall file her Payment Advices

and Schedules and Statement of Financial Affairs is extended for a period of seven days through and including **September 20, 2024.**

      3.      The Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

# # #

**Submitted by:**
Luis Salazar, Esq.
**SALAZAR Law**
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Email: Luis@Salazar.Law

**Copies furnished to:**
Luis Salazar, Esq.

*(Attorney Salazar shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service)*