**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ranee A. Bartolacci | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION | | |
| Case number (if known) | 24-18942-CLC | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____   X _____

Ranee A. Bartolacci
Signature of Debtor 1                           Signature of Debtor 2

Date _____9/3/24_____                      Date _____

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | 24-18942-CLC |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................................. | $    0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $    1,643,279.18 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................................. | $    1,643,279.18 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    948,688.64 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    2,885,969.70 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    15,898,790.28 |
| **Your total liabilities** | $    19,733,448.62 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $    0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $    38,746.33 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | 24-18942-CLC |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                    12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
☐ Yes.   Where is the property?

1.1

_____
Street address, if available, or other description

_____

_____
City          State        ZIP Code

_____

_____
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who** has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
$ _____

Current value of the portion you own?
$ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................=>**  _____

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

| Debtor 1 | Ranee A. Bartolacci | Case number *(if known)* | 24-18942-CLC |
|---|---|---|---|

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>**

$0.00

**Part 3:   Describe Your Personal and   Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

| Miscellaneous household goods and furnishings (See Question 22 of Statement of Financial Affairs) | Unknown |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

| Laptop Computer, Cell Phone, Used Epson Printer (See Question 22 of Statement of Financial Affairs) | $350.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe.....

| Collectibles of Value: (See Question 22 of Statement of Financial Affairs) | Unknown |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe.....

| Sports/Hobbies Equipment: (See Question 22 of Statement of Financial Affairs) | Unknown |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☒ Yes. Describe.....

| 2 Used Firearms: * Zev z-9 * Sig sauer p365 | $1,500.00 |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.....

| Miscellaneous women's clothing, shoes and accessories (See Question 22 of Statement of Financial Affairs) | $500.00 |
|---|---|

Debtor 1  Ranee A. Bartolacci                                                  Case number (if known)  24-18942-CLC

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☒ Yes.  Describe.....

   | Jewelry<br>SEE ATTACHMENT<br>(See Question 22 of Statement of Financial Affairs) | $39,600.00 |
   |---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☒ Yes.  Describe.....

   | Family Dog | $50.00 |
   |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ☒ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

   | $42,000.00 |
   |---|

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☒ Yes.................................................................................................................

   | | Cash | $200.00 |
   |---|---|---|

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☒ Yes.......................

   | | | Institution name: | |
   |---|---|---|---|
   | 17.1. | Checking | PNC Bank<br>[Account Ending 3711]<br>Account Holder: Nir Meir and/or Ranee Bartolacci | $0.00 |
   | 17.2. | Checking | Capital One<br>[Account Ending 7159] | $3.48 |
   | 17.3. | Checking | Citibank<br>[Account Ending 9407] | $0.00 |
   | 17.4. | Checking | JP Morgan Chase Bank<br>[Account Ending 5760] | $0.00 |
   | 17.5. | Checking | Signature Bank<br>Account Holder: Nir Meir OR Ranee Bartolacci<br>[Account Ending 4236] | $0.00 |

---

Official Form 106A/B                     Schedule A/B: Property                                    page 3

| Debtor 1 | Ranee A. Bartolacci | | Case number *(if known)* | 24-18942-CLC |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 17.6. | Brokerage | Charles Schwab<br>[Account Ending 2028]<br>* Includes Cash Holdings | | $209.91 |
| 17.7. | Brokerage | Charles Schwab<br>[Account Ending 7119]<br>*Includes Cash Holdings and EFTs | | $219.02 |
| 17.8. | Brokerage | Goldman Sachs<br>[Account Ending 1574]<br>*Includes Cash Holdings | | $0.81 |
| 17.9. | Brokerage | Goldman Sachs<br>[Account Ending 1582]<br>* Includes Cash Holdings | | $44.48 |
| 17.10. | Brokerage | Stifel<br>[Account Ending 6956]<br>*Includes Cash Holdings | | $19.85 |
| 17.11. | Brokerage | Gemini<br>[Account Ending 8012]<br>*Includes Holdings of Digital Currency | | $1,866.89 |
| 17.12. | Brokerage | Charles Schwab<br>Custodian Account FBO E.A.M. UNYUTMA<br>[Account Ending 0756] | | $273,465.56 |
| 17.13. | Other financial accounts | Venmo | | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☒ No
   ☐ Yes..................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☒ Yes.   Give specific information about them...................

| | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| | Bart 8 LP | 19 | % | Unknown |
| | Fairfield Development Associates<br>[General Partnership] | 4.1667 | % | Unknown |
| | Ermitage One LLC | unknown<br>[opened by<br>Ex-Husband,<br>Nir Meir] | % | $12,654.00 |
| | RSV One LLC | unknown<br>[opened by<br>Ex-Husband,<br>Nir Meir] | % | Unknown |
| | Twisted with Love LLC | 100 | % | $2,165.53 |
| | Point... Click... SOLD!!, Inc | 99 | % | $0.00 |

| Debtor 1 | Ranee A. Bartolacci | | Case number *(if known)* | 24-18942-CLC |
|---|---|---|---|---|

| | RSV One Investments LLC | unknown [opened by Ex-Husband, Nir Meir] % | | Unknown |
|---|---|---|---|---|
| | RSV Three LLC | unknown [opened by Ex-Husband, Nir Meir] % | | Unknown |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them

Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | Charles Schwab [Accounting Ending 4323] | $166.19 |

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
☒ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| Rental Deposit | Lyda Erazo Bravo | $5,300.00 |

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes.............        Issuer name and description.

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☐ No
☒ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| Charles Schwab [Account Ending 1034-01] *FBO Z.A.M. | $435,112.46 |
|---|---|
| Charles Schwab [Account ending #1034-02] *FBO E.A.M. | $554,185.32 |
| Charles Schwab [Account ending #1034-03] *FBO L.O.M. | $315,665.68 |

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
☒ Yes.   Give specific information about them...

| Ranee Bartolacci Family Trust of 2021 | Unknown |
|---|---|

Debtor 1    Ranee A. Bartolacci    Case number *(if known)*    24-18942-CLC

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.    Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.    Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☐ No
☒ Yes. Give specific information......

| Child Support [Owed by Former/Ex-Husband, Nir Meir] | Child Support [Unliquidated] | Unknown |
|---|---|---|

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes.    Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Renters Insurance Insured: Raymond A and Mary E Bartolacci | Ranee Bartolacci | Unknown |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.    Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes.    Describe each claim........

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Ranee A. Bartolacci | Case number *(if known)* | 24-18942-CLC |

| | Ranee Bartolacci v. Quinn Emanuel Urquhart & Sullivan LLP; Case No. 2024-006940-CA-01; pending in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida | Unknown |
| | Ranee Bartolacci v. YH Lex Estates LLC et al; Case No. 2021-025805-CA-01<br>Pending in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | Unknown |
| | US District Court S.D.F.L. Case filed: Bartolacci v. YH Lex Estates LLC, and EZL 40 Meadow Lane, LLC (1:2021cv24423) | Unknown |
| | Potential Malpractice Claims against: Davidoff Hutcher & Citron LLP, Larry Hutcher, Esq., Richard Wolter, Esq., William Wolzer, Esq., and Howard Present, Esq. | Unknown |
| | Potential Malpractice Claim against: PM Law PC, and Pankaj Malik, Esq. | Unknown |
| | Potential Malpractice Claim against: Morris James LLP, and Eric Monzo, Esq. | Unknown |
| | Potential Malpractice Claims against: Vincent F. Vaccarella, P.A., and John A. Moore, Esq. | Unknown |
| | Potential Malpractice Claims against: Quinn Emanuel Urquhart & Sullivan, LLP, and Olga Viera, Esq., | Unknown |
| | Potential Malpractice Claims against: Davidoff Law Firm, and Jonathan Marc Davidoff, Esq. | Unknown |
| | Nir Meir [Former/Ex-Husband] | Unknown |
| | EZL 40 Meadow Lane, LLC | Unknown |
| | EAM 40 Meadow Lane LLC | Unknown |

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
☒ No
☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................ $1,601,279.18

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.  Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1    Ranee A. Bartolacci                                    Case number *(if known)*   24-18942-CLC

38. **Accounts receivable or commissions you already earned**

☐ No
☐ Yes.   Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes.   Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes.   Describe.....

41. **Inventory**

☐ No
☐ Yes.   Describe.....

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes.   Give specific information about them...................

Name of entity:                                    % of ownership:

                                                                        %

43. **Customer lists, mailing lists, or other compilations**
☐ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.   Describe.....

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...............................................................................................................

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|---|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    Ranee A. Bartolacci         Case number *(if known)*  24-18942-CLC

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes...............

_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information.....

_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes...............

_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes...............

_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information.....

_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .............................................................................................

| |
|---|
| _____ |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

| |
|---|
| $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | $0.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $42,000.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,601,279.18 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $1,643,279.18 | Copy personal property total $1,643,279.18 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $1,643,279.18 |

***In re: Ranee A. Bartolacci***
**Case No. 24-18942-CLC**
**Attachment to Schedule A/B: Property**

| DESCRIPTION OF ITEM | ESTIMATED VALUE |
|---|---|
| Miscellaneous Fashion Jewelry | $ 200.00 |
| Cartier Rose Gold and Diamond Juste en Clou Style Hinged Bracelet | $ 1,350.00 |
| Cartier White Gold and Diamond Juste en Clou Style Hinged Bracelet | $ 1,350.00 |
| Cartier Rose Gold Bracelet with Pantherhead | $ 1,250.00 |
| Leviev Gold Bangles Bracelets | $ 1,350.00 |
| Tiffany and Co. White Gold Diamond and Green Garnet Hinged Double Bangle Bracelet | $ 2,000.00 |
| White Gold and Diamond Bead Chain Motif Bracelet | $ 1,000.00 |
| Leviev Whitegold, Diamond and Sapphire Bracelet | $ 1,800.00 |
| White Gold, Diamond, and Leather Bracelet | $ 600.00 |
| Catherine M. Sadeh Rose Gold, Diamond and Leather Bracelet | $ 400.00 |
| White Gold, Diamond, and Aquamarine Necklace with Pendant | $ 500.00 |

| | | |
|---|---|---|
| Dog Tag Necklace: Rose Gold and Diamond<br>[Held for Minor Child, E.A.M.] | $ | 1,150.00 |
| Dog Tag Necklace: White Gold and Diamond<br>[Held for Minor Child, Z.A.M.] | $ | 1,800.00 |
| Dog Tag Necklace: White Gold and Sapphire<br>[Held for Minor Child, L.O.M.] | $ | 2,000.00 |
| Yellow and White Gold and Diamond Star Motif Anklet | $ | 200.00 |
| Daniel Steiger Equinox Chonometer Watch: Yellow Stainless Steel and Diamond Simulant, 35 mm | $ | 50.00 |
| Audemars Piguet Lady Royal Oak Watch: Rose Gold and Diamond, 37 mm | $ | 5,000.00 |
| White Gold and Diamond Earing (Studs) | $ | 750.00 |
| Rose Gold and Diamond pipe fitting design ring | $ | 850.00 |
| Platinum and Diamond Eternity Band Ring | $ | 3,500.00 |
| Platinum and Diamond Ring | $ | 12,500.00 |
| | | |
| **TOTAL** | $ | 39,600.00 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | 24-18942-CLC |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Miscellaneous household goods and furnishings<br>(See Question 22 of Statement of Financial Affairs)<br>Line from *Schedule A/B*: 6.1 | Unknown | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Laptop Computer, Cell Phone, Used Epson Printer<br>(See Question 22 of Statement of Financial Affairs)<br>Line from *Schedule A/B*: 7.1 | $350.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Collectibles of Value:<br>(See Question 22 of Statement of Financial Affairs)<br>Line from *Schedule A/B*: 8.1 | Unknown | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Sports/Hobbies Equipment:<br>(See Question 22 of Statement of Financial Affairs)<br>Line from *Schedule A/B*: 9.1 | Unknown | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| 2 Used Firearms:<br>* Zev z-9<br>* Sig sauer p365<br>Line from *Schedule A/B*: 10.1 | $1,500.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    Ranee A. Bartolacci                                                Case number (if known)    24-18942-CLC

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Miscellaneous women's clothing, shoes and accessories (See Question 22 of Statement of Financial Affairs) Line from *Schedule A/B*: 11.1 | $500.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.25(4) |
| Jewelry SEE ATTACHMENT (See Question 22 of Statement of Financial Affairs) Line from *Schedule A/B*: 12.1 | $39,600.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.25(4) |
| Family Dog Line from *Schedule A/B*: 13.1 | $50.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.25(4) |
| Cash Line from *Schedule A/B*: 16.1 | $200.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.25(4) |
| Charles Schwab Custodian Account FBO E.A.M. UNYUTMA [Account Ending 0756] Line from *Schedule A/B*: 17.12 | $273,465.56 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.22 |
| Venmo Line from *Schedule A/B*: 17.13 | $0.00 | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.25(4) |
| Charles Schwab [Account Ending 1034-01] *FBO Z.A.M. Line from *Schedule A/B*: 24.1 | $435,112.46 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.22 |
| Charles Schwab [Account ending #1034-02] *FBO E.A.M. Line from *Schedule A/B*: 24.2 | $554,185.32 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.22 |
| Charles Schwab [Account ending #1034-03] *FBO L.O.M. Line from *Schedule A/B*: 24.3 | $315,665.68 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.22 |
| Child Support [Owed by Former/Ex-Husband, Nir Meir] Line from *Schedule A/B*: 29.1 | Unknown | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | | Fla. Stat. Ann. § 222.201; 11 U.S.C. § 522(d)(10)(D) |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| | First Name___Middle Name___Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name___Middle Name___Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | 24-18942-CLC |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** Internal Revenue Service [IRS]<br><br>Creditor's Name<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>Bart 8 LP; Fairfield Development Associates[General Partnership]<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $948,688.64 | $0.00 | $948,688.64 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    Tax Lien

Date debt was incurred _____    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $948,688.64 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $948,688.64 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | 24-18942-CLC |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | Florida Department of Revenue | Last 4 digits of account number _____ | $3,485.53 | $0.00 | $3,485.53 |

Priority Creditor's Name
5050 W Tennessee Street
Tallahassee, FL 32399
Number Street City State Zip Code

When was the debt incurred?  2019-2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                 Tax

| | | | | | |
|---|---|---|---|---|---|
| 2.2 | Internal Revenue Service [IRS] | Last 4 digits of account number _____ | $999,096.31 | $999,096.31 | $0.00 |

Priority Creditor's Name
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?  2018, 2019, 2020

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                 Tax

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci

Case number (if known)    24-18942-CLC

---

**2.3**

Internal Revenue Service [IRS]
Priority Creditor's Name
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     $93,963.26     $93,963.26     $0.00

**When was the debt incurred?**  2021 and 2022

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
        Tax

---

**2.4**

Internal Revenue Service [IRS]
Priority Creditor's Name
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     $834,313.53     $834,313.53     $0.00

**When was the debt incurred?**  2018 and 2019

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
        Tax liens

---

**2.5**

Miami Dade County Tax Collector
Priority Creditor's Name
200 NW 2nd Avenue
Miami, FL 33128
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     $380,459.00     $0.00     $380,459.00

**When was the debt incurred?**  2018 and 2019

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
        Tax liens

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Ranee A. Bartolacci

Case number (if known)   24-18942-CLC

---

**2.6**   NY State Department of Revenue

Priority Creditor's Name

Department of Taxation and Finance [NYS Tax Dept]
W A Harriman Campus
Bankruptcy Unit, Building 8 [Rm 455]
Albany, NY 12227

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____   $194,193.00   $0.00   $194,193.00

**When was the debt incurred?**   2019

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Tax

---

**2.7**   NY State Department of Revenue

Priority Creditor's Name

Department of Taxation and Finance [NYS Tax Dept]
W A Harriman Campus
Bankruptcy Unit, Building 8 [Rm 455]
Albany, NY 12227

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____   $380,459.07   $0.00   $380,459.07

**When was the debt incurred?**   2018 and 2019

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Tax liens

---

**2.8**   Pennsylvania Department of Revenue

Priority Creditor's Name

1 Revenue Place
Harrisburg, PA 17129

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____   $0.00   $0.00   $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Tax/FOR NOTICE PURPOSES

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes.

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

2.

| | Total claim |
|---|---|

**4.1** 76 Eleventh Avenue Property Owner, LLC

Nonpriority Creditor's Name
251 Little Falls Drive
Wilmington, DE 19808
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

**Total claim:** Unknown

---

**4.2** 88 Lex 501, Inc.

Nonpriority Creditor's Name
c/o Joel Braziller, Esq
277 Broadway, #400
New York, NY 10007
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Personal Guaranty

**Total claim:** Unknown

---

**4.3** Advantage Title Agency, Inc.

Nonpriority Creditor's Name
201 Old Country Road
Melville, NY 11747
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

**Total claim:** Unknown

---

Debtor 1   Ranee A. Bartolacci                          Case number (if known)   24-18942-CLC

---

| 4.4 | Advantage Title Company | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

245 Park Avenue
New York, NY 10167

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

☐ Yes                                    ☒ Other. Specify

---

| 4.5 | Ahmad Yousf Kamal | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

Unknown

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

☐ Yes                                    ☒ Other. Specify

---

| 4.6 | American Express | Last 4 digits of account number   6005 | $45,253.16 |

Nonpriority Creditor's Name

Attn: Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ☒ Other. Specify   Credit card purchases

---

Debtor 1  Ranee A. Bartolacci                                           Case number (if known)    24-18942-CLC

---

| 4.7 | American Express | Last 4 digits of account number | 1003 | $120,039.00 |

Nonpriority Creditor's Name
Attn: Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   Credit card purchases

---

| 4.8 | American Express | Last 4 digits of account number | 6333 | $4,164.00 |

Nonpriority Creditor's Name
Attn: Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Credit card purchases

---

| 4.9 | AmTrust Title Insurance Co. | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
59 Maiden Lane, 43rd Floor
New York, NY 10038

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                                  Case number (if known)    24-18942-CLC

---

**4.10**

Anthony B. Tufariello
Nonpriority Creditor's Name
Kathleen Tufariello
2401 Spanish River Road
Boca Raton, FL 33432
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.11**

Apple Card with Goldman Sachs
Nonpriority Creditor's Name
Lockbox 6112
Philadelphia, PA 19170
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                        $34,293.05

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

**4.12**

Arel Capital Partners II LLC
Nonpriority Creditor's Name
540 Madison Avenue
New York, NY 10022
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

Debtor 1  Ranee A. Bartolacci                                      Case number (if known)    24-18942-CLC

---

**4.13**

Astor Ben Sasha LLC
Nonpriority Creditor's Name
18 East 48th Street
#702
New York, NY 10017
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Personal Guaranty

---

**4.14**

Atlantic Specialty Insurance Company
Nonpriority Creditor's Name
605 Highway 169 North, Suite 800
Plymouth, MN 55441
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.15**

Avishai Abrahami
Nonpriority Creditor's Name

Tel-Aviv, ISRAEL
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Litigation against Ex/Former Husband, Nir Meir, Personal Guaranty by Ex-Husband Nir Meir

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.1 6**

Bankruptcy Estate of Nir Meir
Nonpriority Creditor's Name
c/o Drew M. Dillworth
as Chapter 7 Trustee
2200 Museum Tower
150 West Flagler Street
Miami, FL 33130
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**                              Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Chapter 7 Bankruptcy, In re Nir Meir, Case No. 24-11047-LMI

---

**4.1 7**

Barclays Bank Delaware
Nonpriority Creditor's Name
125 South West Street
Wilmington, DE 19801
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**    7123                      $19,661.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Credit Card Purchases

---

**4.1 8**

Benny Shabtai
Nonpriority Creditor's Name
200 East 69th Street
PH E
New York, NY 10021
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**                              $626,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Judgment/Personal Guaranty

---

Debtor 1  Ranee A. Bartolacci                                              Case number (if known)    24-18942-CLC

| 4.19 | Board of Directors of Chatsworth Realty | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
575 Fifth Avenue, 10th Floor
New York, NY 10017
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.20 | Board of Managers of 11 Beach St Condo | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
11 Beach Street
New York, NY 10013
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.21 | Board of Managers of 235 West 75th St | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.2 2**

**BSDT 11th Ave LLC**
Nonpriority Creditor's Name
Attn: Zvi Hahn as trustee of Benny
Shabtai 2012 Dynasty Trust
c/o United Corporate Services
800 North State Street, #304
Dover, DE 19901
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of
Ex-Husband, Nir Meir, for Personal Guaranty

---

**4.2 3**

**BSDT 2012 LLC**
Nonpriority Creditor's Name
1114 Avenue of the Americas
New York, NY 10036
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                     $9,422,796.94

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of
Ex-Husband, Nir Meir, for Judgment/Personal
Guaranty

---

**4.2 4**

**CF HFZ BNYZ, LLC**
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of
Ex-Husband, Nir Meir, and/or his
related/affiliate entities EAM 40 Meadow Lane,
LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

---

**4.2.5**

CF HFZ, LLC
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.2.6**

ConnectOne Bank
Nonpriority Creditor's Name
301 Sylvan Avenue
Englewood Cliffs, NJ 07632-2539
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.2.7**

Davidoff Hutcher & Citron
Nonpriority Creditor's Name
Attn: Jonathan Pasternak, Esq.
605 Third Avenue
New York, NY 10158
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____          Unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

| 4.2 8 | Delaware Secretary of State | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
Division of Corporations
Franchise Tax Division
P.O. Box 898
Dover, DE 19903

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.2 9 | Delaware State Treasury | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.3 0 | Dhruv Piplani | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
246 Spring Screett, Suite 3510
New York, NY 10013

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci      Case number (if known)  24-18942-CLC

---

**4.3 1**

**Double J Bryant Park 25 LLC**
Nonpriority Creditor's Name
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue
Suite 107
Purchase, NY 10577
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.3 2**

**Double J Bryant Park 27 LLC**
Nonpriority Creditor's Name
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue
Suite 107
Purchase, NY 10577
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.3 3**

**EAM 40 Meadow Lane LLC**
Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Bankruptcy #22-10293

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.3 4**

Eric Tanjeloff
Nonpriority Creditor's Name
c/o Brya M. Keilson, Esq.
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

**4.3 5**

EZL 40 Meadow Lane LLC
Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Bankruptcy #22-10294

---

**4.3 6**

Fida and Son Construction Corp.
Nonpriority Creditor's Name
1633 West 9th Street
Brooklyn, NY 11223
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Violations of NY Lien Law
☒ Other. Specify

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

| 4.3 7 | | | |
|---|---|---|---|

Fitz Patrick Lentz & Bubba PC

**Last 4 digits of account number** _____                    $1,436.00

Nonpriority Creditor's Name
Two City Center
645 West Hamilton Street
Suite 800
Allentown, PA 18101

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services

---

| 4.3 8 | | | |
|---|---|---|---|

GCE Belnord Corp

**Last 4 digits of account number** _____                    Unknown

Nonpriority Creditor's Name
c/o Bryan Cave
1290 Avenue of the Americas
New York, NY 10104

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.3 9 | | | |
|---|---|---|---|

GCE Property Holdings, Inc.

**Last 4 digits of account number** _____                    Unknown

Nonpriority Creditor's Name
c/o Bryan Cave
1290 Avenue of the Americas
New York, NY 10104

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.4 0**

Harsh Padia
Nonpriority Creditor's Name
395 Hudson Street
Suite 701
New York, NY 10014
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____            Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.4 1**

Hedgerow Real Estate LLC
Nonpriority Creditor's Name
2495 Montauk Highway
P.O. Box 2185
Bridgehampton, NY 11932
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____            Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.4 2**

HFZ 235 West 53rd Street Owner, LLC
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____            Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1    Ranee A. Bartolacci                                           Case number (if known)    24-18942-CLC

| 4.4 3 | HFZ 235 West 75th Street Owner, LLC | | |
|---|---|---|---|

HFZ 235 West 75th Street Owner, LLC
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.4 4 | HFZ 301 West 53rd Street Owner, LLC | | |
|---|---|---|---|

HFZ 301 West 53rd Street Owner, LLC
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.4 5 | HFZ 344 West 72nd Street Owners, LLC | | |
|---|---|---|---|

HFZ 344 West 72nd Street Owners, LLC
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1   Ranee A. Bartolacci     Case number (if known)   24-18942-CLC

---

| 4.46 | HFZ 501 West LLC |
|---|---|

Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.47 | HFZ 88 Lexington Avenue Owner, LLC |
|---|---|

Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.48 | HFZ 90 Lexington Avenue Owner, LLC |
|---|---|

Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.49**

HFZ Bryant Park Owner, LLC
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No



☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

**4.50**

HFZ Capital Group LLC
Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No



☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Litigation and for NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Fraud, Disgorgement and Conversion, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

**4.51**

HFZ Group, LLC
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No



☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci                                                                        Case number (if known)    24-18942-CLC

---

| 4.5 2 | | | |
|---|---|---|---|

**HFZ Highline LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                              Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
                        NOTICE PURPOSES: Creditor of
☒ Other. Specify  Ex-Husband, Nir Meir

---

| 4.5 3 | | | |
|---|---|---|---|

**HFZ Highline Propertry Owners LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                              Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
                        NOTICE PURPOSES: Creditor of
☒ Other. Specify  Ex-Husband, Nir Meir

---

| 4.5 4 | | | |
|---|---|---|---|

**HFZ Highline Special Member LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                              Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
                        NOTICE PURPOSES: Creditor of
☒ Other. Specify  Ex-Husband, Nir Meir

---

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

| | | |
|---|---|---|
| **4.5 5** | | |

**HFZ KIK 30th Street Owner, LLC**          Last 4 digits of account number _____          Unknown
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor                                          When was the debt incurred?      _____
New York, NY 10022
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                    ☒ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☒ Disputed
☒ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**      ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   NOTICE PURPOSES: Creditor of
                                                   Ex-Husband, Nir Meir, and/or his
                                                   related/affiliate entites EAM 40 Meadow Lane,
☐ Yes                                              ☒ Other. Specify   LLC and EZL 40 Meadow Lane, LLC

---

| | | |
|---|---|---|
| **4.5 6** | | |

**HFZ Residential Collection, LLC**          Last 4 digits of account number _____          Unknown
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor                                          When was the debt incurred?      _____
New York, NY 10022
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                    ☒ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☒ Disputed
☒ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**      ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   NOTICE PURPOSES: Creditor of
                                                   Ex-Husband, Nir Meir, and/or his
                                                   related/affiliate entites EAM 40 Meadow Lane,
☐ Yes                                              ☒ Other. Specify   LLC and EZL 40 Meadow Lane, LLC

---

| | | |
|---|---|---|
| **4.5 7** | | |

**Horizon Select LLC**          Last 4 digits of account number _____          Unknown
Nonpriority Creditor's Name
c/o A Registered Agent, Inc.
8 The Green A                                       When was the debt incurred?      _____
Dover, DE 19901
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                    ☒ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☒ Disputed
☒ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**      ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   FOR NOTICE PURPOSES: Creditor of
                                                   Ex-Husband, Nir Meir, and/or his
                                                   related/affiliate entities EAM 40 Meadow Lane,
☐ Yes                                              ☒ Other. Specify   LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                                              Case number (if known)      24-18942-CLC

---

**4.58**

JC Industries LLC
Nonpriority Creditor's Name
47-17 35th Street
Sunnyside, NY 11104
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify     NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Violations of NY Lien Law

---

**4.59**

Jenny Kwan
Nonpriority Creditor's Name
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue
Suite 107
Purchase, NY 10577
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify     NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.60**

Jordan Vogel
Nonpriority Creditor's Name
c/o Ericka Fredricks Johnson, Esq.
Bayard P.A.
600 N. King St., Suite 400
Wilmington, DE 19801
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify     FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

---

**4.6 1**

Marcum, LLP
Nonpriority Creditor's Name
201 East Las Olas Boulevard, 21st Floor
Fort Lauderdale, FL 33301
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services

---

**4.6 2**

Margulis Gelfand DiRuzzo & Lambson, LLC
Nonpriority Creditor's Name
401 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                        $9,274.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services [Legal]

---

**4.6 3**

Matthew F. Ammirati
Nonpriority Creditor's Name
Unknown
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No


☐ Yes

Last 4 digits of account number _____                        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

Debtor 1    Ranee A. Bartolacci

Case number (if known)    24-18942-CLC

| 4.6 4 | MC Asset Management (Corporate), LLC |
|---|---|

Nonpriority Creditor's Name

c/o National Registered Agents, Inc.
as Registered Agent
1209 Orange Street
Wilmington, DE 19801

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

| 4.6 5 | MCAM 40 ML Lender, LLC |
|---|---|

Nonpriority Creditor's Name

c/o Monroe Capital Advisors, LLC
311 South Wacker Drive
64th Floor
Chicago, IL 60606

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

| 4.6 6 | Monroe Capital Management Advisors, LLC | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
c/o The Corporation Trust Company
as Registered Agent
1209 Orange Street
Wilmington, DE 19801

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

| 4.6 7 | Morrison Cohen LLP | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: David Ross, Esq.
909 Third Avenue, 27th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

| 4.6 8 | Nino Cohen | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Melvin Berfond, Esq.
Berfond Attorney at Law
277 Broadway, Suite 810
New York, NY 10111

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Litigation and NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

Debtor 1   Ranee A. Bartolacci                                          Case number (if known)    24-18942-CLC

| 4.6 9 | | |
|---|---|---|

**Nir Meir [Incarcerated]**
Nonpriority Creditor's Name
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Chapter 7 Bankruptcy, In re Nir Meir, Case No. 24-11047-LMI

| 4.7 0 | | |
|---|---|---|

**NY Stone and Tile**
Nonpriority Creditor's Name
31-45 Howell Street
Attn: Nino Cohen
Linden, NJ 07036
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Litigation and NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

| 4.7 1 | | |
|---|---|---|

**YK Law LLP**
Nonpriority Creditor's Name
c/o Pankaj Malik
14 Penn Plaza Street, 9th Floor
Miami, FL 10122
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____    $182,006.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services [Legal] and NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

Debtor 1  Ranee A. Bartolacci         Case number (if known)  24-18942-CLC

---

| 4.7 2 | |
|---|---|

**Pavarini McGovern LLC**
Nonpriority Creditor's Name
330 West 34th Street
New York, NY 10001
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Violations of NY Lien Law

---

| 4.7 3 | |
|---|---|

**Polaris Lending LLC**
Nonpriority Creditor's Name
c/o William Soto
Scarsdale Executive Building
531 Central Park Avenue, Ste 301
Scarsdale, NY 10583
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.7 4 | |
|---|---|

**Quinn Emanuel Urquhart & Sullivan, LLP**
Nonpriority Creditor's Name
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   [Alleged] Professional Services [Legal] (Forged contracts signed by Debtor's Former Husband)

---

Debtor 1   Ranee A. Bartolacci                                                                     Case number (if known)    24-18942-CLC

| | |
|---|---|
| **4.7 5** | |

| | | |
|---|---|---|
| Raphael Rebhan | Last 4 digits of account number _____ | Unknown |
| Nonpriority Creditor's Name | | |
| 3 Rothschild Blvd | **When was the debt incurred?** _____ | |
| Tel-Aviv, ISRAEL 6688106 | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ☐ Debtor 1 only | ☒ Contingent | |
| ☐ Debtor 2 only | ☒ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☒ Disputed | |
| ☒ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans | |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☒ No | NOTICE PURPOSES: Creditor of | |
| ☐ Yes | ☒ Other. Specify   Ex-Husband, Nir Meir, for Personal Guaranty | |

| | |
|---|---|
| **4.7 6** | |

| | | |
|---|---|---|
| Raymond Bartolacci | Last 4 digits of account number _____ | $4,298,211.82 |
| Nonpriority Creditor's Name | | |
| 17076 Bay Street | **When was the debt incurred?**   07/11/2024 | |
| Jupiter, FL 33477 | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ☒ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans | |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☒ No | ☒ Other. Specify   Personal Loan | |
| ☐ Yes | | |

| | |
|---|---|
| **4.7 7** | |

| | | |
|---|---|---|
| Raymond Bartolacci | Last 4 digits of account number _____ | $13,863.00 |
| Nonpriority Creditor's Name | | |
| 17076 Bay Street | **When was the debt incurred?**   05/31/2023 | |
| Jupiter, FL 33477 | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| **Who incurred the debt?** Check one. | | |
| ☒ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans | |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☒ No | ☒ Other. Specify   Personal Loan | |
| ☐ Yes | | |

Debtor 1  Ranee A. Bartolacci                                       Case number (if known)  24-18942-CLC

---

| 4.78 | | | |
|---|---|---|---|
| | Raymond Bartolacci | **Last 4 digits of account number** _____ | $5,038.00 |
| | Nonpriority Creditor's Name | | |
| | 17076 Bay Street | **When was the debt incurred?** 04/30/2023 | |
| | Jupiter, FL 33477 | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan

---

| 4.79 | | | |
|---|---|---|---|
| | Raymond Bartolacci | **Last 4 digits of account number** _____ | $6,795.00 |
| | Nonpriority Creditor's Name | | |
| | 17076 Bay Street | **When was the debt incurred?** 03/31/2023 | |
| | Jupiter, FL 33477 | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan

---

| 4.80 | | | |
|---|---|---|---|
| | Raymond Bartolacci | **Last 4 digits of account number** _____ | $150,000.00 |
| | Nonpriority Creditor's Name | | |
| | 17076 Bay Street | **When was the debt incurred?** 12/19/2022 | |
| | Jupiter, FL 33477 | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci                                      Case number (if known)    24-18942-CLC

| 4.8 1 | | | |
|---|---|---|---|

Raymond Bartolacci                                  Last 4 digits of account number _____          $650,000.00
Nonpriority Creditor's Name
17076 Bay Street                                    When was the debt incurred?    11/30/2022
Jupiter, FL 33477
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☒ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community        ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ☒ Other. Specify    Personal Loan

| 4.8 2 | | | |
|---|---|---|---|

Raymond Bartolacci                                  Last 4 digits of account number _____           $15,765.00
Nonpriority Creditor's Name
17076 Bay Street                                    When was the debt incurred?    06/30/2023
Jupiter, FL 33477
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☒ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community        ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ☒ Other. Specify    Personal Loan

| 4.8 3 | | | |
|---|---|---|---|

Raymond Bartolacci                                  Last 4 digits of account number _____           $12,586.00
Nonpriority Creditor's Name
17076 Bay Street                                    When was the debt incurred?    07/31/2023
Jupiter, FL 33477
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☒ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community        ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
☒ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ☒ Other. Specify    Personal Loan

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)  24-18942-CLC

---

**4.8 4**

Raymond Bartolacci
Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                      $16,880.00

**When was the debt incurred?**   08/31/2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan

---

**4.8 5**

Raymond Bartolacci
Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                      $18,435.00

**When was the debt incurred?**   09/30/2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan

---

**4.8 6**

Raymond Bartolacci
Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                      $18,426.00

**When was the debt incurred?**   10/31/2023

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

| 4.8 7 | | | |
|---|---|---|---|

Raymond Bartolacci
Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          $19,042.00

**When was the debt incurred?**    11/30/2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan

---

| 4.8 8 | | | |
|---|---|---|---|

Rottenstreich Farley Bronstein
Nonpriority Creditor's Name
Fisher Potter Hodas LLP
515 North Flagler Drive - Suite 800
West Palm Beach, FL 33401
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____          $45,465.81

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services [Legal]

---

| 4.8 9 | | | |
|---|---|---|---|

Sav-Mor Mechanical Inc
Nonpriority Creditor's Name
30B Howard Place
Ronkonkoma, NY 11779
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Violations of NY
☒ Other. Specify   Lien Law

---

Debtor 1  Ranee A. Bartolacci                                              Case number (if known)    24-18942-CLC

---

**4.90**

Sergey Kostyatnikov
Nonpriority Creditor's Name
302 5th Avenue
8th Floor
New York, NY 10007
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.91**

Signature Bank
Nonpriority Creditor's Name
261 Madison Avenue
New York, NY 10016
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.92**

Smithtown Partners, LLC
Nonpriority Creditor's Name
40 Meadow Lane
Southampton, NY 11968
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1    Ranee A. Bartolacci                                     Case number (if known)    24-18942-CLC

---

| 4.9 3 | Solomon Blum Heymann, LLP | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Andrew Heymann, Esq.
40 Wall Street, 35th Floor          **When was the debt incurred?**  _____
New York, NY 10005

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☒ Contingent
☐ Debtor 2 only                                   ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☒ Disputed
☒ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**    ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  NOTICE PURPOSES: Creditor of
                                                  Ex-Husband, Nir Meir, and/or his
                                                  related/affiliate entites EAM 40 Meadow Lane,
☐ Yes                                  ☒ Other. Specify  LLC and EZL 40 Meadow Lane, LLC

---

| 4.9 4 | Suffolk County Taxing Authority | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
H. Lee Dennison Building
100 Veterans Memorial Highway          **When was the debt incurred?**  _____
P.O. Box 6100
Hauppauge, NY 11788

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☒ Contingent
☐ Debtor 2 only                                   ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☒ Disputed
☒ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**    ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  NOTICE PURPOSES: Creditor of
                                                  Ex-Husband, Nir Meir, and/or his
                                                  related/affiliate entities EAM 40 Meadow Lane,
☐ Yes                                  ☒ Other. Specify  LLC and EZL 40 Meadow Lane, LLC

---

| 4.9 5 | Susman Godfrey, LLP | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Mark H. Hatch-Miller, Esq.
1301 Avenue of the Americas          **When was the debt incurred?**  _____
32nd Floor
New York, NY 10019

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                   ☒ Contingent
☐ Debtor 2 only                                   ☒ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☒ Disputed
☒ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a   community**    ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims
☒ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  NOTICE PURPOSES: Creditor of
                                                  Ex-Husband, Nir Meir, and/or his
                                                  related/affiliate entites EAM 40 Meadow Lane,
☐ Yes                                  ☒ Other. Specify  LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                                      Case number (if known)    24-18942-CLC

| | |
|---|---|
| **4.9 6** | |

**Tiger REF Highline LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                          Unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

| | |
|---|---|
| **4.9 7** | |

**Town of Southampton Taxing Authority**
Nonpriority Creditor's Name
116 Hampton Road
Southampton, NY 11968
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No



☐ Yes

Last 4 digits of account number _____                          Unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

| | |
|---|---|
| **4.9 8** | |

**U.S. Securities and Exchange Commission**
Nonpriority Creditor's Name
100 F Street, NE
Washington, DC 20549
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No



☐ Yes

Last 4 digits of account number _____                          Unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci    Case number (if known)   24-18942-CLC

| 4.9 9 | Vincent Vaccarella PA | Last 4 digits of account number _____ | $163,359.00 |
|---|---|---|---|

Nonpriority Creditor's Name
888 East Las Olas Boulevard,
Suite 700
Fort Lauderdale, FL 33301

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Professional Services [Legal]

---

| 4.1 00 | VSK E 68 LLC | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
302 5th Avenue
8th Floor
New York, NY 10007

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.1 01 | Womble Bond Dickinson (US) LLP | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Matthew P. Ward
1313 N. Market Street
Suite 1200
Wilmington, DE 19801

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci      Case number (if known)  24-18942-CLC

---

| 4.1 02 | | | |
|---|---|---|---|

**YH Lex Estates LLC**
Nonpriority Creditor's Name
c/o Solomon Blum Heymann LLP, as Reg. Agent
40 Wall Street, 35th Floor
New York, NY 10005
Number Street City State Zip Code

**Last 4 digits of account number**      $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Litigation and for NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.1 03 | | | |
|---|---|---|---|

**Ziel Feldman**
Nonpriority Creditor's Name
600 Madison Avenue
New York, NY 10022
Number Street City State Zip Code

**Last 4 digits of account number**      Unknown

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| Name and Address<br>76 Eleventh Avenue Property Owner, LLC<br>600 Madison Avenue<br>15th Floor<br>New York, NY 10022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.1 of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>    ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>American Express<br>PO Box 981537<br>El Paso, TX 79998 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.6 of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>    ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>American Express<br>PO Box 981537<br>El Paso, TX 79998 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.7 of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>    ☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

---

Debtor 1  Ranee A. Bartolacci                                          Case number (if known)   24-18942-CLC

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | Line 4.8 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Apple Card/GS Bank USA<br>Attn: Bankruptcy<br>Goldman Sachs Bank USA<br>PO Box 70379<br>Philadelphia, PA 19176 | Line 4.11 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Arel Capital Partners II LLC<br>c/o Goldberg Weprin Finkel Goldstein<br>1501 Broadway<br>New York, NY 10036 | Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Astor Ben Sasha LLC<br>c/o Goldberg Weprin Finkel Goldstein<br>1501 Broadway<br>New York, NY 10036 | Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Avishai Abrahami<br>c/o Michael E. Sims, Esq.<br>Zeichner Ellman & Krause LLP<br>730 Third Avenue<br>New York, NY 10017 | Line 4.15 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Avishai Abrahami<br>c/o Zeichner Ellman & Krause LLP<br>28 HaArba'a Street<br>HaArba'a Towers-North Tower, 34th<br>Floor<br>Tel Aviv, ISRAEL 6473925 | Line 4.15 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Avishai Abrahami<br>c/o Seyfarth Shaw<br>620 8th Avenue<br>New York, NY 10018 | Line 4.15 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Bankruptcy Estate of Nir Meir<br>Drew M. Dillworth, as Chapter 7<br>Trustee<br>c/o James B Miller, Esq.<br>19 W Flagler St #416<br>Miami, FL 33130 | Line 4.16 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Benny Shabtai<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line 4.18 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Ranee A. Bartolacci                                                          Case number (if known)    24-18942-CLC

| | |
|---|---|
| Name and Address<br>Board of Directors of Chatsworth Realty<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Board of Managers of 11 Beach St Condo<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>Board of Managers of 235 West 75th St<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>BSDT 11th Ave LLC<br>c/o United Corporate Services, Inc.<br>as Registered Agent<br>800 North State Street, #304<br>Dover, DE 19901 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>BSDT 11th Ave LLC<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>BSDT 2012 LLC<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>EAM 40 Meadow Lane LLC<br>c/o Womble Womble Bond Dickinson (us) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>EAM 40 Meadow Lane, LLC<br>c/o Corporation Trust Company, as Reg. Agent<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1  Ranee A. Bartolacci    Case number (if known)    24-18942-CLC

| | | |
|---|---|---|
| EZL 40 Meadow Lane LLC<br>c/o Matthew P. Ward, Esq.<br>Womble Bond Dickinson (us) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Line 4.35 of (Check one):<br><br><br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>Florida Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.1 of (Check one):<br><br>Last 4 digits of account number | ☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>HFZ Capital Group LLC<br>c/o McGreevy & Henley<br>131 Union Ave<br>Riverhead, NY 11901 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.50 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>Horizon Select LLC<br>246 Spring Street, Suite 3510<br>Attn: President, Officer, Managing<br>and/or General<br>New York, NY 10013 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.57 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>Internal Revenue Service [IRS]<br>Centralized Lien Operation<br>PO Box 145595<br>Cincinnati, OH 45250 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.4 of (Check one):<br><br>Last 4 digits of account number | ☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>Internal Revenue Service [IRS]<br>Centralized Lien Operation<br>PO Box 145595<br>Cincinnati, OH 45250 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.2 of (Check one):<br><br>Last 4 digits of account number | ☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>Internal Revenue Service [IRS]<br>Centralized Lien Operation<br>PO Box 145595<br>Cincinnati, OH 45250 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.3 of (Check one):<br><br>Last 4 digits of account number | ☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>JC Industries LLC<br>c/o Canfield Ruggiero LLP<br>1461 Franklin Avenue<br>Garden City, NY 11530 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.58 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>Jordan Vogel<br>c/o Danielle J. Marlow, Esq.<br>Moritt Hock & Hamroff LLP<br>450 Lexington Avenue<br>New York, NY 10017 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.60 of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>MC Asset Management (Corporate),<br>LLC<br>c/o Mark Shinderman, Esq. | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.64 of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  Ranee A. Bartolacci                                          Case number (if known)    24-18942-CLC

| | |
|---|---|
| Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| MCAM 40ML Lender LLC<br>c/o Mark Shinderman, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Line <u>4.65</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Miami Dade County Tax Collector<br>Finance Credit and Collection Division<br>Stephen P. Clark Center<br>111 NW 1st Street, 26th Floor<br>Miami, FL 33128 | Line <u>2.5</u> of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Monroe Capital Management Advisors, LLC<br>c/o Mark Shinderman, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Line <u>4.66</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| New York Department of Taxation &Finance<br>NYS Tax Department<br>Attn: Bankruptcy Section<br>PO 5300<br>Albany, NY 12205-0300 | Line <u>2.6</u> of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Nir Meir<br>c/o Peter Shapiro, Esq.<br>Shapiro Law<br>8551 West Sunrise Boulevard, Suite 300<br>Fort Lauderdale, FL 33322 | Line <u>4.69</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Pennsylvania Department of Revenue<br>Department 280946<br>Harrisburg, PA 17128-0946 | Line <u>2.8</u> of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Raphael Rebhan<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line <u>4.75</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Rottenstreich Farley Bronstein<br>Fisher Potter Hodas LLP<br>500 Park Avenue, 8th Floor<br>New York, NY 10022 | Line <u>4.88</u> of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1  Ranee A. Bartolacci

Case number (if known)    24-18942-CLC

| | |
|---|---|
| **Name and Address**<br>Sav-Mor Mechanical Inc<br>c/o Canfield Ruggiero LLP<br>1461 Franklin Avenue<br>Garden City, NY 11530 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.89** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Sergey Kostyatnikov<br>c/o Cox Padmore Skolnick &<br>Shakarchy<br>630 Third Avenue<br>23rd Floor<br>New York, NY 10017 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Suffolk County Taxing Authority<br>Riverhead County Center<br>300 Center Drive<br>Riverhead, NY 11901 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.94** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Suffolk County Taxing Authority<br>Riverhead County Center<br>County Road 51<br>Riverhead, NY 11901 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.94** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>U.S. Securities and Exchange<br>Commission<br>Office of Reorganization/Bankruptcy<br>Notice<br>950 East Paces Ferry Road NE, Suite<br>900<br>Atlanta, GA 30326-1382 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.98** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>VSK E 68 LLC<br>c/o Cox Padmore Skolnick &<br>Shakarchy<br>630 Third Avenue<br>23rd Floor<br>New York, NY 10017 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>YH Lex Estates, LLC<br>c/o Joshua Widlansky, Esq.<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Boulevard, #200<br>Boca Raton, FL 33431 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.102** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>YH Lex Estates, LLC<br>c/o Susman Godfrey LLP<br>Mark Hatch-Miller, Esq.<br>One Manhattan West<br>New York, NY 10001-8602 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.102** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                    0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $        2,885,969.70 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                    0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                    0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $        2,885,969.70 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $                    0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                    0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                    0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $        15,898,790.28 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $        15,898,790.28 |

**Fill in this information to identify your case:**

Debtor 1  Ranee A. Bartolacci
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number  24-18942-CLC
(if known)

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  Bentley Beach Club, LLC<br>d/b/a Bentley Beach Club (BBC)<br>101 Ocean Drive<br>Miami Beach, FL 33139 | Membership Contract [Annual] |
| 2.2  Extra Space Storage<br>212 NE 26th street<br><br>Miami, FL 33137 | Storage Unit Lease/Contract |
| 2.3  Good Greek Moving and Storage<br>3303 SW 12th Ave, Suite 400<br>Fort Lauderdale, FL 33315 | Storage Unit |
| 2.4  Lyda Erazo Bravo<br>501 NE 31 ST, Unit 1506<br>Miami, FL 33127 | Residential Lease Agreement |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1    Ranee A. Bartolacci
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    _____
First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number    24-18942-CLC
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No
        ☐ Yes.

        In which community state or territory did you live? _____. Fill in the name and current address of that person.

        City                State                Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
| --- | --- |
| 3.5    Bart 8 Limited Partnership<br>3864 Courtney Street, Suite 140<br>Bethlehem, PA 18017 | ☒ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service [IRS] |
| 3.6    EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>HFZ Capital Group LLC |
| 3.7    EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Atlantic Specialty Insurance Company |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.8  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.103___
☐ Schedule G _____
Ziel Feldman

3.9  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.98___
☐ Schedule G _____
U.S. Securities and Exchange Commission

3.10  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.29___
☐ Schedule G _____
Delaware State Treasury

3.11  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.28___
☐ Schedule G _____
Delaware Secretary of State

3.12  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.27___
☐ Schedule G _____
Davidoff Hutcher & Citron

3.13  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.26___
☐ Schedule G _____
ConnectOne Bank

3.14  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.91___
☐ Schedule G _____
Signature Bank

3.15  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.97___
☐ Schedule G _____
Town of Southampton Taxing Authority

Debtor 1  Ranee A. Bartolacci

Case number *(if known)*  24-18942-CLC

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.16   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.94___
☐ Schedule G _____
Suffolk County Taxing Authority

3.17   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.67___
☐ Schedule G _____
Morrison Cohen LLP

3.18   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.93___
☐ Schedule G _____
Solomon Blum Heymann, LLP

3.19   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.95___
☐ Schedule G _____
Susman Godfrey, LLP

3.20   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.101___
☐ Schedule G _____
Womble Bond Dickinson (US) LLP

3.21   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.92___
☐ Schedule G _____
Smithtown Partners, LLC

3.22   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.1___
☐ Schedule G _____
76 Eleventh Avenue Property Owner, LLC

3.23   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.25___
☐ Schedule G _____
CF HFZ, LLC

3.24   EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.42___
☐ Schedule G _____
HFZ 235 West 53rd Street Owner, LLC

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Ranee A. Bartolacci                  Case number *(if known)*   24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>HFZ 344 West 72nd Street Owners, LLC |
| 3.26   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>HFZ 88 Lexington Avenue Owner, LLC |
| 3.27   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>HFZ 90 Lexington Avenue Owner, LLC |
| 3.28   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>HFZ Bryant Park Owner, LLC |
| 3.29   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>HFZ KIK 30th Street Owner, LLC |
| 3.30   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>HFZ Residential Collection, LLC |
| 3.31   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>HFZ Group, LLC |
| 3.32   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>CF HFZ BNYZ, LLC |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC

| ▮ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.33 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>HFZ 235 West 75th Street Owner, LLC |
| 3.34 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>HFZ 301 West 53rd Street Owner, LLC |
| 3.35 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>AmTrust Title Insurance Co. |
| 3.36 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Advantage Title Company |
| 3.37 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>MCAM 40 ML Lender, LLC |
| 3.38 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>Hedgerow Real Estate LLC |
| 3.39 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>Advantage Title Agency, Inc. |
| 3.40 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>Monroe Capital Management Advisors, LLC |
| 3.41 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>MC Asset Management (Corporate), LLC |

Debtor 1    Ranee A. Bartolacci _____    Case number *(if known)*    24-18942-CLC

| ▉ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.42 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>Eric Tanjeloff |
|---|---|---|
| 3.43 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Anthony B. Tufariello |
| 3.44 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Dhruv Piplani |
| 3.45 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Jordan Vogel |
| 3.46 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>Horizon Select LLC |
| 3.47 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Ahmad Yousf Kamal |
| 3.48 | EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Matthew F. Ammirati |
| 3.49 | Ermitage One LLC<br>1826 W 23rd Street<br>Miami Beach, FL 33140 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>Florida Department of Revenue |

Schedule H: Your Codebtors

Debtor 1  Ranee A. Bartolacci                                             Case number *(if known)*  24-18942-CLC

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.50  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>HFZ Capital Group LLC |
| 3.51  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Atlantic Specialty Insurance Company |
| 3.52  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>Ziel Feldman |
| 3.53  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>U.S. Securities and Exchange Commission |
| 3.54  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>Delaware State Treasury |
| 3.55  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>Delaware Secretary of State |
| 3.56  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>Davidoff Hutcher & Citron |
| 3.57  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>ConnectOne Bank |
| 3.58  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>Signature Bank |

Debtor 1   Ranee A. Bartolacci _____     Case number *(if known)*   24-18942-CLC

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.59   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.97___
☐ Schedule G _____
Town of Southampton Taxing Authority

---

3.60   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.94___
☐ Schedule G _____
Suffolk County Taxing Authority

---

3.61   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.67___
☐ Schedule G _____
Morrison Cohen LLP

---

3.62   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.93___
☐ Schedule G _____
Solomon Blum Heymann, LLP

---

3.63   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.95___
☐ Schedule G _____
Susman Godfrey, LLP

---

3.64   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.101___
☐ Schedule G _____
Womble Bond Dickinson (US) LLP

---

3.65   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.92___
☐ Schedule G _____
Smithtown Partners, LLC

---

3.66   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.1___
☐ Schedule G _____
76 Eleventh Avenue Property Owner, LLC

---

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

| ▐ | Additional Page to List More Codebtors | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.67  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.25___
☐ Schedule G _____
CF HFZ, LLC

3.68  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.42___
☐ Schedule G _____
HFZ 235 West 53rd Street Owner, LLC

3.69  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.45___
☐ Schedule G _____
HFZ 344 West 72nd Street Owners, LLC

3.70  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.47___
☐ Schedule G _____
HFZ 88 Lexington Avenue Owner, LLC

3.71  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.48___
☐ Schedule G _____
HFZ 90 Lexington Avenue Owner, LLC

3.72  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.49___
☐ Schedule G _____
HFZ Bryant Park Owner, LLC

3.73  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.55___
☐ Schedule G _____
HFZ KIK 30th Street Owner, LLC

3.74  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.56___
☐ Schedule G _____
HFZ Residential Collection, LLC

3.75  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.51___
☐ Schedule G _____
HFZ Group, LLC

Debtor 1   Ranee A. Bartolacci _____          Case number *(if known)*   24-18942-CLC _____

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.24___
☐ Schedule G _____
CF HFZ BNYZ, LLC

3.77   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.43___
☐ Schedule G _____
HFZ 235 West 75th Street Owner, LLC

3.78   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.44___
☐ Schedule G _____
HFZ 301 West 53rd Street Owner, LLC

3.79   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.9___
☐ Schedule G _____
AmTrust Title Insurance Co.

3.80   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.4___
☐ Schedule G _____
Advantage Title Company

3.81   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.65___
☐ Schedule G _____
MCAM 40 ML Lender, LLC

3.82   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.41___
☐ Schedule G _____
Hedgerow Real Estate LLC

3.83   EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.3___
☐ Schedule G _____
Advantage Title Agency, Inc.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci                              Case number *(if known)*  24-18942-CLC

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.84  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>Monroe Capital Management Advisors, LLC |
| 3.85  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>MC Asset Management (Corporate), LLC |
| 3.86  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>Eric Tanjeloff |
| 3.87  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>Anthony B. Tufariello |
| 3.88  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>Dhruv Piplani |
| 3.89  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>Jordan Vogel |
| 3.90  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>Horizon Select LLC |
| 3.91  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>Ahmad Yousf Kamal |
| 3.92  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>Matthew F. Ammirati |

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.93  Fairfield Development Associates, L.P.<br>1720 Butler Street<br>Easton, PA 18042 | ☒ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Internal Revenue Service [IRS] |
| 3.94  HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>88 Lex 501, Inc. |
| 3.95  HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Astor Ben Sasha LLC |
| 3.96  HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.97  HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |
| 3.98  HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Board of Managers of 235 West 75th St |
| 3.99  HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>BSDT 11th Ave LLC |
| 3.100  HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BSDT 2012 LLC |

Debtor 1  Ranee A. Bartolacci  Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>1 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Double J Bryant Park 25 LLC |
| 3.10<br>2 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Fida and Son Construction Corp. |
| 3.10<br>3 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>GCE Belnord Corp |
| 3.10<br>4 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>GCE Property Holdings, Inc. |
| 3.10<br>5 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>JC Industries LLC |
| 3.10<br>6 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Jenny Kwan |
| 3.10<br>7 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Raphael Rebhan |
| 3.10<br>8 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Sav-Mor Mechanical Inc |
| 3.10<br>9 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>Sergey Kostyatnikov |

Debtor 1    Ranee A. Bartolacci _____    Case number *(if known)*   24-18942-CLC

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.110   HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>Tiger REF Highline LLC |
| 3.111   HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>VSK E 68 LLC |
| 3.112   Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>YK Law LLP |
| 3.113   Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>Vincent Vaccarella PA |
| 3.114   Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.2___<br>☐ Schedule G _____<br>Internal Revenue Service [IRS] |
| 3.115   Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.6___<br>☐ Schedule G _____<br>NY State Department of Revenue |
| 3.116   Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>Florida Department of Revenue |

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.117  Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.4___<br>☐ Schedule G _____<br>Internal Revenue Service [IRS] |
| 3.118  Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.7___<br>☐ Schedule G _____<br>NY State Department of Revenue |
| 3.119  Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.5___<br>☐ Schedule G _____<br>Miami Dade County Tax Collector |
| 3.120  Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>YH Lex Estates LLC |
| 3.121  Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>HFZ Capital Group LLC |
| 3.122  Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Avishai Abrahami |
| 3.123  Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Nino Cohen |

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12
4
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.33___
☐ Schedule G _____
EAM 40 Meadow Lane LLC

---

3.12
5
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.74___
☐ Schedule G _____
Quinn Emanuel Urquhart & Sullivan, LLP

---

3.12
6
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.70___
☐ Schedule G _____
NY Stone and Tile

---

3.12
7
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.35___
☐ Schedule G _____
EZL 40 Meadow Lane LLC

---

3.12
8
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.2___
☐ Schedule G _____
88 Lex 501, Inc.

---

3.12
9
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.12___
☐ Schedule G _____
Arel Capital Partners II LLC

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Ranee A. Bartolacci

Case number *(if known)*  24-18942-CLC

| | Additional Page to List More Codebtors |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | Column 1 | Column 2 |
|---|---|---|
| 3.13 0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Astor Ben Sasha LLC |
| 3.13 1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>American Express |
| 3.13 2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>Barclays Bank Delaware |
| 3.13 3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.13 4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |
| 3.13 5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Board of Managers of 11 Beach St Condo |
| 3.13 6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Board of Managers of 235 West 75th St |

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

| Additional Page to List More Codebtors | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.13<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>BSDT 11th Ave LLC |
| 3.13<br>8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BSDT 2012 LLC |
| 3.13<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Double J Bryant Park 25 LLC |
| 3.14<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Fida and Son Construction Corp. |
| 3.14<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>GCE Belnord Corp |
| 3.14<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>GCE Property Holdings, Inc. |

Debtor 1   Ranee A. Bartolacci                                         Case number *(if known)*   24-18942-CLC

▇  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>3    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.40___<br>☐ Schedule G<br>Harsh Padia |
| 3.14<br>4    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.46___<br>☐ Schedule G<br>HFZ 501 West LLC |
| 3.14<br>5    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.52___<br>☐ Schedule G<br>HFZ Highline LLC |
| 3.14<br>6    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.53___<br>☐ Schedule G<br>HFZ Highline Propertly Owners LLC |
| 3.14<br>7    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.54___<br>☐ Schedule G<br>HFZ Highline Special Member LLC |
| 3.14<br>8    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.58___<br>☐ Schedule G<br>JC Industries LLC |
| 3.14<br>9    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.59___<br>☐ Schedule G<br>Jenny Kwan |

Debtor 1    Ranee A. Bartolacci_____    Case number *(if known)*   24-18942-CLC

▇▇▇    **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15 0    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Double J Bryant Park 27 LLC |
| 3.15 1    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>Pavarini McGovern LLC |
| 3.15 2    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>Polaris Lending LLC |
| 3.15 3    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Raphael Rebhan |
| 3.15 4    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Sav-Mor Mechanical Inc |
| 3.15 5    Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>Sergey Kostyatnikov |

Debtor 1  Ranee A. Bartolacci _____ Case number *(if known)*  24-18942-CLC

---

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.15 6   Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.96___ ☐ Schedule G _____ Tiger REF Highline LLC |
| 3.15 7   Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.100___ ☐ Schedule G _____ VSK E 68 LLC |
| 3.15 8   Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.14___ ☐ Schedule G _____ Atlantic Specialty Insurance Company |
| 3.15 9   Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.103___ ☐ Schedule G _____ Ziel Feldman |
| 3.16 0   Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.98___ ☐ Schedule G _____ U.S. Securities and Exchange Commission |
| 3.16 1   Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.29___ ☐ Schedule G _____ Delaware State Treasury |
| 3.16 2   Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.28___ ☐ Schedule G _____ Delaware Secretary of State |

---

Debtor 1  Ranee A. Bartolacci                                        Case number *(if known)*  24-18942-CLC

| ▇ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.16
3
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.27___
☐ Schedule G _____
Davidoff Hutcher & Citron

3.16
4
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.26___
☐ Schedule G _____
ConnectOne Bank

3.16
5
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.91___
☐ Schedule G _____
Signature Bank

3.16
6
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.97___
☐ Schedule G _____
Town of Southampton Taxing Authority

3.16
7
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.94___
☐ Schedule G _____
Suffolk County Taxing Authority

3.16
8
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.67___
☐ Schedule G _____
Morrison Cohen LLP

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>Solomon Blum Heymann, LLP |
| 3.17<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>Susman Godfrey, LLP |
| 3.17<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>Womble Bond Dickinson (US) LLP |
| 3.17<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Smithtown Partners, LLC |
| 3.17<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>76 Eleventh Avenue Property Owner, LLC |
| 3.17<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>CF HFZ, LLC |
| 3.17<br>5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>HFZ 235 West 53rd Street Owner, LLC |

Debtor 1  Ranee A. Bartolacci_____        Case number *(if known)*  24-18942-CLC

████  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.17 6 Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.45___ ☐ Schedule G _____ HFZ 344 West 72nd Street Owners, LLC |
| 3.17 7 Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.47___ ☐ Schedule G _____ HFZ 88 Lexington Avenue Owner, LLC |
| 3.17 8 Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.48___ ☐ Schedule G _____ HFZ 90 Lexington Avenue Owner, LLC |
| 3.17 9 Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.49___ ☐ Schedule G _____ HFZ Bryant Park Owner, LLC |
| 3.18 0 Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.55___ ☐ Schedule G _____ HFZ KIK 30th Street Owner, LLC |
| 3.18 1 Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.56___ ☐ Schedule G _____ HFZ Residential Collection, LLC |

Debtor 1   Ranee A. Bartolacci                                          Case number *(if known)*   24-18942-CLC

| Additional Page to List More Codebtors | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.18<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>HFZ Group, LLC |
| 3.18<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>CF HFZ BNYZ, LLC |
| 3.18<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>HFZ 235 West 75th Street Owner, LLC |
| 3.18<br>5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>HFZ 301 West 53rd Street Owner, LLC |
| 3.18<br>6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>AmTrust Title Insurance Co. |
| 3.18<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Advantage Title Company |
| 3.18<br>8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>MCAM 40 ML Lender, LLC |

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>Hedgerow Real Estate LLC |
| 3.19<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>Advantage Title Agency, Inc. |
| 3.19<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>Monroe Capital Management Advisors, LLC |
| 3.19<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>MC Asset Management (Corporate), LLC |
| 3.19<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>Eric Tanjeloff |
| 3.19<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Anthony B. Tufariello |

Debtor 1  Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.19 5  Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.30__ ☐ Schedule G _____ Dhruv Piplani |
| 3.19 6  Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.60__ ☐ Schedule G _____ Jordan Vogel |
| 3.19 7  Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.57__ ☐ Schedule G _____ Horizon Select LLC |
| 3.19 8  Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.5__ ☐ Schedule G _____ Ahmad Yousf Kamal |
| 3.19 9  Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.63__ ☐ Schedule G _____ Matthew F. Ammirati |
| 3.20 0  RSV One, LLC c/o Corporation Service Company, As Registered Agent 1201 Hays Street Tallahassee, FL 32301-2525 | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.7__ ☐ Schedule G _____ American Express |
| 3.20 1  Ziel Feldman 600 Madison Avenue New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line __4.15__ ☐ Schedule G _____ Avishai Abrahami |

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC

�— **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.202  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>88 Lex 501, Inc. |
| 3.203  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Astor Ben Sasha LLC |
| 3.204  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.205  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |
| 3.206  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Board of Managers of 235 West 75th St |
| 3.207  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>BSDT 11th Ave LLC |
| 3.208  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BSDT 2012 LLC |
| 3.209  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Double J Bryant Park 25 LLC |
| 3.210  Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Fida and Son Construction Corp. |

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.21 1 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>GCE Belnord Corp |
| 3.21 2 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>GCE Property Holdings, Inc. |
| 3.21 3 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>JC Industries LLC |
| 3.21 4 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Jenny Kwan |
| 3.21 5 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>Pavarini McGovern LLC |
| 3.21 6 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Raphael Rebhan |
| 3.21 7 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Sav-Mor Mechanical Inc |
| 3.21 8 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>Sergey Kostyatnikov |

Debtor 1  Ranee A. Bartolacci                                      Case number *(if known)*   24-18942-CLC

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |
| 3.219 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>Tiger REF Highline LLC |
| 3.220 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>VSK E 68 LLC |
| 3.221 | Raymond Bartolacci<br>17076 Bay Street<br>Jupiter, FL 33477 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G ___2.1___<br>Bentley Beach Club, LLC |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (If known) | 24-18942-CLC |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☐ Employed<br>☒ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ 0.00 | $ _____ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ _____ 0.00 | +$ _____ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ _____ 0.00 | $ _____ 0.00 |

Debtor 1    Ranee A. Bartolacci                                        Case number (*if known*)    24-18942-CLC

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ..................................................... | 4. | $ 0.00 | $ 0.00 |

5.   **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a.   **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b.   **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c.   **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d.   **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e.   **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f.   **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g.   **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h.   **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6.   **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7.   **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8.   **List all other income regularly received:**

8a.   **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b.   **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d.   **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e.   **Social Security**    8e.    $ 0.00    $ 0.00

8f.   **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.    $ 0.00    $ 0.00

8g.   **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h.   **Other monthly income.** Specify: _____    8h.+    $ 0.00 +    $ 0.00

9.   **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

10.   **Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00 +    $ 0.00 =    $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.   **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.   +$ 0.00

12.   **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 0.00
**Combined monthly income**

13.   **Do you expect an increase or decrease within the year after you file this form?**
☐   No.
☒   Yes. Explain:   Debtor intends to seek employment

---

Official Form 106I                    **Schedule I: Your Income**                    page 2

Fill in this information to identify your case:

Debtor 1    Ranee A. Bartolacci

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number    24-18942-CLC
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                        12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☒ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 14 | ☐ No  ☒ Yes |
   | Son | 10 | ☐ No  ☒ Yes |
   | Son | 8 | ☐ No  ☒ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 5,300.00

   **If not included in line 4:**

   4a.    Real estate taxes    4a. $ 0.00
   4b.    Property, homeowner's, or renter's insurance    4b. $ 145.00
   4c.    Home maintenance, repair, and upkeep expenses    4c. $ 1,300.00
   4d.    Homeowner's association or condominium dues    4d. $ 0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

6. **Utilities:**
   6a.    Electricity, heat, natural gas    6a. $ 150.00
   6b.    Water, sewer, garbage collection    6b. $ 0.00
   6c.    Telephone, cell phone, Internet, satellite, and cable services    6c. $ 767.00

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

| | | | |
|---|---|---|---|
| 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 4,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 11,600.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 500.00 |
| 10. | **Personal care products and services** | 10. $ | 1,000.00 |
| 11. | **Medical and dental expenses** | 11. $ | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 800.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 828.33 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | 0.00 |
| 15b. | Health insurance | 15b. $ | 1,638.00 |
| 15c. | Vehicle insurance | 15c. $ | 160.00 |
| 15d. | Other insurance. Specify: | 15d. $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:                                              16. $                0.00

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 17d. | Other. Specify: | 17d. $ | 0.00 |

| | | | |
|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | 0.00 |
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    SEE ATTACHMENT | 21. +$ | 10,408.00 |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | $ | 38,746.33 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 38,746.33 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 38,746.33 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -38,746.33 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.    Explain here: Apartment lease is ending September 30, 2024. The renewal monthly rent will be between $5,400-$6,000/month. Renters insurance will also increase based on rental price.Children expenses may increase due to 100% timesharing. Previously the timesharing was split with Debtor's former spouse, Nir Meir, however due to his incarceration that is not possible and Debtor will assume all additional expenses associated with same.

*In re: Ranee A. Bartolacci*
**Case No. 24-18942-CLC**
**Attachment to Schedule J**

**Other Expenses:**

| | | |
|---|---|---|
| Exercise/Gym Membership | $ | 400.00 |
| Pet Expenses | $ | 550.00 |
| Storage Facility Fees [Extra Space Storage] | $ | 433.00 |
| Miscellaneous Children School Supplies | $ | 325.00 |
| Children After School Activities and Care Expenses | $ | 1,650.00 |
| Children School Meal Expenses | $ | 800.00 |
| Children Tutoring and Educational Expenses | $ | 600.00 |
| Children Clothing and Uniform Expenses | $ | 200.00 |
| Children Recreational and Entertainment Expenses | $ | 525.00 |
| Children Medical, Dental, and Orthodontic Expenses | $ | 300.00 |
| Children Grooming | $ | 350.00 |
| Children Gifts to Other Kids and Teachers | $ | 125.00 |
| Children Therapy and Psychiatry | $ | 1,550.00 |
| Children Summer Camp | $ | 2,600.00 |
| | | |
| **TOTAL:** | $ | 10,408.00 |