| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Ranee A. Bartolacci | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION | | |
| Case number (if known) | 24-18942-CLC | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

    ☐ Married
    ☒ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 1826 W 23rd Street<br>Miami Beach , FL 33140 | From-To:<br>06/1/2021 to 03/1/2023 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| 17076 Bay Street<br>Jupiter, FL 33477 | From-To:<br>03/2023 to 08/2023 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| 17720 North Bay Road, Apt. 1004<br>North Miami Beach, FL 33160 | From-To:<br>08/2023 to 09/2023 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☒ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   Ranee A. Bartolacci                                          Case number (if known)   24-18942-CLC

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☒ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Stifel [Interest / Dividends/Capital Gains] | $0.00 | | |
| | Charles Schwab [Interest / Dividends/Capital Gains] | $0.00 | | |
| | Goldman Sachs [Interest / Dividends/Capital Gains] | $0.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | Stifel [Interest / Dividends/Capital Gains] | $0.00 | | |
| | Charles Schwab [Interest / Dividends/Capital Gains] | $416.00 | | |
| | Goldman Sachs [Interest / Dividends/Capital Gains] | $0.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | Stifel [Interest / Dividends/Capital Gains] | $39,239.00 | | |

Debtor 1   Ranee A. Bartolacci            Case number (if known)  24-18942-CLC

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| Charles Schwab [Interest / Dividends/Capital Gains] | $1,654.00 | | |
| Goldman Sachs [Interest / Dividends/Capital Gains] | $-9,271.00 | | |

### Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☒ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☒ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

Debtor 1   Ranee A. Bartolacci                                 Case number (*if known*)  24-18942-CLC

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

   | Case title / Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | SEE ATTACHMENT | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☒ No
    ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☒ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No
    ☒ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|
    | Big Brothers Big Sisters of America | Children's toys and clothes given as Christmas Gifts | 12/25/2022 | $1,093.67 |

Debtor 1    Ranee A. Bartolacci                                                     Case number (if known)   24-18942-CLC

### Part 6:  List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒ No
    ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:  List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Salazar Law LLP<br>2121 SW 3rd Avenue, Suite 200<br>Miami, FL 33129<br>https://www.Salazar.Law<br>Raymond Bartolacci | | 7/29/2024 | $15,338.00 |
| Margulis Gelfand DiRuzzo & Lambson, LLC<br>401 East Las Olas Boulevard, Suite 1400<br>Fort Lauderdale, FL 33301<br>www.margulisgelfand.com<br>Raymond Bartolacci | | | $15,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rottenstreich Farley Bronstein Fisher Potter Hodas LLP<br>515 North Flagler Drive - Suite 800<br>West Palm Beach, FL 33401 | Legal Services Paid by Raymond Bartolacci | Payments made on: 10/11/2023, 11/7/2023, 11/27/2023, 1/25/2024, 2/29/2024, 3/25/2024, 4/26/2024, 7/2/2024, | $61,816.21 |
| Fitz Patrick Lentz & Bubba PC<br>Two City Center<br>645 West Hamilton Street<br>Suite 800<br>Allentown, PA 18101 | | | Unknown |

| Debtor 1 | Ranee A. Bartolacci | Case number (if known) | 24-18942-CLC |
|---|---|---|---|

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rottenstreich Farley Bronstein Fisher Potter Hodas LLP 500 Park Avenue, 8th Floor New York, NY 10022 | Legal ServicesPaid by Raymond Bartolacci | Payments made on: 10/10/2023, 11/1/2023, 11/8/2023, 11/22/2023, 12/26/2023, 1/24/2024, 2/22/2024, 3/26/2024, 4/25/2024, 5/22/2024, 7/1/2024 | $1,944,680.55 |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Florida Performance Cars 7221 Haverhill Business Pkwy, Suite #106 Riviera Beach, FL 33407<br><br>N/A | 2021 Mercedes Benz GLS - $90,000 | Mercedes Benz Financial Services paid $86,399.15, Debtor received $3,600.85 | 07/17/2023 |
| 1826 W 23 ST LLC 1826 W 23 Street Miami Beach, FL 33140<br><br>Former Landlord | Household furniture and fixtures | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | Ranee A. Bartolacci | Case number (if known) | 24-18942-CLC |
|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ☒ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☐ No
   ☒ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Storage<br>212 NE 26th street<br>Miami, FL 33137 | Ranee Bartolacci<br>501 NE 31st Street, Unit 1506<br>Miami, FL 33137 | Miscellaneous household items and personal property, including, but not limited to: kitchenware, furnishings, women's clothing and accessories, Children's items, holiday decor, and other itemsValue and Specific Inventory of Items: Unknown | ☐ No<br>☒ Yes |
| Good Greek Moving and Storage<br>3303 SW 12th Ave, Suite 400<br>Fort Lauderdale, FL 33315 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | All retained household items and personal property relocated from the property located at 1826 W 23RD Street, Miami, FL, including, but not limited to, furnishings, kitchenware and other itemsValue and Specific Inventory of Items: Unknown | ☐ No<br>☒ Yes |

**Part 9:  Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☐ No
   ☒ Yes.   Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Raymond Bartolacci<br>17076 Bay Street<br>Jupiter, FL 33477 | 501 NE 31 Street, Unit #1506<br>Miami, FL 33127 | 2012 Porsche Cayenne | $14,000.00 |
| Lyda Erazo Bravo<br>501 NE 31 ST, Unit 1506<br>Miami, FL 33127 | 501 NE 31 ST, Unit 1506<br>Miami, FL 33127 | Miscellaneous household furnishings associated with leased residential property, owned by landlord | Unknown |

| Debtor 1 | Ranee A. Bartolacci | Case number (if known) | 24-18942-CLC |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☒ A partner in a partnership
- ☒ An officer, director, or managing executive of a corporation
- ☒ An owner of at least 5% of the voting or equity securities of a corporation
- ☐ No. None of the above applies.    Go to Part 12.
- ☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Bart 8 LP<br>3864 Courtney Street, Suite 140<br>Bethlehem, PA 18017 | Investment Management<br><br>Don Ayers | EIN:    45-3847647<br>From-To    11/21/2011 to Present |
| Fairfield Development Associates<br>3864 Courtney Street, Suite 140<br>Bethlehem, PA 33140 | Real Estate Management<br><br>Don Ayers | EIN:    23-2462193<br>From-To    03/04/1987 to Present |

| Debtor 1 | Ranee A. Bartolacci | Case number (if known) | 24-18942-CLC |
|---|---|---|---|

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| Ermitage One LLC<br>1826 W 23 Street<br>Miami, FL 33140 | Unknown<br><br>unknown | EIN:<br><br>From-To | 87-2222596<br><br>07/09/2021 to 09/22/2023 |
| RSV One LLC<br>1826 W 23 Street<br>Miami, FL 33140 | Unknown<br><br>Unknown | EIN:<br><br>From-To | 86-2857916<br><br>08/19/2021 to Present |
| Twisted with Love LLC<br>26 Hill Street<br>Southampton, NY 11968 | Baked Goods Company<br><br>N/A | EIN:<br><br>From-To | N/A<br><br>12/8/2020 to Present |
| RSV One Investments LLC<br>112 N Curry Street<br>Carson City, NV 89703 | Unknown<br><br>Unknown | EIN:<br><br>From-To | Unknown<br><br>10/20/2021 to Present |
| RSV Three LLC<br>888 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 | Unknown<br><br>Unknown | EIN:<br><br>From-To | Unknown<br><br>09/09/2022 to Present |
| Point... Click... SOLD!! Inc<br>711 Frutchey Hill Road<br>Easton, PA 18040 | Online Auction<br><br>N/A | EIN:<br><br>From-To | N/A<br><br>01/25/2006 to Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Fill in this information to identify your case:

Debtor 1  Ranee A. Bartolacci
          First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number  24-18942-CLC
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Ranee A. Bartolacci
Signature of Debtor 1

Signature of Debtor 2

Date  9/3/24

Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 1
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

*In re: Ranee Bartolacci*; Case No. 24-18942-CLC
**Lawsuits, Court Action, or Administrative Proceeding**

| | CASE NO. | CASE STYLE | COURT/JURISDICTION | COURT ADDRESS |
|---|---|---|---|---|
| | **NEW YORK** | | | |
| | 2022-01811 | YH Lex Estates, LLC v. Ranee A. Bartolacci, Ermitage One, LLC, and Nir Meir | Appellate Division of the Supreme Court, First Judicial Department | 27 Madison Avenue New York, NY 10010 |
| | 2022-03230 | YH Lex Estates, LLC v. Nir Meir, Ranee A. Bartolacci, and Ermitage One, LLC | Appellate Division of the Supreme Court, First Judicial Department | 27 Madison Avenue New York, NY 10010 |
| | 2022-03231 | YH Lex Estates, LLC v. Nir Meir, Ranee A. Bartolacci, and Ermitage One, LLC | Appellate Division of the Supreme Court, First Judicial Department | 27 Madison Avenue New York, NY 10010 |
| | 2022-03353 | YH Lex Estates, LLC v. Nir Meir, Ranee A. Bartolacci, and Ermitage One, LLC | Appellate Division of the Supreme Court, First Judicial Department | 27 Madison Avenue New York, NY 10010 |
| | 655980/2020 | YH Lex Estates LLC v. HFZ Capital Group LLC, Ziel Feldman, and Nir Meir | New York Supreme Court | New York County Courthouse 60 Centre Street New York, NY 10007 |
| | 151267/2022 | YH Lex Estates, LLC v. Nir Meir, Ranee A. Bartolacci, and Ermitage One, LLC | New York Supreme Court | New York County Courthouse 60 Centre Street New York, NY 10007 |
| | 652636/2023 | Nino Cohen v. N. Meir, R. Bartolacci and Ermitage One, LLC | New York Supreme Court | New York County Courthouse 60 Centre Street New York, NY 10007 |
| | 154858/2022 | YH Lex Estates, LLC v. Morgan Stanley Smith Barney LLC | New York Supreme Court | New York County Courthouse 60 Centre Street New York, NY 10007 |
| | 651356/2023 | Avishai Abrahami v. Nir Meir, HFZ Member RB Portfolio LLC, HFZ Member RB Acquisitions LLC, Holland & Knight LLP, and Sean M. Garahan | New York Supreme Court | New York County Courthouse 60 Centre Street New York, NY 10007 |
| | 606037/2021 | HFZ Capital Group LLC and Z. Feldman v. Nir Meir et al | New York Supreme Court [Suffolk County] | 1 Court Street Riverhead, NY 11901 |
| | 22-01077 | YH Lex Estates LLC v. Nir Meir, Ranee Bartolacci, and Ermitage One, LLC | U.S. Bankruptcy Court, for the Southern District of New York | One Bowling Green New York, NY 10004-1408 |
| | 1-22-cv-02886 | YH Lex Estates LLC, v. Nir Meir, Ranee A. Bartolacci and Ermitage One, LLC | U.S. District Court, for the Southern District of New York | Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007 - 1312 |
| | **FLORIDA** | | | |
| | 2021-018719-CA-01 | 1826 W 23 ST LLC v. Ranee Bartolacci, Mathieu Massa, Julian Johnston, and Corcoran Group, LLC | Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida | 73 West Flagler Street, Miami FL 33130 |
| | 2021-025805-CA-01 | Ranee Bartolacci v. YH Lex Estates LLC and EZL 40 Meadow Lane LLC | Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida | 73 West Flagler Street, Miami FL 33130 |
| | 1:2021cv24423 | Bartolacci v. YH Lex Estates LLC, and EZL 40 Meadow Lane, LLC | United States District Court, for the Southern District of Florida | 299 East Broward Boulevard Courtroom 205C, Chambers 205D Fort Lauderdale, Florida 33301 |
| | 2023-017311-CA-01 | American Express National Bank v. Ranee Bartolacci and RSV One LLC | Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida | 73 West Flagler Street, Miami FL 33130 |
| | 3D2023-0458 | 1826 W 23 St LLC v. Ranee Bartolacci | Florida Third District Court of Appeals | 2001 S.W. 117th Avenue Miami, FL 33175 |
| | 50-2023-DR-004495-XXXX-NB | Ranee Bartolacci v. Nir Meir | Fifteenth Judicial Circuit Court in and for West Palm Beach County, Florida | 3188 PGA Blvd. Palm Beach Gardens, FL 33410 |
| | 4D2023-1791 | Ranee Bartolacci v. Nir Meir | Florida Fourth District Court of Appeals | 110 South Tamarind Ave. West Palm Beach, FL 33401 |
| | 2023-015104-FC-04 | Nir Meir v. Ranee Bartolacci | Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida | 175 NW 1 Street, Miami, FL 33128 |
| | **PENNSYLVANIA** | | | |
| | C-48-CV-2022-8855 | YH Lex Estates, LLC v. Ranee Bartolacci, Ermitage One LLC, | Court of Common Pleas, Northampton County, PA Civil decision | 669 Washington Street Easton, PA 18042 |

*In re: Ranee Bartolacci*; Case No. 24-18942-CLC
Lawsuits, Court Action, or Administrative Proceeding

|  |  | Fairfield Development Associates, and Bart 8 Limited Partnership |  |  |
|---|---|---|---|---|
| **DELAWARE** | | | | |
|  | 22-10293 | In re EAM 40 Meadow Lane LLC | U.S. Bankruptcy Court, for the District of Delaware | 824 N Market St # 500, Wilmington, DE 19801 |
|  | 22-10294 | In re EZL 40 Meadow Lane LLC | U.S. Bankruptcy Court, for the District of Delaware | 824 N Market St # 500, Wilmington, DE 19801 |
|  | N22J-02628 | YH Lex Estates LLC v. Ranee A. Bartolacci and Ermitage One LLC | Delaware State court (New Castle County and Kent County) |  |

**OTHER MATTERS INVOLVING NIR MEIR and/or HIS AFFILIATE/RELATED ENTITIES**

| Index/Case No. | Court | Caption | Alleged Damages | Alleged basis of personal liability |
|---|---|---|---|---|
| 2022-00697 | Appellate Division; First Department | *BSDT 2012 LLC v. H F Z Capital Group LLC; Feldman; and Meir* (appeal of order) | $9,422,796 | Judgment (personal guarantee) |
| 2022-00772 (consolidated with the above appeal) | Appellate Division; First Department | *BSDT 2012 LLC v. H F Z Capital Group LLC; Feldman; and Meir* (appeal of judgment) | $9,422,796 | Judgment (personal guarantee) |
| 652247/2021 | NY Supreme; NY County | *BSDT 11TH AV LLC v. H F Z Capital Group LLC, et al.* | $27,717,167 | Personal guaranty |
| 601521/2021 | NY Supreme; Suffolk County | *Benny Shabtai v. Nir Meir (Suffolk County)* | $626,000 | Personal loan |
| 651542/2021 | NY Supreme; NY County | *Raphael Rebhan, Adv. v. HFZ Capital Group, Feldman, and Meir* | $50,000,000 | Personal guaranty |
| 652641/2021 | NY Supreme; NY County | *Avishai Abrahami v. Zeil Feldman and Nir Meir* | $33,646,375 | Personal guaranty |
| 653145/2021 | NY Supreme; NY County | *88 Lex 501 Inc. v. HFZ Capital Group, Feldman, Meir* | $191,387 | Personal guaranty |
| 653453/2021 | NY Supreme; NY County | *Shabtai v. HFZ Capital Group LLC; et al. (Shore Club)* | $4,550,000 | Personal guaranty |
| 153293/2021 | NY Supreme; NY County | *Tiger REF Highline LLC v. Ziel Feldman, et al.* | $10,400,000 | Fraud |
| 160556/2020 | NY Supreme; NY County | *Pavarini McGovern, LLC v. HFZ KIK 30th Street Owner, LLC, et al.* | $20,440,251 | Violation of Lien Law Article 3 |
| 606037/2021 | NY Supreme; Suffolk County | *HFZ Capital Group LLC v. Meir, EZL 40 Meadow Lane LLC, EAM 40 Meadow Lane LLC* | $600,000,000 | Fraud, disgorgement, conversion |
| 160904/2020 | NY Supreme; NY County | *Sergey Kostyatnikov et al v. HFZ Capital Group LLC, et al.* | $12,000,000 | Aiding and abetting; alter ego |
| 656237/2020 | NY Supreme; NY County | *Board of Managers of 235 West 75th Street Condominium v. HFZ 235 West 75th Owner LLC, et al.* | $10,000,000 | Fraud |
| 653467/2021 | NY Supreme; NY County | *Board of Managers of 11 Beach Street Condominium v. HFZ 11 Beach Street LLC, et al.* | $10,000,000 | Fraud |
| 655551/2021 | NY Supreme; NY County | *Board of Directors of Chatsworth Realty Corporation v. HFZ 344 West 72nd Street LLC, et al.* | $10,000,000 | Breach of fiduciary duty; mismanagement |
| 650035/2021 | NY Supreme; NY County | *GCE Property Holdings, Inc. v. HFZ Capital Group, LLC, et al.* | $7,500,000 | Personal guaranty |
| 651312/2021 | NY Supreme; NY County | *GCE Belnord Corp. against HFZ 76 11 Manager LLC; et al.* | $9,971,898 | Personal guaranty |
| 655894/2020 | NY Supreme; NY County | *Astor Ben Sasha LLC v. HFZ 235 West 75th Street Owner LLC, et al.* | $2,400,000 | Personal guaranty |
| 657149/2021 | NY Supreme; NY County | *GCE Belnord Corp., et al. v. H F Z Capital Group LLC, et al.* | $27,000,000 | Personal guaranty |

*In re: Ranee Bartolacci*; Case No. 24-18942-CLC
Lawsuits, Court Action, or Administrative Proceeding

| | | | | |
|---|---|---|---|---|
| 650319/2021 | NY Supreme; NY County | *Sav-Mor Mechanical, Inc. et al. v. 76 Eleventh Avenue Property Owner, LLC; et al.* | $12,000,000 | Violation of Lien Law Article 3 |
| 653727/2021 | NY Supreme; NY County | *Arel Capital Partners II LLC v. HFZ Res Portfolio Holdings LLC, et al.* | $7,200,000 | Fraud; alter ego |
| 651128/2022 | NY Supreme; NY County | *Fida and Son Construction Corp. v. NAF Construction Management, LLC, et al.* | $895,000 | Violation of Lien Law Article 3 |
| 153489/2021 | NY Supreme; NY County | *Qiaoshang International LLC et al v. HFZ Bryant Park Member I LLC et al.* | $11,500,000 | Fraud, unjust enrichment, breach of fiduciary duty |
| 651518/2023 | NY Supreme; NY County | *Kwan v. HFZ Capital Group, LLC, et al.* | | |
| 651356/2023 | NY Supreme; NY County | *Abrahami v. Meir, et al.* | | |
| 652636/2023 | NY Supreme; NY County | *Cohen v. Meir, et al.* | | |
| 2023-090358 | Miami Dade County Court | *American Express National Bank vs Nir Meir* | Collection | |
| 2023-015104-FC-04 | Miami Dade Family Court | *Nir Meir vs Ranee A. Bartolacci* | Divorce proceedings | |