**United States Bankruptcy Court**
**Southern District of Florida, Miami Division**

In re   Ranee A. Bartolacci _____          Case No.   24-18942-CLC
                                                   Debtor(s)   Chapter   7

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[X]   The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
4. filed an amended schedule(s) and summary of schedules; and
5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
2. filed an amended schedule(s) or other paper.

[ ]   The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It [ ] does  [ ] does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

LF-4 (rev. 12/01/15)

Dated: 09/20/2024

/s/ Luis Salazar
Attorney for Debtor (or Debtor, if pro se)

Luis Salazar
Print Name & Florida Bar Number

Ranee A. Bartolacci
Debtor

2121 SW 3rd Avenue
Suite 200
Miami, FL 33129
Address

(305) 374-4848   Fax:
Luis@Salazar.Law
Phone Number

LF-4 (rev. 12/01/15)

76 Eleventh Avenue Property Owner, LLC
251 Little Falls Drive
Wilmington, DE 19808


88 Lex 501, Inc.
c/o Joel Braziller, Esq
277 Broadway, #400
New York, NY 10007


Advantage Title Agency, Inc.
201 Old Country Road
Melville, NY 11747


Advantage Title Company
245 Park Avenue
New York, NY 10167


Ahmad Yousf Kamal
Unknown


AmTrust Title Insurance Co.
59 Maiden Lane, 43rd Floor
New York, NY 10038


Anthony B. Tufariello
Kathleen Tufariello
2401 Spanish River Road
Boca Raton, FL 33432


Arel Capital Partners II LLC
540 Madison Avenue
New York, NY 10022


Astor Ben Sasha LLC
18 East 48th Street #702
New York, NY 10017


Atlantic Specialty Insurance Company
605 Highway 169 North, Suite 800
Plymouth, MN 55441


Avishai Abrahami
Tel-Aviv, ISRAEL


Bankrupcy Estate of Nir Meir
c/o Drew M. Dillworth
as Chapter 7 Trustee 2200 Museum Tower 1
Miami, FL 33130


Bankruptcy Estate of Nir Meir
Drew M. Dillworth, as Chapter 7 Trustee
c/o James B Miller, Esq. 19 W Flagler St
Miami, FL 33130

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801


Bart 8 Limited Partnership
3864 Courtney Street, Suite 140
Bethlehem, PA 18017


Benny Shabtai
200 East 69th Street PH E
New York, NY 10021


Board of Directors of Chatsworth Realty
575 Fifth Avenue, 10th Floor
New York, NY 10017


Board of Managers of 11 Beach St Condo
11 Beach Street
New York, NY 10013


Board of Managers of 235 West 75th St
600 Madison Avenue, 15th Floor
New York, NY 10022


BSDT 11th Ave LLC
Attn: Zvi Hahn as trustee of Benny
Shabtai 2012 Dynasty Trust c/o United Co
Dover, DE 19901


BSDT 2012 LLC
1114 Avenue of the Americas
New York, NY 10036


CF HFZ BNYZ, LLC
600 Madison Avenue 15th Floor
New York, NY 10022


CF HFZ, LLC
600 Madison Avenue 15th Floor
New York, NY 10022


ConnectOne Bank
301 Sylvan Avenue
Englewood Cliffs, NJ 07632-2539


Davidoff Hutcher & Citron
Attn: Jonathan Pasternak, Esq.
605 Third Avenue
New York, NY 10158


Delaware Secretary of State
Division of Corporations
Franchise Tax Division P.O. Box 898
Dover, DE 19903

```
Delaware State Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904


Dhruv Piplani
246 Spring Street, Suite 3510
New York, NY 10013


Double J Bryant Park 25 LLC
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue Suite 107
Purchase, NY 10577


Double J Bryant Park 27 LLC
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue Suite 107
Purchase, NY 10577


Eric Tanjeloff
c/o Brya M. Keilson, Esq.
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801


Fairfield Development Associates, L.P.
1720 Butler Street
Easton, PA 18042


Fida and Son Construction Corp.
1633 West 9th Street
Brooklyn, NY 11223


Fitz Patrick Lentz & Bubba PC
Two City Center
645 West Hamilton Street Suite 800
Allentown, PA 18101


GCE Belnord Corp
c/o Bryan Cave
1290 Avenue of the Americas
New York, NY 10104


GCE Property Holdings, Inc.
c/o Bryan Cave
1290 Avenue of the Americas
New York, NY 10104


Harsh Padia
395 Hudson Street Suite 701
New York, NY 10014


Hedgerow Real Estate LLC
2495 Montauk Highway P.O. Box 2185
Bridgehampton, NY 11932


HFZ 235 West 53rd Street Owner, LLC
600 Madison Avenue 15th Floor
New York, NY 10022
```

HFZ 235 West 75th Street Owner, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022  

HFZ 301 West 53rd Street Owner, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022  

HFZ 344 West 72nd Street Owners, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022  

HFZ 501 West LLC  
c/o David Sorokoff, Esq.  
805 3rd Avenue, Suite 1201  
New York, NY 10022  

HFZ 88 Lexington Avenue Owner, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022  

HFZ 90 Lexington Avenue Owner, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022  

HFZ Bryant Park Owner, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022  

HFZ Capital Group LLC  
600 Madison Avenue, 15th Floor  
New York, NY 10022  

HFZ Group, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022  

HFZ Highline LLC  
c/o David Sorokoff, Esq.  
805 3rd Avenue, Suite 1201  
New York, NY 10022  

HFZ Highline Propertry Owners LLC  
c/o David Sorokoff, Esq.  
805 3rd Avenue, Suite 1201  
New York, NY 10022  

HFZ Highline Special Member LLC  
c/o David Sorokoff, Esq.  
805 3rd Avenue, Suite 1201  
New York, NY 10022  

HFZ KIK 30th Street Owner, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022

HFZ Residential Collection, LLC  
600 Madison Avenue 15th Floor  
New York, NY 10022

Horizon Select LLC  
c/o A Registered Agent, Inc.  
8 The Green A  
Dover, DE 19901

JC Industries LLC  
47-17 35th Street  
Sunnyside, NY 11104

Jenny Kwan  
c/o Paykin Krieg & Adams LLP  
2500 Westchester Avenue Suite 107  
Purchase, NY 10577

Jordan Vogel  
c/o Ericka Fredricks Johnson, Esq.  
Bayard P.A. 600 N. King St., Suite 400  
Wilmington, DE 19801

Marcum, LLP  
201 East Las Olas Boulevard, 21st Floor  
Fort Lauderdale, FL 33301

Margulis Gelfand DiRuzzo & Lambson, LLC  
401 East Las Olas Boulevard, Suite 1400  
Fort Lauderdale, FL 33301

Matthew F. Ammirati  
Unknown

MC Asset Management (Corporate), LLC  
c/o National Registered Agents, Inc.  
as Registered Agent 1209 Orange Street  
Wilmington, DE 19801

MCAM 40 ML Lender, LLC  
c/o Monroe Capital Advisors, LLC  
311 South Wacker Drive 64th Floor  
Chicago, IL 60606

MCAM 40ML Lender LLC  
c/o Mark Shinderman, Esq. Milbank LLP  
2029 Century Park East, 33rd Floor  
Los Angeles, CA 90067

Monroe Capital Management Advisors, LLC  
c/o The Corporation Trust Company  
as Registered Agent 1209 Orange Street  
Wilmington, DE 19801

Morrison Cohen LLP
Attn: David Ross, Esq.
909 Third Avenue, 27th Floor
New York, NY 10022


Nir Meir [Incarcerated]
3492400575
Otis Bantum Correctional Center 16-00 Ha
East Elmhurst, NY 11370


YK Law LLP
c/o Pankaj Malik
14 Penn Plaza Street, 9th Floor
Miami, FL 10122


Pavarini McGovern LLC
330 West 34th Street
New York, NY 10001


Polaris Lending LLC
c/o William Soto
Scarsdale Executive Building 531 Central
Scarsdale, NY 10583


Raphael Rebhan
3 Rothschild Blvd
Tel-Aviv, ISRAEL 6688106


Rottenstreich Farley Bronstein
Fisher Potter Hodas LLP
515 North Flagler Drive - Suite 800
West Palm Beach, FL 33401


Sav-Mor Mechanical Inc
30B Howard Place
Ronkonkoma, NY 11779


Sergey Kostyatnikov
302 5th Avenue 8th Floor
New York, NY 10007


Signature Bank
261 Madison Avenue
New York, NY 10016


Smithtown Partners, LLC
40 Meadow Lane
Southampton, NY 11968


Solomon Blum Heymann, LLP
Attn: Andrew Heymann, Esq.
40 Wall Street, 35th Floor
New York, NY 10005

Suffolk County Taxing Authority
H. Lee Dennison Building
100 Veterans Memorial Highway P.O. Box 6
Hauppauge, NY 11788


Susman Godfrey, LLP
Attn: Mark H. Hatch-Miller, Esq.
1301 Avenue of the Americas 32nd Floor
New York, NY 10019


Tiger REF Highline LLC
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022


Town of Southampton Taxing Authority
116 Hampton Road
Southampton, NY 11968


U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549


VSK E 68 LLC
302 5th Avenue 8th Floor
New York, NY 10007


Womble Bond Dickinson (US) LLP
Attn: Matthew P. Ward
1313 N. Market Street Suite 1200
Wilmington, DE 19801


Ziel Feldman
600 Madison Avenue
New York, NY 10022