| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Ranee A. Bartolacci | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION | | |
| Case number (if known) | 24-18942-CLC | | |

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................... $        0.00

   1b. Copy line 62, Total personal property, from Schedule A/B............................................... $   1,658,128.43

   1c. Copy line 63, Total of all property on Schedule A/B...................................................... $   1,658,128.43

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $     948,688.64

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $   2,885,969.70

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $  16,242,686.23

**Your total liabilities** $  20,077,344.57

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................. $        0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*......................................................... $   38,746.33

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | 24-18942-CLC |

☒ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once.    If an asset fits in more than one category, list the asset in the category where you think it fits best.    Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☒ No. Go to Part 2.
☐ Yes.    Where is the property?

| 1.1 | **What is the property?** Check all that apply | |
|---|---|---|
| | ☐ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| | ☐ Land | |
| | ☐ Investment property | |
| | ☐ Timeshare | |

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

☐ Other _____

**Who has an interest in the property?** Check one

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

City          State          ZIP Code

County

**Other information you wish to add about this item, such as local property identification number:** _____

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>**

| |
|---|
| |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

Debtor 1   Ranee A. Bartolacci                                     Case number *(if known)*   24-18942-CLC

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☒ No
    ☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>** | $0.00

| **Part 3:** | Describe Your Personal and   Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes.   Describe.....

    | Miscellaneous household goods and furnishings (See Question 22 of Statement of Financial Affairs) | | Unknown |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes.   Describe.....

    | Laptop Computer(s), Cell Phone(s), Used Epson Printer(s) (See Question 22 of Statement of Financial Affairs) | | $350.00 |

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☒ Yes.   Describe.....

    | Collectibles of Value: (See Question 22 of Statement of Financial Affairs) | | Unknown |

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☒ Yes.   Describe.....

    | Sports/Hobbies Equipment: (See Question 22 of Statement of Financial Affairs) | | Unknown |

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
     ☐ No
     ☒ Yes.   Describe.....

    | 2 Used Firearms: * Zev z-9 * Sig sauer p365 | | $1,500.00 |

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
     ☐ No
     ☒ Yes.   Describe.....

    | Miscellaneous women's clothing, shoes and accessories (See Question 22 of Statement of Financial Affairs) | | $500.00 |

Debtor 1    Ranee A. Bartolacci                                           Case number *(if known)*    24-18942-CLC

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☒ Yes.    Describe.....

   | | |
   |---|---|
   | Jewelry<br>SEE ATTACHMENT<br>(See Question 22 of Statement of Financial Affairs) | $39,600.00 |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☒ Yes.    Describe.....

   | | |
   |---|---|
   | Family Dog | $50.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ☒ No
   ☐ Yes.    Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................

   $42,000.00

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    | Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☒ Yes............................................................................................................

   | | | |
   |---|---|---|
   | | Cash | $200.00 |

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☒ Yes.....................

   | | | Institution name: | |
   |---|---|---|---|
   | 17.1. | Brokerage | Morgan Stanley Private Wealth Management<br>[Account Ending 4539]<br>Account Holder: Ranee Bartolacci d/b/a Ermitage One, LLC | $12,653.72 |
   | 17.2. | Checking | JP Morgan Chase<br>[Account Ending: 9992]<br>Account Holder: Twisted with Love, LLC | $2,165.53 |
   | 17.3. | Checking | PNC Bank<br>[Account Ending 3711]<br>Account Holder: Nir Meir and/or Ranee Bartolacci | $0.00 |
   | 17.4. | Checking | Capital One<br>[Account Ending 7159] | $3.48 |
   | 17.5. | Checking | Citibank<br>[Account Ending 9407] | $0.00 |

Debtor 1    Ranee A. Bartolacci _____    Case number (if known)    24-18942-CLC _____

| | | | |
|---|---|---|---|
| 17.6. | Checking | JP Morgan Chase Bank<br>[Account Ending 5760] | $0.00 |
| 17.7. | Checking | Signature Bank<br>Account Holder: Nir Meir OR Ranee Bartolacci<br>[Account Ending 4236] | $0.00 |
| 17.8. | Brokerage | Charles Schwab<br>[Account Ending 2028]<br>* Includes Cash Holdings | $209.91 |
| 17.9. | Brokerage | Charles Schwab<br>[Account Ending 7119]<br>*Includes Cash Holdings and EFTs | $219.02 |
| 17.10. | Brokerage | Goldman Sachs<br>[Account Ending 1574]<br>*Includes Cash Holdings | $0.81 |
| 17.11. | Brokerage | Goldman Sachs<br>[Account Ending 1582]<br>* Includes Cash Holdings | $44.48 |
| 17.12. | Brokerage | Stifel<br>[Account Ending 6956]<br>*Includes Cash Holdings | $19.85 |
| 17.13. | Brokerage | Gemini<br>[Account Ending 8012]<br>*Includes Holdings of Digital Currency | $1,866.89 |
| 17.14. | Brokerage | Charles Schwab<br>Custodian Account FBO E.A.M. UNYUTMA<br>[Account Ending 0756] | $273,465.56 |
| 17.15 | Other financial accounts | Venmo | $0.00 |

18.   **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes..................    Institution or issuer name: _____    _____

19.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.    Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Bart 8 LP | 19 % | Unknown |
| Fairfield Development Associates<br>[General Partnership] | 4.1667 % | Unknown |
| Ermitage One LLC | unknown<br>[opened by<br>Ex-Husband,<br>Nir Meir] % | $12,654.00 |

Debtor 1    Ranee A. Bartolacci _____    Case number *(if known)*    24-18942-CLC

| | | | |
|---|---|---|---|
| RSV One LLC | unknown [opened by Ex-Husband, Nir Meir] | % | Unknown |
| Twisted with Love LLC | 100 | % | $2,165.53 |
| Point... Click... SOLD!!, Inc | 99 | % | $0.00 |
| RSV One Investments LLC | unknown [opened by Ex-Husband, Nir Meir] | % | Unknown |
| RSV Three LLC | unknown [opened by Ex-Husband, Nir Meir] | % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☒ No
   ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☒ Yes. List each account separately.

   | Type of account: | Institution name: | |
   |---|---|---|
   | IRA | Charles Schwab [Accounting Ending 4323] | $166.19 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ☒ Yes. ...................

   | | Institution name or individual: | |
   |---|---|---|
   | Rental Deposit | Lyda Erazo Bravo | $5,300.00 |
   | Rental Deposit [Water Cooler/Delivery] | Mountain Valley Water Company | $30.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☐ No
   ☒ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   | | |
   |---|---|
   | Charles Schwab [Account Ending 1034-01] *FBO Z.A.M. | $435,112.46 |
   | Charles Schwab [Account ending #1034-02] *FBO E.A.M. | $554,185.32 |

Debtor 1    Ranee A. Bartolacci                                        Case number *(if known)*    24-18942-CLC

| | |
|---|---|
| Charles Schwab<br>[Account ending #1034-03]<br>*FBO L.O.M. | $315,665.68 |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☒ Yes.  Give specific information about them...

| | |
|---|---|
| Ranee Bartolacci Family Trust of 2021 | Unknown |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☒ Yes. Give specific information......

| | | |
|---|---|---|
| Child Support<br>[Owed by Former/Ex-Husband, Nir Meir] | Child Support<br>[Unliquidated] | Unknown |

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

☒ No
☐ Yes.   Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Renter's Insurance:<br>Castle Key Indemnity Company<br>[Policy Number Ending 618] | Ranee Bartolacci | Unknown |

Debtor 1    Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC _____

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☒ No
   ☐ Yes.   Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☒ Yes.   Describe each claim.........

| | |
|---|---|
| Ranee Bartolacci v. Quinn Emanuel Urquhart & Sullivan LLP; Case No. 2024-006940-CA-01; pending in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida | Unknown |
| Ranee Bartolacci v. YH Lex Estates LLC et al; Case No. 2021-025805-CA-01 Pending in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | Unknown |
| US District Court S.D.F.L. Case filed: Bartolacci v. YH Lex Estates LLC, and EZL 40 Meadow Lane, LLC (1:2021cv24423) | Unknown |
| Potential Malpractice Claims against: Davidoff Hutcher & Citron LLP, Larry Hutcher, Esq., Richard Wolter, Esq., William Wolzer, Esq., and Howard Presant, Esq. | Unknown |
| Potential Malpractice Claim against: PM Law PC, and Pankaj Malik, Esq. | Unknown |
| Potential Malpractice Claim against: Morris James LLP, and Eric Monzo, Esq. | Unknown |
| Potential Malpractice Claims against: Vincent F. Vaccarella, P.A., and John A. Moore, Esq. | Unknown |
| Potential Malpractice Claims against: Quinn Emanuel Urquhart & Sullivan, LLP, and Olga Viera, Esq., | Unknown |
| Potential Malpractice Claims against: Davidoff Law Firm, and Jonathan Marc Davidoff, Esq. | Unknown |
| Nir Meir [Former/Ex-Husband] | Unknown |
| EZL 40 Meadow Lane, LLC | Unknown |
| EAM 40 Meadow Lane LLC | Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☒ No
   ☐ Yes.   Describe each claim.........

35. **Any financial assets you did not already list**
   ☒ No
   ☐ Yes.   Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................    $1,616,128.43

Debtor 1    Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☐ No
☐ Yes.  Describe.....

_____

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes.  Describe.....

_____

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes.  Describe.....

_____

**41.  Inventory**

☐ No
☐ Yes.  Describe.....

_____

**42.  Interests in partnerships or joint ventures**

☐ No
☐ Yes.  Give specific information about them...................

Name of entity:                                    % of ownership:

_____    _____ %      _____

**43.  Customer lists, mailing lists, or other compilations**
☐ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.   Describe.....

_____

**44.  Any business-related property you did not already list**

☐ No
☐ Yes. Give specific information.........

_____

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................................**

_____

Debtor 1    Ranee A. Bartolacci                                    Case number *(if known)*   24-18942-CLC

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47.  **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes................

_____

48.  **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information.....

_____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes................

_____

50.  **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes................

_____

51.  **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information.....

_____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........................................................................................

_____

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

_____

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................  |  $0.00

Debtor 1    Ranee A. Bartolacci                                    Case number *(if known)*    24-18942-CLC

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** ....................................................................................................    $0.00

56.  **Part 2: Total vehicles, line 5**    $0.00

57.  **Part 3: Total personal and household items, line 15**    $42,000.00

58.  **Part 4: Total financial assets, line 36**    $1,616,128.43

59.  **Part 5: Total business-related property, line 45**    $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61.  **Part 7: Total other property not listed, line 54**    +    $0.00

62.  **Total personal property.** Add lines 56 through 61...    $1,658,128.43    Copy personal property total    $1,658,128.43

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    $1,658,128.43

**In re: Ranee A. Bartolacci**
**Case No. 24-18942-CLC**
**Attachment to Schedule A/B: Property**

| DESCRIPTION OF ITEM | ESTIMATED VALUE |
|---|---|
| Miscellaneous Fashion Jewelry | $          200.00 |
| Cartier Rose Gold and Diamond Juste en Clou Style Hinged Bracelet | $        1,350.00 |
| Cartier White Gold and Diamond Juste en Clou Style Hinged Bracelet | $        1,350.00 |
| Cartier Rose Gold Bracelet with Pantherhead | $        1,250.00 |
| Leviev Gold Bangles Bracelets | $        1,350.00 |
| Tiffany and Co. White Gold Diamond and Green Garnet Hinged Double Bangle Bracelet | $        2,000.00 |
| White Gold and Diamond Bead Chain Motif Bracelet | $        1,000.00 |
| Leviev Whitegold, Diamond and Sapphire Bracelet | $        1,800.00 |
| White Gold, Diamond, and Leather Bracelet | $          600.00 |
| Catherine M. Sadeh Rose Gold, Diamond and Leather Bracelet | $          400.00 |
| White Gold, Diamond, and Aquamarine Necklace with Pendant | $          500.00 |

| | | |
|---|---|---|
| Dog Tag Necklace: Rose Gold and Diamond<br>[Held for Minor Child, E.A.M.] | $ | 1,150.00 |
| Dog Tag Necklace: White Gold and Diamond<br>[Held for Minor Child, Z.A.M.] | $ | 1,800.00 |
| Dog Tag Necklace: White Gold and Sapphire<br>[Held for Minor Child, L.O.M.] | $ | 2,000.00 |
| Yellow and White Gold and Diamond Star Motif Anklet | $ | 200.00 |
| Daniel Steiger Equinox Chonometer Watch: Yellow Stainless Steel and Diamond Simulant, 35 mm | $ | 50.00 |
| Audemars Piguet Lady Royal Oak Watch: Rose Gold and Diamond, 37 mm | $ | 5,000.00 |
| White Gold and Diamond Earing (Studs) | $ | 750.00 |
| Rose Gold and Diamond pipe fitting design ring | $ | 850.00 |
| Platinum and Diamond Eternity Band Ring | $ | 3,500.00 |
| Platinum and Diamond Ring | $ | 12,500.00 |
| | | |
| **TOTAL** | $ | 39,600.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Ranee A. Bartolacci |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | 24-18942-CLC |

☒ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Florida Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | $3,485.53 | $0.00 | $3,485.53 |
|---|---|---|---|---|---|

Priority Creditor's Name
5050 W Tennessee Street
Tallahassee, FL 32399
Number Street City State Zip Code

When was the debt incurred?   2019-2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ Tax

| 2.2 | **Internal Revenue Service [IRS]** | Last 4 digits of account number ___ ___ ___ ___ | $999,096.31 | $999,096.31 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

When was the debt incurred?   2018, 2019, 2020

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ Tax

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

---

**2.3**

| Internal Revenue Service [IRS] | Last 4 digits of account number | | $93,963.26 | $93,963.26 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?**  2021 and 2022

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
       Tax

---

**2.4**

| Internal Revenue Service [IRS] | Last 4 digits of account number | | $834,313.53 | $834,313.53 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**When was the debt incurred?**  2018 and 2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
       Tax liens

---

**2.5**

| Miami Dade County Tax Collector | Last 4 digits of account number | | $380,459.00 | $0.00 | $380,459.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
200 NW 2nd Avenue
Miami, FL 33128
Number Street City State Zip Code

**When was the debt incurred?**  2018 and 2019

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
       Tax liens

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)   24-18942-CLC

---

| 2.6 | NY State Department of Revenue | | Last 4 digits of account number | _____ | $194,193.00 | $0.00 | $194,193.00 |

Priority Creditor's Name

Department of Taxation and
Finance [NYS Tax Dept]
W A Harriman Campus
Bankruptcy Unit, Building 8 [Rm
455]
Albany, NY 12227

When was the debt incurred?   2019

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Tax

---

| 2.7 | NY State Department of Revenue | | Last 4 digits of account number | _____ | $380,459.07 | $0.00 | $380,459.07 |

Priority Creditor's Name

Department of Taxation and
Finance [NYS Tax Dept]
W A Harriman Campus
Bankruptcy Unit, Building 8 [Rm
455]
Albany, NY 12227

When was the debt incurred?   2018 and 2019

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Tax liens

---

| 2.8 | Pennsylvania Department of Revenue | | Last 4 digits of account number | _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

1 Revenue Place
Harrisburg, PA 17129

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Tax/FOR NOTICE PURPOSES

---

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part

Debtor 1   Ranee A. Bartolacci                                      Case number (if known)    24-18942-CLC

2.

|  | | Total claim |
|--|--|--|

**4.1**

76 Eleventh Avenue Property Owner, LLC

Nonpriority Creditor's Name
251 Little Falls Drive
Wilmington, DE 19808

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

**Total claim:** Unknown

---

**4.2**

88 Lex 501, Inc.

Nonpriority Creditor's Name
c/o Joel Braziller, Esq
277 Broadway, #400
New York, NY 10007

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Personal Guaranty

**Total claim:** Unknown

---

**4.3**

Adam Feldman

Nonpriority Creditor's Name
600 Madison Avenue
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

**Total claim:** Unknown

---

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)   24-18942-CLC

---

| 4.4 | Advantage Title Agency, Inc. | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
201 Old Country Road
Melville, NY 11747

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.5 | Advantage Title Company | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
245 Park Avenue
New York, NY 10167

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.6 | Ahmad Yousf Kamal | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

Unkown

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci  Case number (if known)  24-18942-CLC

---

| 4.7 | American Express | Last 4 digits of account number | 6005 | $45,253.16 |

Nonpriority Creditor's Name
Attn: Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.8 | American Express | Last 4 digits of account number | 1003 | $120,039.00 |

Nonpriority Creditor's Name
Attn: Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.9 | American Express | Last 4 digits of account number | 6333 | $4,164.00 |

Nonpriority Creditor's Name
Attn: Correspondence/Bankruptcy
PO Box 981535
El Paso, TX 79998

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Credit card purchases

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)   24-18942-CLC

---

**4.10**

| AmTrust Title Insurance Co. | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

59 Maiden Lane, 43rd Floor
New York, NY 10038

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.11**

| Anthony B. Tufariello | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

Kathleen Tufariello
2401 Spanish River Road
Boca Raton, FL 33432

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.12**

| Apple Card with Goldman Sachs | Last 4 digits of account number _____ | $34,293.05 |

Nonpriority Creditor's Name

Lockbox 6112
Philadelphia, PA 19170

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

---

Debtor 1  Ranee A. Bartolacci                                      Case number (if known)    24-18942-CLC

---

**4.1
3**

Arel Capital Partners II LLC
Nonpriority Creditor's Name
540 Madison Avenue
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.1
4**

Astor Ben Sasha LLC
Nonpriority Creditor's Name
18 East 48th Street
#702
New York, NY 10017
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Personal Guaranty

---

**4.1
5**

Atlantic Specialty Insurance Company
Nonpriority Creditor's Name
605 Highway 169 North, Suite 800
Plymouth, MN 55441
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1   Ranee A. Bartolacci                                         Case number (if known)    24-18942-CLC

---

| 4.1 6 | | |
|---|---|---|

**Avishai Abrahami**
Nonpriority Creditor's Name

Tel-Aviv, ISRAEL

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   Litigation against Ex/Former Husband, Nir Meir, Personal Guaranty by Ex-Husband Nir Meir

---

| 4.1 7 | | |
|---|---|---|

**Bankruptcy Estate of Nir Meir**
Nonpriority Creditor's Name
c/o Drew M. Dillworth
as Chapter 7 Trustee
2200 Museum Tower
150 West Flagler Street
Miami, FL 33130

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   Chapter 7 Bankruptcy, In re Nir Meir, Case No. 24-11047-LMI

---

| 4.1 8 | | |
|---|---|---|

**Barclays Bank Delaware**
Nonpriority Creditor's Name
125 South West Street
Wilmington, DE 19801

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** 7123          $19,661.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Credit Card Purchases

---

Debtor 1   Ranee A. Bartolacci                                        Case number (if known)   24-18942-CLC

| 4.19 | Benny Shabtai | Last 4 digits of account number | | $626,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
200 East 69th Street
PH E
New York, NY 10021

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

- ☒ No



- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Judgment/Personal Guaranty

| 4.20 | Board of Directors of Chatsworth Realty | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
575 Fifth Avenue, 10th Floor
New York, NY 10017

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

- ☒ No

- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

| 4.21 | Board of Managers of 11 Beach St Condo | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
11 Beach Street
New York, NY 10013

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

- ☒ No

- ☐ Yes

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

Debtor 1   Ranee A. Bartolacci                              Case number (if known)    24-18942-CLC

| 4.2 2 | Board of Managers of 235 West 75th St | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.2 3 | BSDT 11th Ave LLC | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Zvi Hahn as trustee of Benny Shabtai 2012 Dynasty Trust
c/o United Corporate Services
800 North State Street, #304
Dover, DE 19901

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Personal Guaranty

---

| 4.2 4 | BSDT 2012 LLC | Last 4 digits of account number | $9,422,796.94 |
|---|---|---|---|

Nonpriority Creditor's Name
1114 Avenue of the Americas
New York, NY 10036

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Judgment/Personal Guaranty

---

Debtor 1 __Ranee A. Bartolacci__                                Case number (if known)    __24-18942-CLC__

---

| 4.2 5 | |
|---|---|

**CF HFZ BNYZ, LLC**
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.2 6 | |
|---|---|

**CF HFZ, LLC**
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.2 7 | |
|---|---|

**ConnectOne Bank**
Nonpriority Creditor's Name
301 Sylvan Avenue
Englewood Cliffs, NJ 07632-2539
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    Unknown

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                                Case number (if known)    24-18942-CLC

---

| 4.2 8 | Cywiak and Company LLP | Last 4 digits of account number | $7,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Aaron Cywiak, Managing Partner
19 W 44th Street, Suite 510

New York, NY 10036

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services

---

| 4.2 9 | Davidoff Hutcher & Citron | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Attn: Jonathan Pasternak, Esq.
605 Third Avenue
New York, NY 10158

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.3 0 | Delaware Secretary of State | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
Division of Corporations
Franchise Tax Division
P.O. Box 898
Dover, DE 19903

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.3 1**

**Delaware State Treasury**
Nonpriority Creditor's Name
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No




☐ Yes

**Last 4 digits of account number**                              Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane,
☒ Other. Specify   LLC and EZL 40 Meadow Lane, LLC

---

**4.3 2**

**Dhruv Piplani**
Nonpriority Creditor's Name
246 Spring Street, Suite 3510
New York, NY 10013
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No




☐ Yes

**Last 4 digits of account number**                              Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane,
☒ Other. Specify   LLC and EZL 40 Meadow Lane, LLC

---

**4.3 3**

**Double J Bryant Park 25 LLC**
Nonpriority Creditor's Name
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue
Suite 107
Purchase, NY 10577
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No



☐ Yes

**Last 4 digits of account number**                              Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir
☒ Other. Specify

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)    24-18942-CLC

---

**4.3 4**

Double J Bryant Park 27 LLC
Nonpriority Creditor's Name
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue
Suite 107
Purchase, NY 10577
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.3 5**

EAM 40 Meadow Lane LLC
Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  NOTICE PURPOSES: Bankruptcy #22-10293

---

**4.3 6**

Eric Tanjeloff
Nonpriority Creditor's Name
c/o Brya M. Keilson, Esq.
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                    Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.37**

**EZL 40 Meadow Lane LLC**
Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Bankruptcy #22-10294

---

**4.38**

**Fida and Son Construction Corp.**
Nonpriority Creditor's Name
1633 West 9th Street
Brooklyn, NY 11223
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of
Ex-Husband, Nir Meir, for Violations of NY
☒ Other. Specify   Lien Law

---

**4.39**

**Fitz Patrick Lentz & Bubba PC**
Nonpriority Creditor's Name
Two City Center
645 West Hamilton Street
Suite 800
Allentown, PA 18101
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                          $1,436.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.40**

**GCE Belnord Corp**
Nonpriority Creditor's Name
c/o Bryan Cave
1290 Avenue of the Americas
New York, NY 10104
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number                                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.41**

**GCE Property Holdings, Inc.**
Nonpriority Creditor's Name
c/o Bryan Cave
1290 Avenue of the Americas
New York, NY 10104
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number                                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.42**

**Harsh Padia**
Nonpriority Creditor's Name
395 Hudson Street
Suite 701
New York, NY 10014
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number                                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   Ranee A. Bartolacci

Case number (if known)   24-18942-CLC

---

| 4.4 3 | Hedgerow Real Estate LLC | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
2495 Montauk Highway
P.O. Box 2185
Bridgehampton, NY 11932

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.4 4 | Helene Feldman | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
600 Madison Avenue
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.4 5 | HFZ 235 West 53rd Street Owner, LLC | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                                       Case number (if known)    24-18942-CLC

---

**4.46**  HFZ 235 West 75th Street Owner, LLC
_Nonpriority Creditor's Name_
600 Madison Avenue
15th Floor
New York, NY 10022
_Number Street City State Zip Code_

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____         Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.47**  HFZ 301 West 53rd Street Owner, LLC
_Nonpriority Creditor's Name_
600 Madison Avenue
15th Floor
New York, NY 10022
_Number Street City State Zip Code_

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____         Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.48**  HFZ 344 West 72nd Street Owners, LLC
_Nonpriority Creditor's Name_
600 Madison Avenue
15th Floor
New York, NY 10022
_Number Street City State Zip Code_

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____         Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)    24-18942-CLC

---

| 4.4 9 | |
|---|---|

**HFZ 501 West LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.5 0 | |
|---|---|

**HFZ 88 Lexington Avenue Owner, LLC**
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.5 1 | |
|---|---|

**HFZ 90 Lexington Avenue Owner, LLC**
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

| 4.5 2 | |
|---|---|

**HFZ Bryant Park Owner, LLC**
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No



☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

| 4.5 3 | |
|---|---|

**HFZ Capital Group LLC**
Nonpriority Creditor's Name
600 Madison Avenue, 15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No



☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Litigation and for NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Fraud, Disgorgement and Conversion, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

| 4.5 4 | |
|---|---|

**HFZ Group, LLC**
Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No



☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.55**

**HFZ Highline LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.56**

**HFZ Highline Property Owners LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.57**

**HFZ Highline Special Member LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____     Unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

| | | |
|---|---|---|
| **4.5 8** | HFZ KIK 30th Street Owner, LLC | Last 4 digits of account number _____  Unknown |

Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

| | | |
|---|---|---|
| **4.5 9** | HFZ Residential Collection, LLC | Last 4 digits of account number _____  Unknown |

Nonpriority Creditor's Name
600 Madison Avenue
15th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

| | | |
|---|---|---|
| **4.6 0** | Horizon Select LLC | Last 4 digits of account number _____  Unknown |

Nonpriority Creditor's Name
c/o A Registered Agent, Inc.
8 The Green A
Dover, DE 19901

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

Debtor 1   Ranee A. Bartolacci                                          Case number (if known)    24-18942-CLC

---

**4.6
1**

JC Industries LLC
Nonpriority Creditor's Name
47-17 35th Street
Sunnyside, NY 11104
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Violations of NY
☒ Other. Specify   Lien Law

---

**4.6
2**

Jenny Kwan
Nonpriority Creditor's Name
c/o Paykin Krieg & Adams LLP
2500 Westchester Avenue
Suite 107
Purchase, NY 10577
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir
☒ Other. Specify   Ex-Husband, Nir Meir

---

**4.6
3**

Jordan Vogel
Nonpriority Creditor's Name
c/o Ericka Fredricks Johnson, Esq.
Bayard P.A.
600 N. King St., Suite 400
Wilmington, DE 19801
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____                          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC
☒ Other. Specify

---

Debtor 1 Ranee A. Bartolacci

Case number (if known) 24-18942-CLC

---

| 4.6 4 | Marcum, LLP | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

201 East Las Olas Boulevard, 21st Floor

**When was the debt incurred?**

Fort Lauderdale, FL 33301

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   Professional Services

---

| 4.6 5 | Margulis Gelfand DiRuzzo & Lambson, LLC | Last 4 digits of account number | $9,274.50 |
|---|---|---|---|

Nonpriority Creditor's Name

401 East Las Olas Boulevard, Suite 1400

**When was the debt incurred?**

Fort Lauderdale, FL 33301

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   Professional Services [Legal]

---

| 4.6 6 | Matthew F. Ammirati | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

Unkown

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☒ Contingent

☐ Debtor 2 only

☒ Unliquidated

☐ Debtor 1 and Debtor 2 only

☒ Disputed

☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☒ No

☐ Debts to pension or profit-sharing plans, and other similar debts

FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

☐ Yes

☒ Other. Specify

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)  24-18942-CLC

| 4.6 7 | MC Asset Management (Corporate), LLC | **Last 4 digits of account number** | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o National Registered Agents, Inc.
as Registered Agent
1209 Orange Street
Wilmington, DE 19801

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No



☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

| 4.6 8 | MCAM 40 ML Lender, LLC | **Last 4 digits of account number** | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Monroe Capital Advisors, LLC
311 South Wacker Drive
64th Floor
Chicago, IL 60606

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No



☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

Debtor 1  Ranee A. Bartolacci

Case number (if known)    24-18942-CLC

| | | |
|---|---|---|
| 4.6 9 | Monroe Capital Management Advisors, LLC | **Last 4 digits of account number** _____ Unknown |

Nonpriority Creditor's Name
c/o The Corporation Trust Company
as Registered Agent
1209 Orange Street
Wilmington, DE 19801

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   FOR NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| | | |
|---|---|---|
| 4.7 0 | Morrison Cohen LLP | **Last 4 digits of account number** _____ Unknown |

Nonpriority Creditor's Name
Attn: David Ross, Esq.
909 Third Avenue, 27th Floor
New York, NY 10022

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| | | |
|---|---|---|
| 4.7 1 | Nino Cohen | **Last 4 digits of account number** _____ $0.00 |

Nonpriority Creditor's Name
c/o Melvin Berfond, Esq.
Berfond Attorney at Law
277 Broadway, Suite 810
New York, NY 10111

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Litigation and NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.7 2**

Nir Meir [Incarcerated]

Nonpriority Creditor's Name
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**                                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Chapter 7 Bankruptcy, In re Nir Meir, Case No. 24-11047-LMI

---

**4.7 3**

NY Stone and Tile

Nonpriority Creditor's Name
31-45 Howell Street
Attn: Nino Cohen
Linden, NJ 07036

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**                                    $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Litigation and NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.7 4**

Pavarini McGovern LLC

Nonpriority Creditor's Name
330 West 34th Street
New York, NY 10001

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**                                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Violations of NY Lien Law

---

Debtor 1   Ranee A. Bartolacci                          Case number (if known)    24-18942-CLC

---

| 4.7 5 | Polaris Lending LLC | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
c/o William Soto
Scarsdale Executive Building
531 Central Park Avenue, Ste 301
Scarsdale, NY 10583

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.7 6 | Quinn Emanuel Urquhart & Sullivan, LLP | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   [Alleged] Professional Services [Legal] (Forged contracts signed by Debtor's Former Husband)

---

| 4.7 7 | Raphael Rebhan | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
3 Rothschild Blvd
Tel-Aviv, ISRAEL 6688106

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Personal Guaranty

---

Debtor 1  Ranee A. Bartolacci                                Case number (if known)    24-18942-CLC

| 4.7 8 | Raymond A. Bartolacci, Jr. | Last 4 digits of account number | | $4,634,607.77 |

Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477

When was the debt incurred?    Various Dates through 8/30/2024

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Notes

---

| 4.7 9 | Raymond A. Bartolacci, Jr. | Last 4 digits of account number | | $13,863.00 |

Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477

When was the debt incurred?    05/31/2023

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

| 4.8 0 | Raymond A. Bartolacci, Jr. | Last 4 digits of account number | | $5,038.00 |

Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477

When was the debt incurred?    04/30/2023

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci                                         Case number (if known)    24-18942-CLC

---

**4.8 1**

Raymond A. Bartolacci, Jr.
Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____          $6,795.00

When was the debt incurred?   03/31/2023

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

**4.8 2**

Raymond A. Bartolacci, Jr.
Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____          $150,000.00

When was the debt incurred?   12/19/2022

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

**4.8 3**

Raymond A. Bartolacci, Jr.
Nonpriority Creditor's Name
17076 Bay Street
Jupiter, FL 33477
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____          $650,000.00

When was the debt incurred?   11/30/2022

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

**4.8 4**

Raymond A. Bartolacci, Jr.

Nonpriority Creditor's Name

17076 Bay Street
Jupiter, FL 33477

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  _____        $15,765.00

**When was the debt incurred?**    06/30/2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

**4.8 5**

Raymond A. Bartolacci, Jr.

Nonpriority Creditor's Name

17076 Bay Street
Jupiter, FL 33477

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  _____        $12,586.00

**When was the debt incurred?**    07/31/2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

**4.8 6**

Raymond A. Bartolacci, Jr.

Nonpriority Creditor's Name

17076 Bay Street
Jupiter, FL 33477

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  _____        $16,880.00

**When was the debt incurred?**    08/31/2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Personal Loan/Promissory Note

---

Debtor 1   Ranee A. Bartolacci       Case number (if known)   24-18942-CLC

---

**4.87**

| | |
|---|---|
| Raymond A. Bartolacci, Jr. | Last 4 digits of account number _____      $18,435.00 |
| Nonpriority Creditor's Name | |
| 17076 Bay Street | When was the debt incurred?   09/30/2023 |
| Jupiter, FL 33477 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☒ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☒ No | ☒ Other. Specify   Personal Loan/Promissory Note |
| ☐ Yes | |

---

**4.88**

| | |
|---|---|
| Raymond A. Bartolacci, Jr. | Last 4 digits of account number _____      $18,426.00 |
| Nonpriority Creditor's Name | |
| 17076 Bay Street | When was the debt incurred?   10/31/2023 |
| Jupiter, FL 33477 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☒ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☒ No | ☒ Other. Specify   Personal Loan/Promissory Note |
| ☐ Yes | |

---

**4.89**

| | |
|---|---|
| Raymond A. Bartolacci, Jr. | Last 4 digits of account number _____      $19,042.00 |
| Nonpriority Creditor's Name | |
| 17076 Bay Street | When was the debt incurred?   11/30/2023 |
| Jupiter, FL 33477 | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☒ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a   community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☒ No | ☒ Other. Specify   Personal Loan/Promissory Note |
| ☐ Yes | |

---

Debtor 1  Ranee A. Bartolacci                                      Case number (if known)  24-18942-CLC

---

**4.90**

Rottenstreich Farley Bronstein
Nonpriority Creditor's Name
Fisher Potter Hodas LLP
515 North Flagler Drive - Suite 800
West Palm Beach, FL 33401
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                    $45,465.81

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services [Legal]

---

**4.91**

Sav-Mor Mechanical Inc
Nonpriority Creditor's Name
30B Howard Place
Ronkonkoma, NY 11779
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No



☐ Yes

Last 4 digits of account number _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, for Violations of NY
☒ Other. Specify   Lien Law

---

**4.92**

Sergey Kostyatnikov
Nonpriority Creditor's Name
302 5th Avenue
8th Floor
New York, NY 10007
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No



☐ Yes

Last 4 digits of account number _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir
☒ Other. Specify

---

Debtor 1  Ranee A. Bartolacci      Case number (if known)  24-18942-CLC

---

**4.93**

Signature Bank
Nonpriority Creditor's Name
261 Madison Avenue
New York, NY 10016
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.94**

Smithtown Partners, LLC
Nonpriority Creditor's Name
40 Meadow Lane
Southampton, NY 11968
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**4.95**

Solomon Blum Heymann, LLP
Nonpriority Creditor's Name
Attn: Andrew Heymann, Esq.
40 Wall Street, 35th Floor
New York, NY 10005
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

Last 4 digits of account number _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci

Case number (if known)    24-18942-CLC

---

| 4.9 6 | | | |
|---|---|---|---|

**Suffolk County Taxing Authority**
Nonpriority Creditor's Name
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                              Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.9 7 | | | |
|---|---|---|---|

**Susman Godfrey, LLP**
Nonpriority Creditor's Name
Attn: Mark H. Hatch-Miller, Esq.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                              Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entites EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.9 8 | | | |
|---|---|---|---|

**Tiger REF Highline LLC**
Nonpriority Creditor's Name
c/o David Sorokoff, Esq.
805 3rd Avenue, Suite 1201
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number** _____                              Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

Debtor 1   Ranee A. Bartolacci

Case number (if known)   24-18942-CLC

| 4.99 | Town of Southampton Taxing Authority | | |
|---|---|---|---|

Nonpriority Creditor's Name

116 Hampton Road
Southampton, NY 11968

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No



☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

☒ Other. Specify

---

| 4.100 | U.S. Securities and Exchange Commission | | |
|---|---|---|---|

Nonpriority Creditor's Name

100 F Street, NE
Washington, DC 20549

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No



☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

☒ Other. Specify

---

| 4.101 | Vincent Vaccarella PA | | |
|---|---|---|---|

Nonpriority Creditor's Name

888 East Las Olas Boulevard,
Suite 700
Fort Lauderdale, FL 33301

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____      $163,359.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   Professional Services [Legal]

---

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)    24-18942-CLC

---

| 4.1 02 | | |
|---|---|---|

**VSK E 68 LLC**
Nonpriority Creditor's Name
302 5th Avenue
8th Floor
New York, NY 10007
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

| 4.1 03 | | |
|---|---|---|

**Womble Bond Dickinson (US) LLP**
Nonpriority Creditor's Name
Attn: Matthew P. Ward
1313 N. Market Street
Suite 1200
Wilmington, DE 19801
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

| 4.1 04 | | |
|---|---|---|

**YH Lex Estates LLC**
Nonpriority Creditor's Name
c/o Solomon Blum Heymann LLP, as Reg. Agent
40 Wall Street, 35th Floor
New York, NY 10005
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Litigation and for NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

Debtor 1  Ranee A. Bartolacci                       Case number (if known)   24-18942-CLC

---

**4.1 05**

**YK Law LLP**
Nonpriority Creditor's Name
c/o Pankaj Malik
14 Penn Plaza Street, 9th Floor
Miami, FL 10122
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**                  $182,006.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Professional Services [Legal] and NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir

---

**4.1 06**

**Ziel Feldman**
Nonpriority Creditor's Name
600 Madison Avenue
New York, NY 10022
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No

☐ Yes

**Last 4 digits of account number**                  Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   NOTICE PURPOSES: Creditor of Ex-Husband, Nir Meir, and/or his related/affiliate entities EAM 40 Meadow Lane, LLC and EZL 40 Meadow Lane, LLC

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | |
|---|---|
| 76 Eleventh Avenue Property Owner, LLC<br>600 Madison Avenue<br>15th Floor<br>New York, NY 10022 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.1 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.7 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| American Express<br>PO Box 981537<br>El Paso, TX 79998 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.8 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| American Express<br>PO Box 981537 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.9 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Debtor 1　Ranee A. Bartolacci

Case number (if known)　24-18942-CLC

El Paso, TX 79998

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Apple Card/GS Bank USA<br>Attn: Bankruptcy<br>Goldman Sachs Bank USA<br>PO Box 70379<br>Philadelphia, PA 19176 | Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Arel Capital Partners II LLC<br>c/o Goldberg Weprin Finkel Goldstein<br>1501 Broadway<br>New York, NY 10036 | Line 4.13 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Astor Ben Sasha LLC<br>c/o Goldberg Weprin Finkel Goldstein<br>1501 Broadway<br>New York, NY 10036 | Line 4.14 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Avishai Abrahami<br>c/o Michael E. Sims, Esq.<br>Zeichner Ellman & Krause LLP<br>730 Third Avenue<br>New York, NY 10017 | Line 4.16 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Avishai Abrahami<br>c/o Zeichner Ellman & Krause LLP<br>28 HaArba'a Street<br>HaArba'a Towers-North Tower, 34th<br>Floor<br>Tel Aviv, ISRAEL 6473925 | Line 4.16 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Avishai Abrahami<br>c/o Seyfarth Shaw<br>620 8th Avenue<br>New York, NY 10018 | Line 4.16 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Bankruptcy Estate of Nir Meir<br>Drew M. Dillworth, as Chapter 7<br>Trustee<br>c/o James B Miller, Esq.<br>19 W Flagler St #416<br>Miami, FL 33130 | Line 4.17 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Benny Shabtai<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line 4.19 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Board of Directors of Chatsworth<br>Realty | Line 4.20 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci _____    Case number (if known) ___24-18942-CLC___

c/o Schwartz Sladkus Reich
Greenberg Atlas
444 Madison Avenue
New York, NY 10022

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Board of Managers of 11 Beach St Condo<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line 4.21 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Board of Managers of 235 West 75th St<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| BSDT 11th Ave LLC<br>c/o United Corporate Services, Inc.<br>as Registered Agent<br>800 North State Street, #304<br>Dover, DE 19901 | Line 4.23 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| BSDT 11th Ave LLC<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line 4.23 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| BSDT 2012 LLC<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line 4.24 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| EAM 40 Meadow Lane LLC<br>c/o Womble Womble Bond<br>Dickinson (us) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Line 4.35 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| EAM 40 Meadow Lane, LLC<br>c/o Corporation Trust Company, as Reg. Agent<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Line 4.35 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| EZL 40 Meadow Lane LLC<br>c/o Matthew P. Ward, Esq.<br>Womble Bond Dickinson (us) LLP | Line 4.37 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  Ranee A. Bartolacci                                    Case number (if known)  24-18942-CLC

1313 North Market Street, Suite 1200
Wilmington, DE 19801

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address<br>Florida Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.1 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>HFZ Capital Group LLC<br>c/o McGreevy & Henley<br>131 Union Ave<br>Riverhead, NY 11901 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.53 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>Horizon Select LLC<br>246 Spring Street, Suite 3510<br>Attn: President, Officer, Managing<br>and/or General<br>New York, NY 10013 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.60 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>Internal Revenue Service [IRS]<br>Centralized Lien Operation<br>PO Box 145595<br>Cincinnati, OH 45250 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.4 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>Internal Revenue Service [IRS]<br>Centralized Lien Operation<br>PO Box 145595<br>Cincinnati, OH 45250 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.2 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>Internal Revenue Service [IRS]<br>Centralized Lien Operation<br>PO Box 145595<br>Cincinnati, OH 45250 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 2.3 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>JC Industries LLC<br>c/o Canfield Ruggiero LLP<br>1461 Franklin Avenue<br>Garden City, NY 11530 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.61 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>Jordan Vogel<br>c/o Danielle J. Marlow, Esq.<br>Moritt Hock & Hamroff LLP<br>450 Lexington Avenue<br>New York, NY 10017 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.63 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| Last 4 digits of account number | |

| Name and Address<br>MC Asset Management (Corporate),<br>LLC<br>c/o Mark Shinderman, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.67 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|

Debtor 1  Ranee A. Bartolacci                                      Case number (if known)   24-18942-CLC

---

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| MCAM 40ML Lender LLC<br>c/o Mark Shinderman, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Line 4.68 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Miami Dade County Tax Collector<br>Finance Credit and Collection Division<br>Stephen P. Clark Center<br>111 NW 1st Street, 26th Floor<br>Miami, FL 33128 | Line 2.5 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Monroe Capital Management Advisors,<br>LLC<br>c/o Mark Shinderman, Esq.<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Line 4.69 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| New York Department of Taxation<br>&Finance<br>NYS Tax Department<br>Attn: Bankruptcy Section<br>PO 5300<br>Albany, NY 12205-0300 | Line 2.6 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Nir Meir<br>c/o Peter Shapiro, Esq.<br>Shapiro Law<br>8551 West Sunrise Boulevard, Suite<br>300<br>Fort Lauderdale, FL 33322 | Line 4.72 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Pennsylvania Department of Revenue<br>Department 280946<br>Harrisburg, PA 17128-0946 | Line 2.8 of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Raphael Rebhan<br>c/o Schwartz Sladkus Reich<br>Greenberg Atlas<br>444 Madison Avenue<br>New York, NY 10022 | Line 4.77 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Rottenstreich Farley Bronstein<br>Fisher Potter Hodas LLP<br>500 Park Avenue, 8th Floor<br>New York, NY 10022 | Line 4.90 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Sav-Mor Mechanical Inc<br>c/o Canfield Ruggiero LLP | Line 4.91 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Ranee A. Bartolacci                                          Case number (if known)      24-18942-CLC

1461 Franklin Avenue
Garden City, NY 11530

| | |
|---|---|
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Sergey Kostyatnikov<br>c/o Cox Padmore Skolnick &<br>Shakarchy<br>630 Third Avenue<br>23rd Floor<br>New York, NY 10017 | Line 4.92 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Suffolk County Taxing Authority<br>Riverhead County Center<br>300 Center Drive<br>Riverhead, NY 11901 | Line 4.96 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Suffolk County Taxing Authority<br>Riverhead County Center<br>County Road 51<br>Riverhead, NY 11901 | Line 4.96 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| U.S. Securities and Exchange<br>Commission<br>Office of Reorganization/Bankruptcy<br>Notice<br>950 East Paces Ferry Road NE, Suite<br>900<br>Atlanta, GA 30326-1382 | Line 4.100 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| VSK E 68 LLC<br>c/o Cox Padmore Skolnick &<br>Shakarchy<br>630 Third Avenue<br>23rd Floor<br>New York, NY 10017 | Line 4.102 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| YH Lex Estates, LLC<br>c/o Joshua Widlansky, Esq.<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Boulevard, #200<br>Boca Raton, FL 33431 | Line 4.104 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| YH Lex Estates, LLC<br>c/o Susman Godfrey LLP<br>Mark Hatch-Miller, Esq.<br>One Manhattan West<br>New York, NY 10001-8602 | Line 4.104 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims | 6a.  **Domestic support obligations** | 6a. | $ | 0.00 |

| Debtor 1 | Ranee A. Bartolacci | | Case number (if known) | 24-18942-CLC |

| **from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 2,885,969.70 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | | | | | |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 2,885,969.70 |

| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | Total Claim | |
| | | | | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 16,242,686.23 |
| | | | | | |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 16,242,686.23 |

**Fill in this information to identify your case:**

Debtor 1  Ranee A. Bartolacci
_____
First Name       Middle Name       Last Name

Debtor 2
(Spouse if, filing) _____
First Name       Middle Name       Last Name

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number  24-18942-CLC
(if known)   _____

☒ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.   You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  Bentley Beach Club, LLC<br>d/b/a Bentley Beach Club (BBC)<br>101 Ocean Drive<br>Miami Beach, FL 33139 | Membership Contract [Annual] |
| 2.2  Extra Space Storage<br>212 NE 26th street<br><br>Miami, FL 33137 | Storage Unit Lease/Contract |
| 2.3  Good Greek Moving and Storage<br>3303 SW 12th Ave, Suite 400<br>Fort Lauderdale, FL 33315 | Storage Unit |
| 2.4  Lyda Erazo Bravo<br>501 NE 31 ST, Unit 1506<br>Miami, FL 33127 | Residential Lease Agreement |
| 2.5  Mountain Valley Water Company<br>3341 NW 65th Street<br>Miami, FL 33147 | Rental Agreement for Water Cooler/Delivery |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Ranee A. Bartolacci | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION | | |
| Case number (if known) | 24-18942-CLC | | |

☒ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☐ Yes.

    In which community state or territory did you live? _____ . Fill in the name and current address of that person.

    City          State          Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.6  Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Avishai Abrahami |
| 3.7  Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>88 Lex 501, Inc. |
| 3.8  Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Astor Ben Sasha LLC |

Debtor 1  Ranee A. Bartolacci _____

Case number *(if known)*  24-18942-CLC

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.9    Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.10   Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |
| 3.11   Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Board of Managers of 235 West 75th St |
| 3.12   Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BSDT 11th Ave LLC |
| 3.13   Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>BSDT 2012 LLC |
| 3.14   Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>Double J Bryant Park 25 LLC |
| 3.15   Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Fida and Son Construction Corp. |
| 3.16   Adam Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>GCE Belnord Corp |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   Ranee A. Bartolacci                                        Case number *(if known)*   24-18942-CLC

| ▉ | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.41___
☐ Schedule G _____
GCE Property Holdings, Inc.

3.18   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.61___
☐ Schedule G _____
JC Industries LLC

3.19   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.62___
☐ Schedule G _____
Jenny Kwan

3.20   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.74___
☐ Schedule G _____
Pavarini McGovern LLC

3.21   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.77___
☐ Schedule G _____
Raphael Rebhan

3.22   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.91___
☐ Schedule G _____
Sav-Mor Mechanical Inc

3.23   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.92___
☐ Schedule G _____
Sergey Kostyatnikov

3.24   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.98___
☐ Schedule G _____
Tiger REF Highline LLC

3.25   Adam Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.102___
☐ Schedule G _____
VSK E 68 LLC

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.26  Bart 8 Limited Partnership <br> 3864 Courtney Street, Suite 140 <br> Bethlehem, PA 18017 | ☒ Schedule D, line ___2.1___ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> Internal Revenue Service [IRS] |
| 3.27  EAM 40 Meadow Lane LLC <br> 600 Madison Avenue, 15th Floor <br> New York, NY 10022 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.53___ <br> ☐ Schedule G _____ <br> HFZ Capital Group LLC |
| 3.28  EAM 40 Meadow Lane LLC <br> 600 Madison Avenue, 15th Floor <br> New York, NY 10022 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.15___ <br> ☐ Schedule G _____ <br> Atlantic Specialty Insurance Company |
| 3.29  EAM 40 Meadow Lane LLC <br> 600 Madison Avenue, 15th Floor <br> New York, NY 10022 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.106___ <br> ☐ Schedule G _____ <br> Ziel Feldman |
| 3.30  EAM 40 Meadow Lane LLC <br> 600 Madison Avenue, 15th Floor <br> New York, NY 10022 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.100___ <br> ☐ Schedule G _____ <br> U.S. Securities and Exchange Commission |
| 3.31  EAM 40 Meadow Lane LLC <br> 600 Madison Avenue, 15th Floor <br> New York, NY 10022 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.31___ <br> ☐ Schedule G _____ <br> Delaware State Treasury |
| 3.32  EAM 40 Meadow Lane LLC <br> 600 Madison Avenue, 15th Floor <br> New York, NY 10022 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.30___ <br> ☐ Schedule G _____ <br> Delaware Secretary of State |
| 3.33  EAM 40 Meadow Lane LLC <br> 600 Madison Avenue, 15th Floor <br> New York, NY 10022 | ☐ Schedule D, line _____ <br> ☒ Schedule E/F, line ___4.29___ <br> ☐ Schedule G _____ <br> Davidoff Hutcher & Citron |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.34  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.27___
☐ Schedule G _____
ConnectOne Bank

---

3.35  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.93___
☐ Schedule G _____
Signature Bank

---

3.36  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.99___
☐ Schedule G _____
Town of Southampton Taxing Authority

---

3.37  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.96___
☐ Schedule G _____
Suffolk County Taxing Authority

---

3.38  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.70___
☐ Schedule G _____
Morrison Cohen LLP

---

3.39  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.95___
☐ Schedule G _____
Solomon Blum Heymann, LLP

---

3.40  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.97___
☐ Schedule G _____
Susman Godfrey, LLP

---

3.41  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.103___
☐ Schedule G _____
Womble Bond Dickinson (US) LLP

---

3.42  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.94___
☐ Schedule G _____
Smithtown Partners, LLC

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

---

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.43  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>76 Eleventh Avenue Property Owner, LLC |
| 3.44  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>CF HFZ, LLC |
| 3.45  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>HFZ 235 West 53rd Street Owner, LLC |
| 3.46  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>HFZ 344 West 72nd Street Owners, LLC |
| 3.47  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>HFZ 88 Lexington Avenue Owner, LLC |
| 3.48  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>HFZ 90 Lexington Avenue Owner, LLC |
| 3.49  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>HFZ Bryant Park Owner, LLC |
| 3.50  EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>HFZ KIK 30th Street Owner, LLC |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   Ranee A. Bartolacci                                  Case number *(if known)*   24-18942-CLC

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.51   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>HFZ Residential Collection, LLC |
| 3.52   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>HFZ Group, LLC |
| 3.53   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>CF HFZ BNYZ, LLC |
| 3.54   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>HFZ 235 West 75th Street Owner, LLC |
| 3.55   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>HFZ 301 West 53rd Street Owner, LLC |
| 3.56   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>AmTrust Title Insurance Co. |
| 3.57   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Advantage Title Company |
| 3.58   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>MCAM 40 ML Lender, LLC |
| 3.59   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>Hedgerow Real Estate LLC |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1   Ranee A. Bartolacci _____     Case number *(if known)*   24-18942-CLC

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Advantage Title Agency, Inc. |
| 3.61   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>Monroe Capital Management Advisors, LLC |
| 3.62   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>MC Asset Management (Corporate), LLC |
| 3.63   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Eric Tanjeloff |
| 3.64   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>Anthony B. Tufariello |
| 3.65   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Dhruv Piplani |
| 3.66   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Jordan Vogel |
| 3.67   EAM 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Horizon Select LLC |

Debtor 1  Ranee A. Bartolacci                                    Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

3.68  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.6___
☐ Schedule G _____
Ahmad Yousf Kamal

3.69  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.66___
☐ Schedule G _____
Matthew F. Ammirati

3.70  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.44___
☐ Schedule G _____
Helene Feldman

3.71  EAM 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.3___
☐ Schedule G _____
Adam Feldman

3.72  Ermitage One LLC
1826 W 23rd Street
Miami Beach, FL 33140

☐ Schedule D, line _____
☒ Schedule E/F, line ___2.1___
☐ Schedule G _____
Florida Department of Revenue

3.73  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.53___
☐ Schedule G _____
HFZ Capital Group LLC

3.74  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.15___
☐ Schedule G _____
Atlantic Specialty Insurance Company

3.75  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.106___
☐ Schedule G _____
Ziel Feldman

3.76  EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.100___
☐ Schedule G _____
U.S. Securities and Exchange Commission

Debtor 1   Ranee A. Bartolacci _____     Case number *(if known)*   24-18942-CLC

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.77   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.31___ ☐ Schedule G _____ Delaware State Treasury |
| 3.78   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.30___ ☐ Schedule G _____ Delaware Secretary of State |
| 3.79   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.29___ ☐ Schedule G _____ Davidoff Hutcher & Citron |
| 3.80   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.27___ ☐ Schedule G _____ ConnectOne Bank |
| 3.81   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.93___ ☐ Schedule G _____ Signature Bank |
| 3.82   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.99___ ☐ Schedule G _____ Town of Southampton Taxing Authority |
| 3.83   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.96___ ☐ Schedule G _____ Suffolk County Taxing Authority |
| 3.84   EZL 40 Meadow Lane LLC 600 Madison Avenue, 15th Floor New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.70___ ☐ Schedule G _____ Morrison Cohen LLP |

Debtor 1  Ranee A. Bartolacci

Case number *(if known)*  24-18942-CLC

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.85 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.95__<br>☐ Schedule G _____<br>Solomon Blum Heymann, LLP |
| 3.86 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>Susman Godfrey, LLP |
| 3.87 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.103__<br>☐ Schedule G _____<br>Womble Bond Dickinson (US) LLP |
| 3.88 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.94__<br>☐ Schedule G _____<br>Smithtown Partners, LLC |
| 3.89 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>76 Eleventh Avenue Property Owner, LLC |
| 3.90 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>CF HFZ, LLC |
| 3.91 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>HFZ 235 West 53rd Street Owner, LLC |
| 3.92 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>HFZ 344 West 72nd Street Owners, LLC |
| 3.93 | EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>HFZ 88 Lexington Avenue Owner, LLC |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.94  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>HFZ 90 Lexington Avenue Owner, LLC |
| 3.95  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>HFZ Bryant Park Owner, LLC |
| 3.96  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>HFZ KIK 30th Street Owner, LLC |
| 3.97  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>HFZ Residential Collection, LLC |
| 3.98  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>HFZ Group, LLC |
| 3.99  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>CF HFZ BNYZ, LLC |
| 3.100  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>HFZ 235 West 75th Street Owner, LLC |
| 3.101  EZL 40 Meadow Lane LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>HFZ 301 West 53rd Street Owner, LLC |

Debtor 1  Ranee A. Bartolacci

Case number *(if known)*  24-18942-CLC

| | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10
2
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.10___
☐ Schedule G _____
AmTrust Title Insurance Co.

3.10
3
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.5___
☐ Schedule G _____
Advantage Title Company

3.10
4
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.68___
☐ Schedule G _____
MCAM 40 ML Lender, LLC

3.10
5
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.43___
☐ Schedule G _____
Hedgerow Real Estate LLC

3.10
6
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.4___
☐ Schedule G _____
Advantage Title Agency, Inc.

3.10
7
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.69___
☐ Schedule G _____
Monroe Capital Management Advisors, LLC

3.10
8
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.67___
☐ Schedule G _____
MC Asset Management (Corporate), LLC

3.10
9
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.36___
☐ Schedule G _____
Eric Tanjeloff

3.11
0
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.11___
☐ Schedule G _____
Anthony B. Tufariello

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC

▊ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.11
1
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.32___
☐ Schedule G _____
Dhruv Piplani

3.11
2
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.63___
☐ Schedule G _____
Jordan Vogel

3.11
3
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.60___
☐ Schedule G _____
Horizon Select LLC

3.11
4
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.6___
☐ Schedule G _____
Ahmad Yousf Kamal

3.11
5
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.66___
☐ Schedule G _____
Matthew F. Ammirati

3.11
6
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.44___
☐ Schedule G _____
Helene Feldman

3.11
7
EZL 40 Meadow Lane LLC
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.3___
☐ Schedule G _____
Adam Feldman

3.11
8
Fairfield Development Associates, L.P.
1720 Butler Street
Easton, PA 18042

☒ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
Internal Revenue Service [IRS]

Debtor 1  Ranee A. Bartolacci _____          Case number *(if known)*  24-18942-CLC _____

███  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>9 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Avishai Abrahami |
| 3.12<br>0 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>88 Lex 501, Inc. |
| 3.12<br>1 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Astor Ben Sasha LLC |
| 3.12<br>2 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.12<br>3 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |
| 3.12<br>4 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Board of Managers of 235 West 75th St |
| 3.12<br>5 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BSDT 11th Ave LLC |
| 3.12<br>6 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>BSDT 2012 LLC |
| 3.12<br>7 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>Double J Bryant Park 25 LLC |

Official Form 106H                     Schedule H: Your Codebtors                     Page 15 of 36

Debtor 1  Ranee A. Bartolacci _____        Case number *(if known)*  24-18942-CLC

| | | | |
|---|---|---|---|
| ⬛ | **Additional Page to List More Codebtors** | | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.12
8

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.38___
☐ Schedule G _____
Fida and Son Construction Corp.

---

3.12
9

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.40___
☐ Schedule G _____
GCE Belnord Corp

---

3.13
0

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.41___
☐ Schedule G _____
GCE Property Holdings, Inc.

---

3.13
1

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.61___
☐ Schedule G _____
JC Industries LLC

---

3.13
2

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.62___
☐ Schedule G _____
Jenny Kwan

---

3.13
3

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.74___
☐ Schedule G _____
Pavarini McGovern LLC

---

3.13
4

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.77___
☐ Schedule G _____
Raphael Rebhan

---

3.13
5

Helene Feldman
600 Madison Avenue, 15th Floor
New York, NY 10022

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.91___
☐ Schedule G _____
Sav-Mor Mechanical Inc

---

Debtor 1   Ranee A. Bartolacci _____     Case number *(if known)*   24-18942-CLC _____

| ███ | **Additional Page to List More Codebtors** | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.13<br>6 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Sergey Kostyatnikov |
| 3.13<br>7 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>Tiger REF Highline LLC |
| 3.13<br>8 | Helene Feldman<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>VSK E 68 LLC |
| 3.13<br>9 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>88 Lex 501, Inc. |
| 3.14<br>0 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Astor Ben Sasha LLC |
| 3.14<br>1 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.14<br>2 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |
| 3.14<br>3 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Board of Managers of 235 West 75th St |
| 3.14<br>4 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BSDT 11th Ave LLC |

Debtor 1    Ranee A. Bartolacci                                                  Case number *(if known)*    24-18942-CLC

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14 5 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>BSDT 2012 LLC |
| 3.14 6 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>Double J Bryant Park 25 LLC |
| 3.14 7 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Fida and Son Construction Corp. |
| 3.14 8 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>GCE Belnord Corp |
| 3.14 9 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>GCE Property Holdings, Inc. |
| 3.15 0 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>JC Industries LLC |
| 3.15 1 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Jenny Kwan |
| 3.15 2 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Raphael Rebhan |

Debtor 1   Ranee A. Bartolacci                                    Case number *(if known)*   24-18942-CLC

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15<br>3 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>Sav-Mor Mechanical Inc |
| 3.15<br>4 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Sergey Kostyatnikov |
| 3.15<br>5 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>Tiger REF Highline LLC |
| 3.15<br>6 | HFZ Capital Group LLC<br>600 Madison Avenue, 15th Floor<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>VSK E 68 LLC |
| 3.15<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>YK Law LLP |
| 3.15<br>8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.101___<br>☐ Schedule G _____<br>Vincent Vaccarella PA |
| 3.15<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.2___<br>☐ Schedule G _____<br>Internal Revenue Service [IRS] |

Debtor 1 ___Ranee A. Bartolacci_____    Case number *(if known)* ___24-18942-CLC_____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.6___<br>☐ Schedule G _____<br>NY State Department of Revenue |
| 3.16<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.1___<br>☐ Schedule G _____<br>Florida Department of Revenue |
| 3.16<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.4___<br>☐ Schedule G _____<br>Internal Revenue Service [IRS] |
| 3.16<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.7___<br>☐ Schedule G _____<br>NY State Department of Revenue |
| 3.16<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___2.5___<br>☐ Schedule G _____<br>Miami Dade County Tax Collector |
| 3.16<br>5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>YH Lex Estates LLC |
| 3.16<br>6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>HFZ Capital Group LLC |

Debtor 1  Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.16
7
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.16___
☐ Schedule G _____
Avishai Abrahami

---

3.16
8
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.71___
☐ Schedule G _____
Nino Cohen

---

3.16
9
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.35___
☐ Schedule G _____
EAM 40 Meadow Lane LLC

---

3.17
0
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.76___
☐ Schedule G _____
Quinn Emanuel Urquhart & Sullivan, LLP

---

3.17
1
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.73___
☐ Schedule G _____
NY Stone and Tile

---

3.17
2
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.37___
☐ Schedule G _____
EZL 40 Meadow Lane LLC

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Ranee A. Bartolacci _____    Case number *(if known)*   24-18942-CLC

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>88 Lex 501, Inc. |
| 3.17<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Arel Capital Partners II LLC |
| 3.17<br>5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Astor Ben Sasha LLC |
| 3.17<br>6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>American Express |
| 3.17<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>Barclays Bank Delaware |
| 3.17<br>8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.17<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |

---

Debtor 1  Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.18
0
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.21___
☐ Schedule G _____
Board of Managers of 11 Beach St Condo

---

3.18
1
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.22___
☐ Schedule G _____
Board of Managers of 235 West 75th St

---

3.18
2
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.23___
☐ Schedule G _____
BSDT 11th Ave LLC

---

3.18
3
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.24___
☐ Schedule G _____
BSDT 2012 LLC

---

3.18
4
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.33___
☐ Schedule G _____
Double J Bryant Park 25 LLC

---

3.18
5
Nir Meir [Incarcerated]
#3492400575
Otis Bantum Correctional Center
16-00 Hazen Street
East Elmhurst, NY 11370

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.38___
☐ Schedule G _____
Fida and Son Construction Corp.

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    Ranee A. Bartolacci                                        Case number *(if known)*    24-18942-CLC

| | **Additional Page to List More Codebtors** |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | |
|---|---|
| 3.18<br>6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>GCE Belnord Corp |

| 3.18<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>GCE Property Holdings, Inc. |

| 3.18<br>8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>Harsh Padia |

| 3.18<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>HFZ 501 West LLC |

| 3.19<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>HFZ Highline LLC |

| 3.19<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>HFZ Highline Property Owners LLC |

| 3.19<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>HFZ Highline Special Member LLC |

Debtor 1  Ranee A. Bartolacci                              Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>JC Industries LLC |
| 3.19<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Jenny Kwan |
| 3.19<br>5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.34___<br>☐ Schedule G _____<br>Double J Bryant Park 27 LLC |
| 3.19<br>6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>Pavarini McGovern LLC |
| 3.19<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Polaris Lending LLC |
| 3.19<br>8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Raphael Rebhan |

Debtor 1   Ranee A. Bartolacci                                              Case number *(if known)*   24-18942-CLC

| ▮ | Additional Page to List More Codebtors | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.19<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>Sav-Mor Mechanical Inc |
| 3.20<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Sergey Kostyatnikov |
| 3.20<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>Tiger REF Highline LLC |
| 3.20<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>VSK E 68 LLC |
| 3.20<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Atlantic Specialty Insurance Company |
| 3.20<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Ziel Feldman |
| 3.20<br>5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>U.S. Securities and Exchange Commission |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1   Ranee A. Bartolacci _____   Case number *(if known)*   24-18942-CLC

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20<br>6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.31___<br>☐ Schedule G _____<br>Delaware State Treasury |
| 3.20<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Delaware Secretary of State |
| 3.20<br>8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>Davidoff Hutcher & Citron |
| 3.20<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>ConnectOne Bank |
| 3.21<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>Signature Bank |
| 3.21<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>Town of Southampton Taxing Authority |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1    Ranee A. Bartolacci                                   Case number *(if known)*    24-18942-CLC

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.21 2 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.96___ ☐ Schedule G _____ Suffolk County Taxing Authority |
| 3.21 3 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.70___ ☐ Schedule G _____ Morrison Cohen LLP |
| 3.21 4 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.95___ ☐ Schedule G _____ Solomon Blum Heymann, LLP |
| 3.21 5 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.97___ ☐ Schedule G _____ Susman Godfrey, LLP |
| 3.21 6 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.103___ ☐ Schedule G _____ Womble Bond Dickinson (US) LLP |
| 3.21 7 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.94___ ☐ Schedule G _____ Smithtown Partners, LLC |
| 3.21 8 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.1___ ☐ Schedule G _____ 76 Eleventh Avenue Property Owner, LLC |

Debtor 1   Ranee A. Bartolacci

Case number *(if known)*   24-18942-CLC

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.21<br>9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>CF HFZ, LLC |
| 3.22<br>0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>HFZ 235 West 53rd Street Owner, LLC |
| 3.22<br>1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>HFZ 344 West 72nd Street Owners, LLC |
| 3.22<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>HFZ 88 Lexington Avenue Owner, LLC |
| 3.22<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>HFZ 90 Lexington Avenue Owner, LLC |
| 3.22<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>HFZ Bryant Park Owner, LLC |

Debtor 1  Ranee A. Bartolacci                                        Case number *(if known)*  24-18942-CLC

| | **Additional Page to List More Codebtors** |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| | |
|---|---|
| 3.22 5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>HFZ KIK 30th Street Owner, LLC |
| 3.22 6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>HFZ Residential Collection, LLC |
| 3.22 7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>HFZ Group, LLC |
| 3.22 8 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>CF HFZ BNYZ, LLC |
| 3.22 9 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>HFZ 235 West 75th Street Owner, LLC |
| 3.23 0 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>HFZ 301 West 53rd Street Owner, LLC |
| 3.23 1 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>AmTrust Title Insurance Co. |

Debtor 1  Ranee A. Bartolacci _____  Case number *(if known)*  24-18942-CLC

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.23<br>2 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Advantage Title Company |
| 3.23<br>3 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>MCAM 40 ML Lender, LLC |
| 3.23<br>4 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>Hedgerow Real Estate LLC |
| 3.23<br>5 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Advantage Title Agency, Inc. |
| 3.23<br>6 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>Monroe Capital Management Advisors, LLC |
| 3.23<br>7 | Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>MC Asset Management (Corporate), LLC |

Debtor 1  Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.23 8 Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Eric Tanjeloff |
| 3.23 9 Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>Anthony B. Tufariello |
| 3.24 0 Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>Dhruv Piplani |
| 3.24 1 Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Jordan Vogel |
| 3.24 2 Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Horizon Select LLC |
| 3.24 3 Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Ahmad Yousf Kamal |
| 3.24 4 Nir Meir [Incarcerated]<br>#3492400575<br>Otis Bantum Correctional Center<br>16-00 Hazen Street<br>East Elmhurst, NY 11370 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>Matthew F. Ammirati |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  Ranee A. Bartolacci _____     Case number *(if known)*  24-18942-CLC

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

| 3.24 5 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.28___ ☐ Schedule G _____ Cywiak and Company LLP |
|---|---|---|
| 3.24 6 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.44___ ☐ Schedule G _____ Helene Feldman |
| 3.24 7 | Nir Meir [Incarcerated] #3492400575 Otis Bantum Correctional Center 16-00 Hazen Street East Elmhurst, NY 11370 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.3___ ☐ Schedule G _____ Adam Feldman |
| 3.24 8 | RSV One, LLC c/o Corporation Service Company, As Registered Agent 1201 Hays Street Tallahassee, FL 32301-2525 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.8___ ☐ Schedule G _____ American Express |
| 3.24 9 | Ziel Feldman 600 Madison Avenue New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.16___ ☐ Schedule G _____ Avishai Abrahami |
| 3.25 0 | Ziel Feldman 600 Madison Avenue New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.2___ ☐ Schedule G _____ 88 Lex 501, Inc. |
| 3.25 1 | Ziel Feldman 600 Madison Avenue New York, NY 10022 | ☐ Schedule D, line _____ ☒ Schedule E/F, line ___4.14___ ☐ Schedule G _____ Astor Ben Sasha LLC |

Debtor 1   Ranee A. Bartolacci_____   Case number *(if known)*   24-18942-CLC_____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25<br>2 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Benny Shabtai |
| 3.25<br>3 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>Board of Directors of Chatsworth Realty |
| 3.25<br>4 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Board of Managers of 235 West 75th St |
| 3.25<br>5 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>BSDT 11th Ave LLC |
| 3.25<br>6 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>BSDT 2012 LLC |
| 3.25<br>7 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>Double J Bryant Park 25 LLC |
| 3.25<br>8 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Fida and Son Construction Corp. |
| 3.25<br>9 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>GCE Belnord Corp |
| 3.26<br>0 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>GCE Property Holdings, Inc. |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Debtor 1  Ranee A. Bartolacci _____          Case number *(if known)*  24-18942-CLC_____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.26<br>1 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>JC Industries LLC |
| 3.26<br>2 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Jenny Kwan |
| 3.26<br>3 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>Pavarini McGovern LLC |
| 3.26<br>4 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Raphael Rebhan |
| 3.26<br>5 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>Sav-Mor Mechanical Inc |
| 3.26<br>6 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Sergey Kostyatnikov |
| 3.26<br>7 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>Tiger REF Highline LLC |
| 3.26<br>8 | Ziel Feldman<br>600 Madison Avenue<br>New York, NY 10022 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.102___<br>☐ Schedule G _____<br>VSK E 68 LLC |

Debtor 1  Ranee A. Bartolacci _____    Case number *(if known)*  24-18942-CLC _____

| | **Additional Page to List More Codebtors** |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.26<br>9  Raymond Bartolacci<br>17076 Bay Street<br>Jupiter, FL 33477 | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G ___2.1___<br>Bentley Beach Club, LLC |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ranee A. Bartolacci | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION | | |
| Case number (if known) | 24-18942-CLC | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Ranee A. Bartolacci
Signature of Debtor 1

Date   10-16-24

X _____

Signature of Debtor 2

Date _____

Official Form 106Dec             **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy