UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Chapter 7

RANEE A. BARTOLACCI,                                    Case No. 24-18942-CLC

        Debtor.
_____/

## DEBTOR'S RESPONSES AND OBJECTIONS TO
## NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*

Debtor, Ranee A. Bartolacci ("**Ms. Bartolacci**" or "**Debtor**"), serves these responses and objections to the *Notice of Rule 2004 Examination Duces Tecum* [ECF No. 40] served by Trustee, Robert A. Angueira ("**Trustee**"), and states:

## OBJECTIONS TO DEFINITIONS

1.      Debtor objects to Definition No. 2 to the extent the term Communication encompasses oral statements or face to face conversations, which are not documents. Debtor cannot produce such "documents" because there are no documents to produce.

2.      Debtor objects to Definition No. 3 to the extent the term Creditor assumes a disputed fact or legal conclusion deeming that Debtor owes money or performance of a contractual obligation to a person or entity.

3.      Debtor objects to Definition No. 6 insofar as the terms Document or Documents encompass information not within the possession custody, or control of Debtor, and otherwise within the custody and control of various third parties, including, without limitation, separate individuals or entities.

## OBJECTIONS TO INSTRUCTIONS

1.      Debtor objects to the Instructions as overbroad and unduly burdensome to the extent these Instructions impose obligations beyond the requirements contemplated under Bankruptcy Rule 2004.

## RESERVATION OF RIGHTS

1.      Debtor reserves all rights and waives none.

1



## SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS

Subject to and without waiving the foregoing objections, Debtor objects and responds to each Request as follows:

## DOCUMENTS REQUESTED

**REQUEST NO. 1:**  Provide a copy of the closing statement, warranty deed, mortgage application and mortgage notes for the property located at 3813 Hecktown Road Easton, PA 18042.

**RESPONSE:  Debtor has never owned the subject property.  After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.**

**REQUEST NO. 2:**  Provide a copy of the closing statement for any real or personal property that was purchased, sold or transferred by the Debtor within the last 5 years. Provide a full accounting of any proceeds received from this transaction.

**RESPONSE:  Debtor states that she did not sell any real property titled in her personal name within the last 5 years.  Debtor objects to Request No. 2 as: (i) ambiguous and vague because it seeks the production of a "full accounting," which is undefined, and Debtor is unclear as to what documents are being requested; and (ii) Debtor has no obligation to create a document.**

**After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.  Debtor further states that she is producing documents relating to the sale of 40 Meadow Lane, Southampton, NY 11968, simultaneously herewith through a sharefile link.**

**REQUEST NO. 3:**  Provide copies of the statements and original cancelled checks for all bank accounts that are in the name or joint name of the Debtor, or where the Debtor is an authorized signer or an interested party of any kind, for the period of **August 1, 2023** through and including **August 31, 2024** including the following accounts:

        PNC Bank Checking Account No. xxx3711
        Capital One Checking Account No. xxx7159
        Citibank Checking Account No. xxx9407
        JP Morgan Chase Checking Account No. xxx5760
        Signature Bank Checking Account No. xxx4236
        Charles Schwab Account No. xxx2028
        Charles Schwab Account No. xxx7119
        Goldman Sachs Account No. xxx1574
        Goldman Sachs Account No. xxx1582
        Stifel Account No. xxx6956
        Gemini Account No. xxx8012
        Charles Schwab Account No. xxx0756

2



Morgan Stanley Wealth Management Acct. xxx9117
Venmo

**RESPONSE:**  After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.

**REQUEST NO. 4:**  Provide support for all deposits and for any checks (or other disbursements) that are $1,000 or higher in any of the bank statements as detailed in Item 3 above.

**RESPONSE:**  Debtor objects to Request No. 4 as: (i) ambiguous and vague because it seeks the production of "support," which is undefined, and Debtor is unclear as to what documents are being requested; and (ii) Debtor has no obligation to create a document.

Debtor performed a diligent search of Debtor's files, electronic records, and physical documents, and, to the extent any documents exist, Debtor is producing said documents simultaneously herewith through a sharefile link.

**REQUEST NO. 5:**  All the documentation (including the application and information concerning the authorized signers) relating to all the bank accounts that the following company and any other companies owned or controlled by the Debtor had during the last two years:

Bart 8 LP
Fairfield Development Associates
Ermitage One LLC
RSV One LLC
Twisted with Love LLC
Point…Click…SOLD??, Inc.
RSV One Investments LLC
RSV Three LLC

**RESPONSE:**  Debtor objects to Request No. 5 as ambiguous and vague because it seeks the production of "All the documentation," which is undefined, and Debtor is unclear as to what documents are being requested.  Debtor further objects to the extent this Request is alleging she has control of Bart 8 LP or Fairfield Development Associates.  Debtor states that she has an interest in Bart 8 LP and Fairfield Development Associates, but has no control of those companies.

After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.

**REQUEST NO. 6:**  Complete copies of statements and copies of all cancelled checks from any bank account as listed in Item 5 above for the period of **August 1, 2023** through and including



August 31, 2024.

<u>RESPONSE</u>:  After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.

<u>REQUEST NO. 7</u>:  Copy of the 2022 and 2023 Federal Income Tax Returns for the companies as detailed in Item 5 above.

<u>RESPONSE</u>:  After performing a diligent search of Debtor's files, electronic records, and physical documents, there are no responsive documents in Debtor's possession, custody, or control.

<u>REQUEST NO. 8</u>:  Copy of all financial statements (audited and/or unaudited) for 2022 and 2023 for the companies as detailed in Item 5 above.

<u>RESPONSE</u>:  After performing a diligent search of Debtor's files, electronic records, and physical documents, there are no responsive documents in Debtor's possession, custody, or control.

<u>REQUEST NO. 9</u>:  Copy of any applications for credit that were submitted to any financial institution by the companies as detailed in Item 5 above.

<u>RESPONSE</u>:  After performing a diligent search of Debtor's files, electronic records, and physical documents, there are no responsive documents in Debtor's possession, custody, or control.

<u>REQUEST NO. 10</u>:  Provide support documentation listing the Pending Jobs and Accounts Receivable balance for the companies as detailed in Item 5 above. Include the name, address and telephone number of all persons or entities that owed money to this company.

<u>RESPONSE</u>:  After performing a diligent search of Debtor's files, electronic records, and physical documents, there are no responsive documents in Debtor's possession, custody, or control.

<u>REQUEST NO. 11</u>:   Provide a USB flash drive or disc containing the accounting data for the companies as detailed in Item 5 above. Include the name of the software used and the passwords required to access the data.

<u>RESPONSE</u>:  Debtor objects to Request No. 11 as: (i) ambiguous and vague because it seeks the production of "accounting data," which is undefined, and Debtor is unclear as to what documents are being requested; and (ii) Debtor has no obligation to create a document. Debtor is interpreting "accounting data" to mean a discreet data file contained within an accounting software program.  After performing a diligent search of Debtor's files, electronic



records, and physical documents, there are no responsive documents in Debtor's possession, custody, or control.

**REQUEST NO. 12:** Copy of any documentation that would support and/or establish the value of the companies as detailed in Item 5 above.

**RESPONSE: After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.**

**REQUEST NO. 13:** Provide a detailed list of all real property, equipment, machinery or inventory held by the companies as detailed in Item 5 above.

**RESPONSE: After performing a diligent search of Debtor's files, electronic records, and physical documents, there are no responsive documents in Debtor's possession, custody, or control.**

**REQUEST NO. 14:** Provide a full accounting of all cash advances taken from any credit card or line of credit as listed on Schedule E/F. Provide detailed descriptions of what the money was used for.

**RESPONSE: None.**

**REQUEST NO. 15:** Provide a copy of the last statement for all of the creditors as listed on Schedule E/F.

**RESPONSE: After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.**

**REQUEST NO. 16:** Provide copies of the last twelve months of statements for the following Charles Schwab Education Accounts as listed on Schedule A/B, Part 4, Item 24. Provide documents to support how these accounts are funded.

> Charles Schwab Account No. xxx1034-01
> Charles Schwab Account No. xxx1034-02
> Charles Schwab Account No. xxx1034-03

**RESPONSE: After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.**

**REQUEST NO. 17:** Provide a copy of trust documents for the Ranee Bartolacci Family Trust of 2021.



**RESPONSE:** Debtor objects to Request No. 17 as ambiguous and vague because it seeks the production of "trust documents," which is undefined, and Debtor is unclear as to what documents are being requested.

Debtor is interpreting "trust documents" to mean a document establishing the trust. After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.

**REQUEST NO. 18:** Provide copies of the last six months of statements for the Charles Schwab Retirement Account No. xxx4323 as listed on Schedule A/B, Part 4, Item 21. Provide documents evidencing that this is a qualified plan.

**RESPONSE:** After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.

**REQUEST NO. 19:** Provide a copy of a recent credit report for debtor. Alternatively, we will provide you with an authorization form for your signature to enable us to run a credit report.

**RESPONSE:** After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.

Dated: January 6, 2025

Respectfully submitted,

SALAZAR LAW, LLP
*Counsel for Ranee A. Bartolacci*
2121 S.W. 3rd Avenue, Suite 200
Miami, Florida 33129
Phone: (305) 374-4848
Fax: (305) 397-1021
Primary Email:  Luis@Salazar.Law
Primary Email: Ceide@Salazar.Law
Secondary Email: Lee-Sin@Salazar.Law

By:      /s/ Luis Salazar
        Luis Salazar
        Florida Bar No. 147788
        Jose Ceide
        Florida Bar No. 15937
        Lorenzo Lorenzo, Jr.
        Florida Bar No. 88718



<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List attached hereto, either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Luis Salazar
Luis Salazar

SALAZAR LAW

## SERVICE LIST

Electronic Mail Notice:

- **Robert A Angueira**   trustee@rabankruptcy.com,
  fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabank
  ruptcy.com;lillian@rabankruptcy.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Jordi Guso**   jguso@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**   Luis@Salazar.Law, luis-salazar-
  4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-
  Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law