UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Chapter 7

RANEE A. BARTOLACCI,                                                        Case No. 24-18942-CLC

        Debtor.
_____/

### DEBTOR'S RESPONSES AND OBJECTIONS TO CROSS-NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*

Debtor, Ranee A. Bartolacci ("**Ms. Bartolacci**" or "**Debtor**"), serves these responses and objections to the *Cross-Notice of Rule 2004 Examination Duces Tecum* [ECF No. 58] (the "**Document Request**") served by Creditor, YH Lex Estates LLC ("**YH**"), and states:

### GENERAL OBJECTIONS

1. Debtor objects to each Request in the Document Request to the extent it seeks documents already produced pre-petition, in claims pursued by YH in New York and Florida ("**Pending Litigation**"). During the Pending Litigation, Ms. Bartolacci provided YH with extensive financial information including tax returns, bank statements, stock brokerage account statements, promissory notes, and partnership agreements.

2. Debtor objects to each Request in the Document Request to the extent YH is using the Rule 2004 for improper purposes pursuant to the pending proceeding rule, which prevents a party from using Rule 2004 to obtain discovery that would not be available under the Federal Rules of Civil Procedure. There are pending proceedings brought by YH in New York and Florida (the "**Pending Actions**"). Using Rule 2004 to obtain discovery relevant to the Pending Actions is precisely the type of prejudice to Debtor that the pending proceeding rule is designed to avoid. Therefore, Debtor objects to the extent YH seeks to obtain documents from Debtor in this Bankruptcy Case to benefit YH in the Pending Actions.

### RESERVATION OF RIGHTS

1. Debtor reserves all rights and waives none.

1



## SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS

Subject to and without waiving the foregoing objections, Debtor objects and responds to each Request as follows:

## DOCUMENTS REQUESTED

REQUEST NO. 1: Any and all documents related to jewelry owned by the Debtor, including but not limited to the jewelry listed on the Debtor's Amended Schedule of Assets and Liabilities [ECF No. 23 at p. 13-14], including bills of sale and any documents demonstrating what was purchased, on whose behalf it was purchased, the purchase price and any insurance statements or other appraisals showing the value of the jewelry.

RESPONSE: Debtor objects to Request No. 1 as overly broad, vague and ambiguous as the time period is not defined, making it unreasonable and impracticable for Debtor to respond. Debtor is interpreting this Request to mean documents related to jewelry she currently owns and has listed it on the schedule.

After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith through a sharefile link.

REQUEST NO. 2: Any and all documents showing the account creation and initial deposits regarding the following accounts:
   a. Charles Schwab Custodian Account FBO E.A.M. UNYUTMA [Acct. Ending in 0756] - $273,465.56;
   b. Charles Schwab Account [Ending 1034-01] FBO Z.A.M. - $435,112.46;
   c. Charles Schwab Account [Ending 1034-02] FBO E.A.M. - $554,185.32; and
   d. Charles Schwab Account [Ending 1034-03] FBO L.O.M. - $315,665.68.

RESPONSE: Debtor objects to Request No. 2 as: (i) ambiguous and vague because it seeks the production of "all documents showing the account creation and initial deposits," which is undefined, and Debtor is unclear as to what documents are being requested. Debtor is interpreting "all documents showing the account creation and initial deposits" to mean specifically the Schwab Brokerage Account Agreement. After performing a diligent search of Debtor's files, electronic records, and physical documents, there are no responsive documents in her possession, custody, or control. Debtor has requested copies of the documents from the financial institution and said documents have not yet been provided. Debtor will produce copies of those documents, if any, upon her receipt of same.

REQUEST NO. 3: Copies of any and all promissory notes executed by the Debtor in favor of Raymond A. Bartolacci, Jr. from April 2021 to present.

RESPONSE: After performing a diligent search of Debtor's files, electronic records, and physical documents, Debtor is producing responsive documents simultaneously herewith

2



through a sharefile link.

REQUEST NO. 4: Any and all documents evidencing payments from the Debtor to Raymond A. Bartolacci, Jr. from April 2021 to present.

RESPONSE: None.

REQUEST NO. 5: Any and all documents reflecting the Debtor's current or contingent beneficiary interest in the Revocable Trust Agreement of Raymond A. Bartolacci, Sr. or the Cumulative Amendment to the Revocable Trust Agreement of Raymond A. Bartolacci, Sr. (together, the "Raymond Sr. Trust"), any distributions or advances the Debtor has received from the Raymond Sr. Trust by or through the interests of Raymond A. Bartolacci Jr.'s interest in the Raymond Sr. Trust, and any documents reflecting the timing or amount of the Debtor's interest in any distributions from the trust.

RESPONSE: None.

REQUEST NO. 6 VIA EMAIL: A copy of the written lease for the premises where Debtor resides.

RESPONSE: Debtor is producing a copy of the lease simultaneously herewith through a sharefile link.

Dated: January 6, 2025                                    Respectfully submitted,

                    SALAZAR LAW, LLP
                    *Counsel for Ranee A. Bartolacci*
                    2121 S.W. 3rd Avenue, Suite 200
                    Miami, Florida 33129
                    Phone: (305) 374-4848
                    Fax: (305) 397-1021
                    Primary Email: Luis@Salazar.Law
                    Primary Email: Ceide@Salazar.Law
                    Secondary Email: Lee-Sin@Salazar.Law

                    By: /s/ Luis Salazar
                        Luis Salazar
                        Florida Bar No. 147788
                        Jose Ceide
                        Florida Bar No. 15937
                        Lorenzo Lorenzo, Jr.
                        Florida Bar No. 88718



## CERTIFICATE OF SERVICE

  I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List attached hereto, either via transmission of Notices of Electronic Filing generated by CM/ECF.

                /s/ Luis Salazar
                Luis Salazar

## SERVICE LIST

Electronic Mail Notice:

- **Robert A Angueira**  YH@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Jordi Guso**  jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Office of the US YH**  USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**  Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

SALAZAR LAW