UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                    Case No.: 24-18942-CLC

RANEE A. BARTOLACCI,                                                       Chapter 7

      Debtor.
_____/

**AGREED *EX PARTE* MOTION TO FURTHER EXTEND TIME FOR CREDITOR
YH LEX ESTATES, LLC TO OBJECT TO THE DEBTOR'S CLAIM OF EXEMPTIONS**

      Creditor, YH Lex Estates, LLC ("YH"), by and through its undersigned counsel, files this motion pursuant to Fed. R. Bankr. P. 4003(b) and Local Rule 9013-1(C)(5), seeking a further extension of time for YH to file, if appropriate, objections to the Debtor's claimed exemptions pursuant to 11 U.S.C. § 522. In support of this motion, YH states as follows:

      1.      On August 30, 2024 (the "Petition Date"), Ranee A. Bartolacci (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

      2.      On August 30, 2024, Drew Dillworth was appointed as the chapter 7 trustee of the Debtor's estate; however, on September 4, 2024, Robert Angueira (the "Trustee"), was appointed as the successor chapter 7 trustee.

      3.      Pursuant to the *Order Granting YH Lex Estates LLC's Motion to Extend the Time to (I) Object to the Debtor's Claimed Exemptions; and (II) File a Complaint Objecting to the Debtor's Discharge and/or to Determine the Dischargeability of Debt* [ECF No. 61], the deadline to object to the Debtor's claim of exemptions is February 7, 2025.

4. On January 13, 2025, the Debtor appeared for the Rule 2004 examination noticed by the Trustee and cross-noticed by YH. The examination of the Debtor was not concluded.

5. On January 22, 2025, the Trustee filed a *Notice of Rule 2004 Examination Duces Tecum* [ECF No. 70], scheduling the continued examination of the Debtor for February 7, 2025. YH has filed a *Cross-Notice of Rule 2004 Examination Duces Tecum* [ECF No. 71].

6. Because the examination of the Debtor has not concluded, YH requests a further extension of time to object to the Debtor's claimed exemptions through and including March 9, 2025.

7. Pursuant to Fed. R. Bankr. P. 4003(b), the Court, for cause, may extend the time for filing objections to the Debtor's claimed exemptions if the motion is filed prior to the expiration of the deadline. As set forth above, the deadline is February 7, 2025.

8. Undersigned counsel has communicated with counsel for the Debtor who consents to the relief requested herein.

9. This motion is not filed for purposes of delay, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, YH respectfully requests that the Court enter an order, in substantially the same form as that attached hereto as **Exhibit "A"**: (i) granting this motion; (ii) extending the time for YH to file an objection to the Debtor's claim of exemptions, up through and including March 9, 2025; and (iii) granting such other and further relief as the Court deems just and proper.

2

Dated: January 28, 2025

Kathleen Aiello, Esq. (admitted *pro hac vice*)
Tracy Klestadt, Esq. (admitted *pro hac vice*)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036 Telephone: (212) 972-3000
Facsimile: (212) 972-2245 Email:
kaiello@klestadt.com
tklestadt@klestadt.com

 -and –

BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:   /s/ Jordi Guso
     Jordi Guso
     Florida Bar No. 0863580
     jguso@bergersingerman.com

*Co-Counsel for YH Lex Estates, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 28th day of January, 2025, electronically through the Court's CM/ECF system upon all parties on the CM/ECF Service List below, and via first class, U.S. Mail upon the Debtor, Ranee A. Bartolacci, 501 NE 31st Street, Unit 1506, Miami, FL 33137.

By:   <u>/s/ Jordi Guso</u>
        Jordi Guso

### **EM/ECF Service List**

- **Robert A Angueira**   trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- **Nestor C Bustamante**   nbustamante@cozen.com, nestor-bustamante-2974@ecf.pacerpro.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Yanay Galban**   yanay@rabankruptcy.com, robert@rabankruptcy.com
- **Jordi Guso**   jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**   Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                                  Case No.: 24-18942-CLC

RANEE A. BARTOLACCI,                                     Chapter 7

    Debtor.
_____/

**ORDER GRANTING AGREED *EX PARTE* MOTION TO FURTHER EXTEND
TIME FOR CREDITOR YH LEX ESTATES, LLC TO OBJECT TO
THE DEBTOR'S CLAIM OF EXEMPTIONS**

**THIS MATTER** came before the Court upon the *Agreed Ex Parte Motion to Further Extend Time for Creditor YH Lex Estates, LLC to Object to the Debtor's Claim of Exemptions* (the "Motion") [ECF No. ___] filed by creditor, YH Lex Estates, LLC. The Court, having considered the Motion, having noted the agreement of counsel for the Debtor to the relief requested therein, and being otherwise fully advised in the premises, does thereupon

**ORDER** as follows:

1.    The Motion is **GRANTED**.

2. YH Lex Estates, LLC has an extension of time, through and including **March 9, 2025**, within which to timely object to the Debtor's claimed exemptions.

# # #

Submitted by:
Kathleen Aiello, Esq. (admitted *pro hac vice*)
Tracy Klestadt, Esq. (admitted *pro hac vice*)
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, NY 10036 Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Email: kaiello@klestadt.com
        tklestadt@klestadt.com

-and –

Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
jguso@bergersingerman.com

*(Attorney Guso is directed to serve this Order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*