UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re: : CASE NO.: 24-18942-RAM
:
RANEE A. BARTOLACCI, : CHAPTER 7
:
    Debtor. :
_____/

**AGREED EX PARTE MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE**

The undersigned counsel to Trustee, Robert A. Angueira, moves this Court for the entry of an Agreed Order extending the deadlines for filing objections to the Debtor's claimed exemptions and objecting to discharge, in this case and in support there of states:

1. This is a voluntary Chapter 7 case which was commenced by the Debtor on August 30, 2024. Robert A. Angueira was appointed to serve as Chapter 7 Trustee on September 5, 2024 [D.E. #6].

2. The §341 Meeting of Creditors in connection with this case was held and concluded on October 10, 2024 (the "§341 Meeting of Creditors").

3. The Trustee requires additional time in which to investigate the financial dealings of the Debtor, the current market of claimed exemptions and other responsibilities of the Trustee pursuant to 11 U.S.C. § 704.

4. The current deadline for filing objections to claimed exemptions in connection with this case is April 8, 2025. The Trustee requests a 30-day extension of this deadline to May 8, 2025.

5. The current deadline for filing objections to the Debtor's discharge in connection with this case is April 8, 2025. The Trustee requests a 30-day extension of this deadline to April 8, 2025.

CASE NO.: 24-18942-RAM

6. The undersigned received confirmation from Debtor's counsel Luis Salazar, Esq. at the on March 31, 2025, that they had no objections to a 30-day extension of the deadlines to object to claim exemptions and to object to the Debtor's discharge.

7. F.R.B.P 9006(b) provides that the Court may, for cause shown, before expiration of the time originally prescribed or as extended, enter an order enlarging time. For the above reasons, good cause has been demonstrated.

WHEREFORE, Robert A. Angueira, Trustee, moves this Court for the entry of an Agreed Order extending the deadline for filing objections to the Debtor's claimed exemptions to May 8, 2025, and extending the deadline for filing objections to the Debtor's discharge to May 8, 2025, together with any other relief the Court deems appropriate under the facts.

Dated: April 1, 2025

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com,

By /s/ Yanay Galban, Esq.
    YANAY GALBAN
    Florida Bar No. 105146

CASE NO.: 24-18942-RAM

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 1st day of April, 2025, to the Debtor.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 1st day of April, 2025, to:

- Robert A Angueira    trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- Nestor C Bustamante    nbustamante@cozen.com, nestor-bustamante-2974@ecf.pacerpro.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Luis Salazar    Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

                ROBERT A. ANGUEIRA, P.A.
                16 SW 1st Avenue
                Miami, FL 33130
                Tel. (305) 263-3328
                e-mail yanay@rabankruptcy.com,

                By */s/ Yanay Galban, Esq.*
                    YANAY GALBAN
                    Florida Bar No. 105146