UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 24-18942-RAM |
| | : | |
| RANEE A. BARTOLACCI, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### CLAIMANT VINCENT F. VACCARELLA, PA'S RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM

Claimant, Vincent F. Vaccarella, PA ("Claimant") hereby provides this Response to the Trustee's April 16, 2025 Objection to Claim 10-1, and states as follows:

1. On April 16, 2025 the Trustee filed its Objection stating that Claimant had not provided sufficient information and documentation to enable to the Trustee to determine the validity and extent of the Claim, and specified that the Trustee wanted to see the retention agreement between Claimant and Debtor and the time entries that support the amount claimed, and requested that same be provided within thirty (30) days.  **See** Trustee's Objection to Claim [DE 96].

2. On May 7, 2025, Claimant mailed to the Trustee a copy of its Retainer Agreement with Debtor as well as the monthly invoices containing the time entries that support and verify the amount of the Claim.

Accordingly, since Claimant has timely substantiated its Claim and provided sufficient information and documentation to the Trustee, the Trustee's Objection to Claim should be overruled or withdrawn.

**VINCENT F. VACCARELLA, P.A.**
888 E. Las Olas Blvd., Suite 700
Fort Lauderdale, Florida 33301
Telephone: (305) 932-4044
Facsimile: (305) 932-4990
eService:    litigation@v-law.net
              mmartinez@v-law.net

By:    /s/ *Vincent F. Vaccarella*
       Vincent F. Vaccarella
       Fla. Bar No. 017426
       vincent@v-law.net
       John A. Moore

Fla. Bar No. 1010333<br>
jmoore@v-law.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system to those on the Electronic Mail Notice List below, and mailed to: Chapter 7 Trustee, ROBERT A. ANGUEIRA, 16 SW 1st Avenue Miami, FL 33130, Tel. (305) 263-3328, on this 8th day of May, 2025.

/s/ *John A. Moore*
John A. Moore

**Electronic Mail Notice List**

- Nestor C Bustamante    nbustamante@cozen.com, nestor-bustamante-2974@ecf.pacerpro.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Yanay Galban    yanay@rabankruptcy.com, robert@rabankruptcy.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com; efile@bergersingerman.com; efile@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Luis Salazar    Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com; Ceide@salazar.law; Lee-Sin@Salazar.Law; Suarez@Salazar.Law; Lorenzo@Salazar.Law; MSalazar@Salazar.Law