UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No.. 24-18942-RAM |
| RANEE A. BARTOLACCI | Chapter 7 |
| Debtor.           / | |

**DEBTOR'S *EX-PARTE* AGREED MOTION TO CONTINUE HEARING ON CREDITOR YH LEX ESTATES, LLC'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS, PURSUANT TO 11 U.S.C. § 522 AND FED. R. BANKR. P. 4003(b)**

Debtor, Ranee A. Bartolacci, moves this Court on an *ex-parte* basis and with the consent of creditor YH Lex Estates, LLC ("**YH Lex**"), for the entry of an order continuing the hearing on YH Lex's *Objection to the Debtor's Claimed Exemptions, Pursuant to 11 U.S.C. § 522 and Fed. Bankr. P. 4003(b)* [ECF No. 89] (the "**Objection to Claimed Exemptions**") and states:

## BACKGROUND

1. On August 30, 2024 (the "**Petition Date**"), Ms. Bartolacci filed her voluntary petition under Chapter 7 of title 11 of the United States Code, in the United States Bankruptcy Court for the Southern District of Florida.

2. Robert A. Angueira is the duly appointed Chapter 7 Trustee in this case.

3. The meeting of creditors, pursuant to section 341 of the Bankruptcy Code, was conducted on October 10, 2024.

4. On April 8, 2025, YH Lex filed its Objection to Claimed Exemptions.

5. On April 29, 2025 Ms. Bartolacci filed her *Ex-Parte Agreed Motion to Continue Hearing on Creditor YH Lex Estates, LLC's Objection to the Debtor's Claimed Exemptions, Pursuant to 11 U.S.C. § 522 and Fed. R. Bankr. P. 4003(b)* (the "**Motion to Continue**"). Pursuant to the Court's Order [ECF No. 101] granting the Motion to Continue, the Objection to Claimed Exemptions is presently set before the Court for hearing on **May 22, 2025 at 10:00 a.m.** (the "**Hearing**").



## RELIEF REQUESTED

6. Ms. Bartolacci, YH Lex, and Robert Angueira (the "**Chapter 7 Trustee**") are actively engaged in settlement negotiations for a global settlement that would otherwise resolve the Objection to Claimed Exemptions. The requested continuance is intended to provide the parties sufficient time to continue their negotiations for a global settlement.

7. By this Motion, Ms. Bartolacci, with the consent of YH Lex, seeks a continuance of the Hearing, presently set for May 22, 2025, for a period of 45 days—to July 10, 2025—or to the next available mutually convenient date thereafter, as the Court's calendar may permit.

8. Prior to the filing of this Motion, undersigned counsel and counsel for YH Lex conferred regarding the continuance of the Hearing, and agreed upon the relief sought herein.

9. A Scheduling Conference has been scheduled for **July 10, 2025, at 10:30 a.m.** in the adversary proceedings related to this matter. To facilitate an efficient rescheduling of this matter, undersigned counsel conferred with counsel for YH Lex, and *the parties are both presently available on July 10, 2025*, should the Court's calendar permit the rescheduling of the Hearing.

10. For the reasons set forth above, Ms. Bartolacci submits that the requested relief is reasonable and sufficient cause exists to continue the Hearing. This Motion is made in good faith and not for the purposes of delay. No party will be prejudiced if the requested relief is granted.

WHEREFORE, the Ms. Bartolacci respectfully request that this Court enter an Order, substantially in the form attached hereto as **Exhibit A** (i) granting this Motion, (ii) continuing the Hearing presently set for May 22, 2025 **to July 10, 2025**, or for next available mutually convenient date soon thereafter as this Court's calendar may permit, and (iii) granting such other and further relief as the Court deems just and proper.



Dated:  May 20, 2025

Respectfully submitted,

**SALAZAR LAW**
*Counsel for Ranee A. Bartolacci*
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Phone:  (305) 374-4848
Fax:  (305) 397-1021
Email:  Luis@Salazar.Law
Email: Ceide@Salazar.Law
Email: Lorenzo@Salazar.Law
Secondary Email: Lee-Sin@Salazar.Law

By:         /s/ Luis Salazar
            Luis Salazar
            Florida Bar No. 147788
            Jose Ceide
            Florida Bar No. 15937
            Lorenzo Lorenzo, Jr.
            Florida Bar No. 88718



**CERTIFICATE OF SERVICE**

  I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

                /s/ Luis Salazar
                Luis Salazar



## SERVICE LIST

Electronic Mail Notice:

- **Robert A Angueira**  trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com
- **Nestor C Bustamante**  nbustamante@cozen.com, nestor-bustamante-2974@ecf.pacerpro.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Yanay Galban**  yanay@rabankruptcy.com, robert@rabankruptcy.com
- **Jordi Guso**  jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Luis Salazar**  Luis@Salazar.Law, luis-salazar-4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law

Manual Notice List:

**Kathleen M. Aiello**
Klestadt Winters Jureller, et. al.,
200 West 41st Street, 17th Floor
New York, NY 10036-7219

**Robert Almodovar**
c/o Shield & Gavel Auctions
861 W Beckley Sq
Davie, FL 33325

**Mark Hatch-Miller**
Susman Godfrey LLP
One Manhattan West
New York, FL 10001-8602



# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re                                    Case No.. 24-18942-RAM

RANEE A. BARTOLACCI                      Chapter 7

    Debtor.                         /

**ORDER GRANTING DEBTOR'S *EX-PARTE* AGREED MOTION TO CONTINUE HEARING ON CREDITOR YH LEX ESTATES, LLC'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS, PURSUANT TO 11 U.S.C. § 522 AND FED. R. BANKR. P. 4003(b)**

THIS MATTER came before the Court upon the *Ex-Parte Agreed Motion* [ECF No. ____] (the "**Motion to Continue**") filed by Debtor Ranee A. Bartolacci, with the consent of creditor YH Lex Estates, LLC to continue the hearing on *YH Lex Estates, LLC's Objection to the Debtor's Claimed Exemptions, Pursuant to 11 U.S.C. § 522 and Fed. Bankr. P. 4003(b)* [ECF No. 89] (the "**Objection to Claimed Exemptions**"). The Court having reviewed the Motion to Continue and the record, having been advised of the agreement between the Debtor and YH Lex, and being otherwise duly advised in the premises, it is

ORDERED that:

1. The Motion to Continue is GRANTED.

2. The hearing on YH Lex's Objection to Claimed Exemptions is **CONTINUED** to **July 10, 2025, at 10:30 a.m.**

3. The hearing will take place solely by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

4. To participate in the hearing, you must register in advance no later than **3:00 p.m.**, one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

5. If a party is unable to register online, please call Jackie Antillon, Courtroom Deputy at (305) 714-1766.

# # #

Submitted by:
Luis Salazar, Esq.
SALAZAR Law
2121 SW 3rd Avenue, Suite 200
Miami, Florida 33129
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Email: Luis@Salazar.Law

Copies furnished to:
Luis Salazar, Esq.

(Attorney Salazar shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service)