**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 24-18942-RAM |
| | § | |
| RANEE A. BARTOLACCI | § | |
| | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert A. Angueira, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $37,549.41 | Assets Exempt: | $1,620,579.02 |
| Total Distributions to Claimants: | $2,949,148.29 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $204,666.20 | | |

3) Total gross receipts of $3,153,814.49 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,153,814.49 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $948,688.64 | $187,231.63 | $187,231.63 | $187,231.63 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $204,666.20 | $204,666.20 | $204,666.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,885,969.70 | $79,107.51 | $79,107.51 | $79,107.51 |
| General Unsecured Claims (from **Exhibit 7**) | $16,242,686.23 | $118,111,800.54 | $27,394,633.14 | $2,682,809.15 |
| **Total Disbursements** | $20,077,344.57 | $118,582,805.88 | $27,865,638.48 | $3,153,814.49 |

4). This case was originally filed under chapter 7 on 08/30/2024. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2026 By: /s/ Robert A. Angueira
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Fairfield Development Associates [General Partnership] 4.1667 % | 1129-000 | $253,814.49 |
| Any and all causes of action Trustee Angueira could bring against the Debtor, Bart 8, Fairfield and Debtor's Insiders. | 1241-000 | $2,900,000.00 |
| **TOTAL GROSS RECEIPTS** | | $3,153,814.49 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Internal Revenue Service [IRS] | 4300-000 | $0.00 | $187,231.63 | $187,231.63 | $187,231.63 |
| | Internal Revenue Service [IRS] | 4110-000 | $948,688.64 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $948,688.64 | $187,231.63 | $187,231.63 | $187,231.63 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert A. Angueira, Trustee | 2100-000 | NA | $117,864.43 | $117,864.43 | $117,864.43 |
| Robert A. Angueira, Trustee | 2200-000 | NA | $444.13 | $444.13 | $444.13 |
| Robert A. Angueira, PA, Attorney for Trustee | 3110-000 | NA | $82,240.00 | $82,240.00 | $82,240.00 |
| Robert A. Angueira, PA, Attorney for Trustee | 3120-000 | NA | $823.97 | $823.97 | $823.97 |
| Ahearn Jasco + Company, PA, Accountant for Trustee | 3410-000 | NA | $2,280.00 | $2,280.00 | $2,280.00 |
| Shield & Gavel Auctions and Appraisals, Appraiser for Trustee | 3711-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Ahearn Jasco + Company, PA, Other Professional | 3992-000 | NA | $13.67 | $13.67 | $13.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $204,666.20 | $204,666.20 | $204,666.20 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7a | Internal Revenue Service [IRS] | 5800-000 | $93,963.26 | $79,107.51 | $79,107.51 | $79,107.51 |
| | Florida Department of Revenue | 5800-000 | $3,485.53 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service [IRS] | 5800-000 | $834,313.53 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service [IRS] | 5800-000 | $999,096.31 | $0.00 | $0.00 | $0.00 |
| | Miami Dade County Tax Collector | 5800-000 | $380,459.00 | $0.00 | $0.00 | $0.00 |
| | NY State Department of Revenue | 5800-000 | $380,459.07 | $0.00 | $0.00 | $0.00 |
| | NY State Department of Revenue | 5800-000 | $194,193.00 | $0.00 | $0.00 | $0.00 |
| | Pennsylvania Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,885,969.70 | $79,107.51 | $79,107.51 | $79,107.51 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | YH Lex Estates LLC | 7100-000 | $0.00 | $12,587,387.52 | $12,587,387.52 | $1,242,812.42 |
| 2 | George L. Miller TTE Estate EAM 40 Meadow Lane LLC | 7100-000 | $0.00 | $12,787,387.52 | $12,787,387.52 | $1,262,559.37 |
| 3 | New York Department of Taxation and Finance | 7100-000 | $0.00 | $448,880.72 | $448,880.72 | $44,320.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $45,253.16 | $45,253.16 | $45,253.16 | $4,468.06 |
| 5 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $120,039.00 | $120,039.00 | $120,039.00 | $11,852.02 |
| 6 | GCE Belnord Corp. | 7100-000 | $0.00 | $63,000,000.00 | $0.00 | $0.00 |
| 7b | Internal Revenue Service [IRS] | 7100-000 | $0.00 | $708,198.42 | $708,198.42 | $69,923.79 |
| 7Sub | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $222,746.37 | $222,746.37 | $0.00 |
| 8 | Quinn Emanuel Urquhart & Sullivan LLP | 7100-000 | $0.00 | $129,316.01 | $129,316.01 | $12,767.98 |
| 9 | BSDT 11th Ave LLC | 7100-000 | $9,422,796.94 | $27,717,167.40 | $0.00 | $0.00 |
| 10 | Vincent Vaccarella PA | 7100-000 | $163,359.00 | $163,358.65 | $163,358.65 | $16,129.17 |
| 11 | YK Law LLP | 7100-000 | $182,006.00 | $182,065.77 | $182,065.77 | $17,976.22 |
| | 76 Eleventh Avenue Property Owner, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 88 Lex 501, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Advantage Title Agency, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Advantage Title Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ahmad Yousf Kamal | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $4,164.00 | $0.00 | $0.00 | $0.00 |
| | AmTrust Title Insurance Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Anthony B. Tufariello | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Apple Card with Goldman Sachs | 7100-000 | $34,293.05 | $0.00 | $0.00 | $0.00 |
| | Arel Capital Partners II LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Astor Ben Sasha LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Atlantic Specialty Insurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Avishai Abrahami | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bankruptcy Estate of Nir Meir | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware | 7100-000 | $19,661.00 | $0.00 | $0.00 | $0.00 |
| | Benny Shabtai | 7100-000 | $626,000.00 | $0.00 | $0.00 | $0.00 |
| | Board of Directors of Chatsworth 9 Realty | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Board of Managers of 11 Beach St 0 Condo | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Board of Managers of 235 West 75th 1 St | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | BSDT 11th Ave LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CF HFZ BNYZ, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | CF HFZ, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | ConnectOne Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cywiak and Company LLP | 7100-000 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| | Davidoff Hutcher & Citron | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Delaware Secretary of State | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Delaware State Treasury | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dhruv Piplani | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Double J Bryant Park 25 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Double J Bryant Park 27 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | EAM 40 Meadow Lane LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Eric Tanjeloff | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | EZL 40 Meadow Lane LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Fida and Son Construction Corp. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Fitz Patrick Lentz & Bubba PC | 7100-000 | $1,436.00 | $0.00 | $0.00 | $0.00 |
| | GCE Belnord Corp | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GCE Property Holdings, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Harsh Padia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hedgerow Real Estate LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | HFZ 235 West 53rd Street Owner, 2 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ 235 West 75th Street Owner, 3 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ 301 West 53rd Street Owner, 4 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ 344 West 72nd Street Owners, 5 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ 501 West LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ 88 Lexington Avenue Owner, 7 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ 90 Lexington Avenue Owner, 8 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ Bryant Park Owner, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ Capital Group LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ Group, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ Highline LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ Highline Propertry Owners LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ Highline Special Member LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ KIK 30th Street Owner, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HFZ Residential Collection, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Horizon Select LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | JC Industries LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jenny Kwan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jordan Vogel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Marcum, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Margulis Gelfand DiRuzzo & 2 Lambson, LLC | 7100-000 | $9,274.50 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Matthew F. Ammirati | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MC Asset Management (Corporate), 4 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCAM 40 ML Lender, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Monroe Capital Management 6 Advisors, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Morrison Cohen LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nino Cohen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nir Meir [Incarcerated] | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | NY Stone and Tile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pavarini McGovern LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Polaris Lending LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Quinn Emanuel Urquhart & Sullivan, 4 LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Raphael Rebhan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $4,634,607.77 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $13,863.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $5,038.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $6,795.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $650,000.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $15,765.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $12,586.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $16,880.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $18,435.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $18,426.00 | $0.00 | $0.00 | $0.00 |
| | Raymond Bartolacci | 7100-000 | $19,042.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Rottenstreich Farley Bronstein | 7100-000 | $45,465.81 | $0.00 | $0.00 | $0.00 |
| | Sav-Mor Mechanical Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sergey Kostyatnikov | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Signature Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Smithtown Partners, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Solomon Blum Heymann, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Suffolk County Taxing Authority | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Susman Godfrey, LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Tiger REF Highline LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Town of Southampton Taxing 7 Authority | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | U.S. Securities and Exchange 8 Commission | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | VSK E 68 LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Womble Bond Dickinson (US) LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | YH Lex Estates LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ziel Feldman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,242,686.23 | $118,111,800.54 | $27,394,633.14 | $2,682,809.15 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

 Exhibit 8

**Case No.:** 24-18942-RAM
**Case Name:** BARTOLACCI, RANEE A.
**For the Period Ending:** 9/10/2026

**Trustee Name:** Robert A. Angueira
**Date Filed (f) or Converted (c):** 08/30/2024 (f)
**§341(a) Meeting Date:** 10/10/2024
**Claims Bar Date:** 04/16/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Miscellaneous household goods and furnishings (See Question 22 of Statement of Financial Affairs) | Unknown | $0.00 | | $0.00 | FA |
| 2 | Laptop Computer, Cell Phone, Used Epson Printer (See Question 22 of Statement of Financial Affairs) | $350.00 | $0.00 | | $0.00 | FA |
| 3 | Collectibles of Value: (See Question 22 of Statement of Financial Affairs) | Unknown | $0.00 | | $0.00 | FA |
| 4 | Sports/Hobbies Equipment: (See Question 22 of Statement of Financial Affairs) | Unknown | $0.00 | | $0.00 | FA |
| 5 | 2 Used Firearms: * Zev z-9 * Sig sauer p365 | $1,500.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Firearms were abandoned on 10/9/25, DE#137. | | | | | |
| 6 | Miscellaneous women's clothing, shoes and accessories (See Question 22 of Statement of Financial Affairs) | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry SEE ATTACHMENT (See Question 22 of Statement of Financial Affairs) | $39,600.00 | $0.00 | | $0.00 | FA |
| 8 | Family Dog | $50.00 | $0.00 | | $0.00 | FA |
| 9 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 10 | Checking PNC Bank [Account Ending 3711] Account Holder: Nir Meir and/or Ranee Bartolacci | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Checking Capital One [Account Ending 7159] | $3.48 | $0.00 | | $0.00 | FA |
| 12 | Checking Citibank [Account Ending 9407] | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Checking JP Morgan Chase Bank [Account Ending 5760] | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Checking Signature Bank Account Holder: Nir Meir OR Ranee Bartolacci [Account Ending 4236] | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Brokerage Charles Schwab [Account Ending 2028] * Includes Cash Holdings | $209.91 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 24-18942-RAM
**Case Name:** BARTOLACCI, RANEE A.
**For the Period Ending:** 9/10/2026

**Trustee Name:** Robert A. Angueira
**Date Filed (f) or Converted (c):** 08/30/2024 (f)
**§341(a) Meeting Date:** 10/10/2024
**Claims Bar Date:** 04/16/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 | Brokerage Charles Schwab [Account Ending 7119] *Includes Cash Holdings and EFTs | $219.02 | $0.00 | | $0.00 | FA |
| 17 | Brokerage Goldman Sachs [Account Ending 1574] *Includes Cash Holdings | $0.81 | $0.00 | | $0.00 | FA |
| 18 | Brokerage Goldman Sachs [Account Ending 1582] * Includes Cash Holdings | $44.48 | $0.00 | | $0.00 | FA |
| 19 | Brokerage Stifel [Account Ending 6956] *Includes Cash Holdings | $19.85 | $0.00 | | $0.00 | FA |
| 20 | Brokerage Gemini [Account Ending 8012] *Includes Holdings of Digital Currency | $1,866.89 | $0.00 | | $0.00 | FA |
| 21 | Brokerage Charles Schwab Custodian Account FBO E.A.M. UNYUTMA [Account Ending 0756] | $273,465.56 | $0.00 | | $0.00 | FA |
| 22 | Other financial accounts Venmo | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Bart 8 LP 19 % | Unknown | $0.00 | | $0.00 | FA |
| 24 | Fairfield Development Associates [General Partnership] 4.1667 % | Unknown | $253,814.49 | | $253,814.49 | FA |
| 25 | Ermitage One LLC unknown [opened by Ex-Husband, Nir Meir] % | $12,654.00 | $0.00 | | $0.00 | FA |
| 26 | RSV One LLC unknown [opened by Ex-Husband, Nir Meir] % | Unknown | $0.00 | | $0.00 | FA |
| 27 | Twisted with Love LLC 100 % | $2,165.53 | $0.00 | | $0.00 | FA |
| 28 | Point... Click... SOLD!!, Inc 99 % | $0.00 | $0.00 | | $0.00 | FA |
| 29 | RSV One Investments LLC unknown [opened by Ex-Husband, Nir Meir] % | Unknown | $0.00 | | $0.00 | FA |
| 30 | RSV Three LLC unknown [opened by Ex-Husband, Nir Meir] % | Unknown | $0.00 | | $0.00 | FA |
| 31 | IRA Charles Schwab [Accounting Ending 4323] | $166.19 | $0.00 | | $0.00 | FA |
| 32 | Rental Deposit Lyda Erazo Bravo | $5,300.00 | $0.00 | | $0.00 | FA |
| 33 | Charles Schwab [Account Ending 1034-01] *FBO Z.A.M. | $435,112.46 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



**Case No.:** 24-18942-RAM
**Case Name:** BARTOLACCI, RANEE A.
**For the Period Ending:** 9/10/2026

**Trustee Name:** Robert A. Angueira
**Date Filed (f) or Converted (c):** 08/30/2024 (f)
**§341(a) Meeting Date:** 10/10/2024
**Claims Bar Date:** 04/16/2025

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 34 | Charles Schwab [Account ending #1034-02] *FBO E.A.M. | $554,185.32 | $0.00 | | $0.00 | FA |
| 35 | Charles Schwab [Account ending #1034-03] *FBO L.O.M. | $315,665.68 | $0.00 | | $0.00 | FA |
| 36 | Ranee Bartolacci Family Trust of 2021 | Unknown | $0.00 | | $0.00 | FA |
| 37 | Child Support [Owed by Former/Ex-Husband, Nir Meir] Child Support [Unliquidated] | Unknown | $0.00 | | $0.00 | FA |
| 38 | Renters Insurance Insured: Raymond A and Mary E Bartolacci Ranee Bartolacci | Unknown | $0.00 | | $0.00 | FA |
| 39 | Ranee Bartolacci v. Quinn Emanuel Urquhart & Sullivan LLP; Case No. 2024-006940-CA-01; pending in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida | Unknown | $0.00 | | $0.00 | FA |
| 40 | Ranee Bartolacci v. YH Lex Estates LLC et al; Case No. 2021-025805-CA-01 Pending in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | Unknown | $0.00 | | $0.00 | FA |
| 41 | US District Court S.D.F.L. Case filed: Bartolacci v. YH Lex Estates LLC, and EZL 40 Meadow Lane, LLC (1:2021cv24423) | Unknown | $0.00 | | $0.00 | FA |
| 42 | Potential Malpractice Claims against: Davidoff Hutcher & Citron LLP, Larry Hutcher, Esq., Richard Wolter, Esq., William Wolzer, Esq., and Howard Presant, Esq | Unknown | $0.00 | | $0.00 | FA |
| 43 | Potential Malpractice Claim against: PM Law PC, and Pankaj Malik, Esq. | Unknown | $0.00 | | $0.00 | FA |
| 44 | Potential Malpractice Claim against: Morris James LLP, and Eric Monzo, Esq. | Unknown | $0.00 | | $0.00 | FA |
| 45 | Potential Malpractice Claims against: Vincent F. Vaccarella, P.A., and John A. Moore, Esq | Unknown | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 24-18942-RAM
**Case Name:** BARTOLACCI, RANEE A.
**For the Period Ending:** 9/10/2026

**Trustee Name:** Robert A. Angueira
**Date Filed (f) or Converted (c):** 08/30/2024 (f)
**§341(a) Meeting Date:** 10/10/2024
**Claims Bar Date:** 04/16/2025

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 46 | Potential Malpractice Claims against: Quinn Emanuel Urquhart & Sullivan, LLP, and Olga Viera, Esq., | | Unknown | $0.00 | | $0.00 | FA |
| 47 | Potential Malpractice Claims against: Davidoff Law Firm, and Jonathan Marc Davidoff, Esq. | | Unknown | $0.00 | | $0.00 | FA |
| 48 | Nir Meir [Former/Ex-Husband] | | Unknown | $0.00 | | $0.00 | FA |
| 49 | EZL 40 Meadow Lane, LLC | | Unknown | $0.00 | | $0.00 | FA |
| 50 | EAM 40 Meadow Lane LLC | | Unknown | $0.00 | | $0.00 | FA |
| 51 | Rental Deposit (Water Cooler/Deliver) | (u) | $30.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended DE#23 | | | | | | |
| 52 | Morgan Stanley Private Wealth Management Acct No. xxx4539 Acct Holder: Ranee Bartolacci b/b/a Ermitage One, LLC | (u) | $12,653.72 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended DE#23 | | | | | | |
| 53 | JP Morgan Chase Acct No. xxx9992 Account Holder: Twisted with Love, LLC | (u) | $2,165.53 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended DE#23 | | | | | | |
| 54 | Any and all causes of action Trustee Angueira could bring against the Debtor, Bart 8, Fairfield and Debtor's Insiders. | (u) | Unknown | Unknown | | $2,900,000.00 | FA |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | **$1,658,128.43** | **$253,814.49** | **$3,153,814.49** | **$0.00** |

**Major Activities affecting case closing:**

01/05/2026 TFR was submitted today.
09/30/2025 Litigation and settlement negotiations in process. Trustee reviewed case status. (LT)
06/30/2025 Litigation and settlement negotiations in process. Trustee reviewed case status. (LT)
03/31/2025 Litigation ongoing. Trustee reviewed case status. (LT)
12/31/2024 Trustee hired counsel and property appraiser. Rule 2004 examination of the Debtor has been set for January. Trustee reviewed case status. (LT)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 24-18942-RAM
**Case Name:** BARTOLACCI, RANEE A.
**For the Period Ending:** 9/10/2026

**Trustee Name:** Robert A. Angueira
**Date Filed (f) or Converted (c):** 08/30/2024 (f)
**§341(a) Meeting Date:** 10/10/2024
**Claims Bar Date:** 04/16/2025

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2026 **Current Projected Date Of Final Report (TFR):** 12/31/2026

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-18942-RAM | **Trustee Name:** | Robert A. Angueira |
| **Case Name:** | BARTOLACCI, RANEE A. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***4465 | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 8/30/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 9/10/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/14/2025 | (24) | Penn Start Land Transfer LLC Trust | Fairfield Development Associates<br>Debtor' share of the sale DE#44 and DE#52. | 1129-000 | $253,814.49 | | $253,814.49 |
| 11/20/2025 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $253,814.49 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $253,814.49 | $253,814.49 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $253,814.49 | |
| **Subtotal** | $253,814.49 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $253,814.49 | $0.00 | |

**For the period of 8/30/2024 to 9/10/2026**

| | |
|---|---|
| Total Compensable Receipts: | $253,814.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $253,814.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $253,814.49 |

**For the entire history of the account between 04/08/2025 to 9/10/2026**

| | |
|---|---|
| Total Compensable Receipts: | $253,814.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $253,814.49 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $253,814.49 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-18942-RAM | **Trustee Name:** | Robert A. Angueira |
| **Case Name:** | BARTOLACCI, RANEE A. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4465 | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 8/30/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 9/10/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/20/2025 | | Integrity Bank | Transfer Funds | 9999-000 | $253,814.49 | | $253,814.49 |
| 01/02/2026 | (54) | ROBERT A. ANGUEIRA IOTA | Global settlement with the debtor DE#150 | 1241-000 | $2,900,000.00 | | $3,153,814.49 |
| 03/30/2026 | 4000 | Ahearn Jasco + Company, PA | Claim #: ; Amount Allowed: 13.67; Distribution Dividend: 100.00; | 3992-000 | | $13.67 | $3,153,800.82 |
| 03/30/2026 | 4001 | Ahearn Jasco + Company, PA | Claim #: ; Amount Allowed: 2,280.00; Distribution Dividend: 100.00; | 3410-000 | | $2,280.00 | $3,151,520.82 |
| 03/30/2026 | 4002 | Robert A. Angueira | Trustee Compensation | 2100-000 | | $117,864.43 | $3,033,656.39 |
| 03/30/2026 | 4003 | Robert A. Angueira | Trustee Expenses | 2200-000 | | $444.13 | $3,033,212.26 |
| 03/30/2026 | 4004 | Robert A. Angueira, PA | Claim #: ; Amount Allowed: 823.97; Distribution Dividend: 100.00; | 3120-000 | | $823.97 | $3,032,388.29 |
| 03/30/2026 | 4005 | Robert A. Angueira, PA | Claim #: ; Amount Allowed: 82,240.00; Distribution Dividend: 100.00; | 3110-000 | | $82,240.00 | $2,950,148.29 |
| 03/30/2026 | 4006 | Shield & Gavel Auctions and Appraisals | Claim #: ; Amount Allowed: 1,000.00; Distribution Dividend: 100.00; | 3711-000 | | $1,000.00 | $2,949,148.29 |
| 03/30/2026 | 4007 | YH Lex Estates LLC | Claim #: 1; Amount Allowed: 12,587,387.52; Distribution Dividend: 9.87; | 7100-000 | | $1,242,812.42 | $1,706,335.87 |
| 03/30/2026 | 4008 | George L. Miller TTE Estate EAM 40 Meadow Lane LLC | Claim #: 2; Amount Allowed: 12,787,387.52; Distribution Dividend: 9.87; | 7100-000 | | $1,262,559.37 | $443,776.50 |
| 03/30/2026 | 4009 | New York Department of Taxation and Finance | Claim #: 3; Amount Allowed: 448,880.72; Distribution Dividend: 9.87; | 7100-000 | | $44,320.12 | $399,456.38 |
| 03/30/2026 | 4010 | American Express National Bank c/o Becket and Lee LLP | Claim #: 4; Amount Allowed: 45,253.16; Distribution Dividend: 9.87; | 7100-000 | | $4,468.06 | $394,988.32 |
| 03/30/2026 | 4011 | American Express National Bank c/o Becket and Lee LLP | Claim #: 5; Amount Allowed: 120,039.00; Distribution Dividend: 9.87; | 7100-000 | | $11,852.02 | $383,136.30 |
| 03/30/2026 | 4012 | Internal Revenue Service [IRS] | Claim #: 7; Amount Allowed: 187,231.63; Distribution Dividend: 100.00; | 4300-000 | | $187,231.63 | $195,904.67 |
| 03/30/2026 | 4013 | Internal Revenue Service [IRS] | Claim #: 7; Amount Allowed: 79,107.51; Distribution Dividend: 100.00; | 5800-000 | | $79,107.51 | $116,797.16 |
| 03/30/2026 | 4014 | Internal Revenue Service [IRS] | Claim #: 7; Amount Allowed: 708,198.42; Distribution Dividend: 9.87; | 7100-000 | | $69,923.79 | $46,873.37 |
| | | | | **SUBTOTALS** | $3,153,814.49 | $3,106,941.12 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 24-18942-RAM | **Trustee Name:** | Robert A. Angueira |
| **Case Name:** | BARTOLACCI, RANEE A. | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4465 | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 8/30/2024 | **Blanket bond (per case limit):** | $59,803,000.00 |
| **For Period Ending:** | 9/10/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/30/2026 | 4015 | Quinn Emanuel Urquhart & Sullivan LLP | Claim #: 8; Amount Allowed: 129,316.01; Distribution Dividend: 9.87; | 7100-000 | | $12,767.98 | $34,105.39 |
| 03/30/2026 | 4016 | Vincent Vaccarella PA | Claim #: 10; Amount Allowed: 163,358.65; Distribution Dividend: 9.87; | 7100-000 | | $16,129.17 | $17,976.22 |
| 03/30/2026 | 4017 | YK Law LLP | Claim #: 11; Amount Allowed: 182,065.77; Distribution Dividend: 9.87; | 7100-000 | | $17,976.22 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $3,153,814.49 | $3,153,814.49 | $0.00 |
| **Less: Bank transfers/CDs** | $253,814.49 | $0.00 | |
| **Subtotal** | $2,900,000.00 | $3,153,814.49 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2,900,000.00 | $3,153,814.49 | |

**For the period of 8/30/2024 to 9/10/2026**

| | |
|---|---|
| Total Compensable Receipts: | $2,900,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,900,000.00 |
| Total Internal/Transfer Receipts: | $253,814.49 |
| | |
| Total Compensable Disbursements: | $3,153,814.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,153,814.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/20/2025 to 9/10/2026**

| | |
|---|---|
| Total Compensable Receipts: | $2,900,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,900,000.00 |
| Total Internal/Transfer Receipts: | $253,814.49 |
| | |
| Total Compensable Disbursements: | $3,153,814.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,153,814.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 24-18942-RAM
**Case Name:** BARTOLACCI, RANEE A.
**Primary Taxpayer ID #:** **-***4465
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 8/30/2024
**For Period Ending:** 9/10/2026

**Trustee Name:** Robert A. Angueira
**Bank Name:** Integrity Bank
**Checking Acct #:** ******4201
**Account Title:** DDA
**Blanket bond (per case limit):** $59,803,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $3,153,814.49 | $3,153,814.49 | $0.00 |

**For the period of 8/30/2024 to 9/10/2026**

| | |
|---|---|
| Total Compensable Receipts: | $3,153,814.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,153,814.49 |
| Total Internal/Transfer Receipts: | $253,814.49 |
| | |
| Total Compensable Disbursements: | $3,153,814.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,153,814.49 |
| Total Internal/Transfer Disbursements: | $253,814.49 |

**For the entire history of the case between 08/30/2024 to 9/10/2026**

| | |
|---|---|
| Total Compensable Receipts: | $3,153,814.49 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,153,814.49 |
| Total Internal/Transfer Receipts: | $253,814.49 |
| | |
| Total Compensable Disbursements: | $3,153,814.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,153,814.49 |
| Total Internal/Transfer Disbursements: | $253,814.49 |

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA